# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ERIC PAYNE <br> 13404 Reid Circle <br> Ft Washington, MD 20744 <br><br> Plaintiff, <br><br> v. <br><br> VETERANS ADMINISTRATION <br> 1700 I Street, NW <br> Washington, DC <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     Civil Action No. 16-1478 |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Defendant, through undersigned counsel, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1442(a)(l) and 1446. In support of this notice, the Defendant states as follows:

1. Veterans Administration is the defendant in this civil action styled *Eric Payne v. Veterans Administration,* now pending in the Superior Court of the District of Columbia; Civil Action No. 2016 CA 003854 B.

2. The above-titled action was filed on or around May 27, 2016, and the U.S. Attorney's Office received a copy of the complaint on July 7, 2016. The complaint is attached hereto as Exhibit A.

3. In his complaint, Plaintiff alleges medical malpractice claim for leg amputation and involuntary psychiatric commitment. *See* Complaint at 1, Exhibit A.

4. Plaintiff's claims are ones for which the District Court has original jurisdiction, because the suit is against the Veterans Administration, a United States government agency, for claims arising under the Constitution.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1442(a)(l) and 1446.

July 19, 2016                                              Respectfully submitted,

                                            CHANNING D. PHILLIPS, DC Bar #415793
United States Attorney

DANIEL F. VAN HORN, DC Bar # 924092
Chief, Civil Division

    /s/
TAMMY ALLISON HOLLOWAY, MD Bar
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 Fourth Street, NW
Washington, DC 20530
Office:  (202) 252-2633
Fax:  (202) 252-2599
Tammy.Holloway2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on July 19, 2016, I caused a copy of the foregoing Notice of Removal of a Civil Action to be served by first class mail upon:

ERIC PAYNE
13404 Reid Circle
Ft Washington, MD 20744

                                             /s/
                                     TAMMY ALLISON HOLLOWAY
                                     Special Assistant United States Attorney