Exhibit A

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

Eric PAYNE (ARMY VETENAN)
1340Y Reid Gracle
Ft Washington MD
20744                    *Plaintiff*

vs.    Admen (shea)

FILED
CIVIL ACTIONS BRANCH
MAY 27 2016
Superior Court of the
District of Columbia
Washington, D.C.

G - 0 0 3 8 5 4

Veterans Affain Center
50 Irving Sreet N.w 1730 K Sth N.w
Washington, DC            Washington DC
*Defendants*

**COMPLAINT**

Ces Amputated April 12 2014 won both FOIA's
from 2017 2016 # Aug 8, 2014 I was
Assaulted 2016 I have An infection in my
foot by Physysicians locked Anay Against
my will in psych wand 85 (involuntary) on
Sept 2013 til Jan Mar 27 2015 til April 19 2015
Where I was assaulted, Threatend, Murderds

1.   Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

**Wherefore**, Plaintiff demands judgement against Defendant in the sum of $ 34,000,000
with interest and costs.

Phone: _____

DISTRICT OF COLUMBIA, SS

PAYNE Eric _____, being first duly sworn on oath deposes and says that the
foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all
set-off and just grounds of defense.

_____
(Plaintiff                                    Agent)

Subscribed and sworn to before me this __26__ day of _____ 20 _16_ .

_____
(_____ Deputy Clerk)

FORM CV-1013/ Nov. 00

MD 5/22/2019

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

Eric PAYNE
BYOY ReID Gracie
Ft Washington MD
20744                         *Plaintiff*

                    vs.   Administration

RECEIVED
Clerk's Office
MAY 2? 2016

TC - 003854

CIVIL ACTION NO. _____

Veterans Medical Center
??? ? Irving Street N.W. 1720 I St NW
Washington, DC        Washington, DC
                    *Defendants*

## COMPLAINT

1. **Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.**

Ces Amputated April 17 2014 won both FOIA's from BVM ???? Assaulted ?o?b I had an infection in my lost bi Phosys(ams locked away against my will in psych wam ?5 (involuntary) on Sept 2013 til for Mar 27 2015 til April 19 2015 where I was assaulted then fled ??? depons

Wherefore, Plaintiff demands judgement against Defendant in the sum of $ 39,000,000 with interest and costs.

**DISTRICT OF COLUMBIA, SS**

_Payne Eric_____, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-off and just grounds of defense.

Phone: _____

_____
(Plaintiff                    Agent)

Subscribed and sworn to before me this __26__ day of _____ 20 _16_.

_____
(Notary Public, Deputy Clerk)

FORM CV-1013/ Nov. 00

MD 5/22/2019

Family Court
ENTERED ON DOCKET

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
FAMILY COURT
500 INDIANA AVENUE, NW
WASHINGTON, D.C. 20001

DEC 24 2013  10:22

Superior Court
of the District of Columbia
Washington, D.C



In the Matter of:

**ERIC PAYNE**
Respondent

Mental Health No.   **2013 MHE 002528**

## ORDER AUTHORIZING CONTINUED HOSPITALIZATION
## OF PERSON FOR EMERGENCY OBSERVATION AND DIAGNOSIS; AND
## APPOINTING COUNSEL

Upon consideration of the Petition for Continued Hospitalization for Emergency Observation, and the Attachments filed by the Administrator of   Veteran's Affairs

Hospital, it is ,

ORDERED that the hospitalization of the above-named Respondent is continued for emergency observation and diagnosis for a period of seven days from the time this order is entered, unless the Respondent is sooner discharged from the Hospital by the Administrator; and it is further

ORDERED that the Respondent be informed, by service of a copy of this order, that, upon request, the Respondent is entitled to a hearing before the Court within twenty-four hours after receipt by the Court of the request; and it is further

ORDERED that   **Mr MICHAEL E HENDRICKSON 703-838-5577**

is appointed counsel for the Respondent, to represent the Respondent in this matter before the Commission on Mental Health and before the Court.

12/24/13
**Date**

10:12am
**Time**

Lori Y. Parker
**Judge**

Orach.doc

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

IN THE MATTER OF                          MENTAL HEALTH NO. *13 MHE 2528*

                                          FAMILY COURT
                                          CENTRAL INTAKE CENTER

AGE: __48__                               2013 DEC 24  A 8: 54

PATIENT NAME: __Eric Payne__

## PETITION FOR ORDER AUTHORIZING CONTINUED HOSPITALIZATION OF PATIENT FOR EMERGENCY OBSERVATION

Comes now the petitioner, Brian A. Hawkins, Medical Center Director Department of Veterans Affairs Medical Center, 50 Irving Street, NW, Washington, DC 20422, hereinafter VAMC, and represents to the court as follows:

1. That the above-named patient was admitted to the VAMC on __12/23/2013__ Under Title 21, Section 522, District of Columbia Code, the emergency hospitalization provision, Brian A. Hawkins, Director, VAMC, requests the Court to enter an order authorizing the continued hospitalization for emergency observation and diagnosis, for a period not to exceed seven (7) days from the time such order is entered.

2. For the information of the Court, admission records indicate said patient's relatives are: __Howard (Butch) Payne (brother)__. The patient's last known address is: __Suitland, MD  202-413-7110__

_(signature)_

**Brian A. Hawkins, VA Medical Center Director**
**Washington, DC 20422**

Subscribed and sworn to before me this __23rd__ day of __December 2013__

_(signature)_

**Notary Public, District of Columbia**

_(Notary seal: CYBIL R. MEWBORN, NOTARY PUBLIC, DISTRICT OF COLUMBIA, EXPIRES JUN 14, 2018)_

TYPE OR PRINT

## Superior Court of the District of Columbia
### APPLICATION FOR EMERGENCY HOSPITALIZATION BY A PHYSICIAN OR PSYCHOLOGIST OF THE PERSON, OFFICER OR AGENT OF D.C. DEPARTMENT OF HUMAN SERVICES OR AN OFFICER TO MAKE ARRESTS

TO:  Administrator *Washington D.C. Veterans Affairs* _____ Hospital

I. *Vicenzio Holder-Perkins, M.D., MPH* _____ , state

[X] **PHYSICIAN OR PSYCHOLOGIST OF THE PERSON:**  That I am a physician _____ or qualified psychologist ____ ✓ (check one); that I am not related by blood or marriage to the alleged mentally ill person; that I am not financially interested in the hospital in which said person is to be detained; that the statements are based on my personal observation and examination of said person not more than 72 hours prior to the making of this application, and further (CHECK APPROPRIATE BOX (1) OR (2) BELOW).

[ ]  1. That I am licensed under the laws of the District of Columbia; that I am not professionally or officially connected with the hospital in which said person is to be detained; and having reason to be detained

[✓]  2. That I am employed by the United States or District of Columbia; and having reason to believe

[ ] **OFFICER OR AGENT, DHS**  That I am a duly accredited officer or agent of the Department of Human Services of the District of Columbia; and having reason to believe

[ ] **POLICE**  That I am an officer authorized to make arrests in the District of Columbia; and having reason to believe that

*Eric Payne   6500 Riggs Road, Hyattsville, MD 20783*
(Name, address and age of person to be hospitalized)

is mentally ill and, because of such illness, is likely to injure self and/or others if not immediately detained, hereby make application under the provisions of Title 21, § 521, D.C. Code, for the admission of said person to the above-named hospital for emergency observation and diagnosis, and request that said person be examined by a psychiatrist or qualified psychologist on duty for said hospital.

(1) STATE CIRCUMSTANCES UNDER WHICH PERSON WAS TAKEN INTO CUSTODY (Use reverse side if needed)

*Mr. Payne admitted to 3DE inpatient psychiatric unit at the VA on June 5, 2013 as he paranoid delusions ord, persecutory type believing his food was being poisoned*

(2) STATE FACTS WHICH LEAD YOU TO BELIEVE PERSON IS MENTALLY ILL (Use reverse side if needed)

*Mr. Payne diagnosed with schizophrenia until decompensated for more than 10 years. His symptoms linked to this diagnosis is paranoid delusions, confusion as noted by wandering the streets, & illogical thought process*

(3) STATE FACTS WHICH LEAD YOU TO BELIEVE PERSON IS LIKELY TO INJURE SELF AND/OR OTHERS AS A RESULT OF THE MENTAL ILLNESS (Use reverse side if needed)

*Mr. Payne is conceptually disorganized to the extent that it is not able to intelligently provide a plan of self care to include his basic human needs such as food, clothing & shelter. He is unable to self-care →*

*12/23/13 @ 12:34 pm*
Date

Signature and Rank or Professional Title of Applicant
*Perkins Vicenzio*

*50 Irving St NW WDC   20422*
Business Address (Precinct or Service)

*(202) 745-8000*
Telephone Number

*Payne*

Form FD(12) (Rev Apr 88)

*0744*

1) and appetite, resulting in a 42.5 pounds loss over the course of 6 months. His persecutory delusions also involved "VA staff" trying to poison him. He was non-adherent with psychiatric medications & outpatient follow up. Over the past week there is ~~increasing~~ an increase level of anxiety linked to paranoid delusions. As a result of this delusion is socially withdrawn requiring staff to provide support in prompting to attend to ADLs & medication management. to include those needed for the treatment of his Hyperthyroidism without it his risk for mortality increases.

Mr. Payne ~~req~~ attempted on 2 occasions in the presence of this provider to exit the unit verbalizing that he wanted to leave. He ~~is~~ was anxious & demonstrated poor impulse control. He was not able to give a plan of self care that was logical & doable as he is conceptually disorganized as evidenced by paranoid delusions, persecutory type. He is a danger to self as he ~~too is~~ non-adherent to medications which led to this present hospitalization. And danger to others as he is impulsive, & didn't recognize that he placed fellow veterans on the unit standing next to the exit when he bolted towards it.

~~Also his is disorganized & confused.~~

Superior Court of the District of Columbia

TYPE OR
PRINT

**CERTIFICATE OF PSYCHIATRIST UNDER TITLE 21, SECTION 522, D.C. Code**

I hereby certify that I am a psychiatrist on duty at DC VAMC

Hospital; that I have examined (name of patient) Eric Payne
for whose admission to the above-named hospital for emergency observation and diagnosis application has been made under
the provisions of Title 21, Section 522, D.C. Code; that I am of the opinion that said patient has symptoms of mental illness
and, as a result thereof, is likely to injure self and/or others unless immediately hospitalized.

**TENTATIVE DIAGNOSIS:**

Chronic Schizophrenia (disorganized, undifferentiated type)

**NAMES AND ADDRESSES OF SPOUSE, PARENT, NEAREST RELATIVE, LEGAL GUARDIAN OR OF
PERSON ACCOMPANYING PATIENT** (other than applicant):

Howard [Butch] Payne (Guardian & Brother)
Suitland, Maryland (no address or zip code available)

**MENTAL STATUS (Describe Symptoms of Mental Illness) (Use reverse side if needed):**

48 year old veteran dressed in hospital pajamas
cooperative but agitated because he wants "to go home".
Patient found wandering stretch to "protect others" - doesn't
take his meds (e.g. thyroid meds needed for pt to survive. No insight
poor judgment

**STATE FACTS WHICH SUPPORT YOUR OPINION THAT THE ABOVE-NAMED PATIENT IS LIKELY TO
INJURE SELF OR OTHERS UNLESS IMMEDIATELY HOSPITALIZED (Use reverse side if needed):**

No insight into illness - wanders streets at night, lost for
days at a time. Doesn't take psych meds or thyroid
meds needed for survival. Pt. denies being a vigilante
but on the streets to "fight crime" which can get
pt into life threatening circumstances. Very poor judgement

**PSYCHIATRIC HISTORY AND DATES:**

Hospitalized on inpt. psych wards 15 times
since 2005. Past attempt to hang himself

(Signature of Psychiatrist)

12/23/2013
(Date and Time)

Form FD(12)-827/Apr. 83                                                                 83-7744-P – wd50



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## OFFICE OF REGISTER OF WILLS
## PROBATE DIVISION

In Re: ERIC PAYNE

No. 2006 INT 000006

## LETTERS OF GUARDIANSHIP
(issued pursuant to original order of
appointment under Guardianship and Protective
Proceeding Act of 1986 – Effective September 30, 1989)

To all persons interested in the personal welfare of **ERIC PAYNE**, an incapacitated individual, Permanent General Guardianship of the person of said incapacitated individual has been granted to **HOWARD PAYNE JR**, pursuant to order dated **09/07/2012** and said guardian having executed the Acceptance of appointment and Consent to Jurisdiction shall have access to any current medical, psychological or sociological evaluation records of the subject. Said Guardian has the powers and duties set forth in D.C. Code Sec. § 21-2047 (a) and (b), subject to the following enlargements, and/or limitations, or other modifications as set forth in the Order of Appointment: **NONE**

The Appointment is in full force and effect as of this date.

WITNESS

Date:   **September 18, 2012**

Register of Wills
Clerk of the Probate Division

## DOCUMENT NOT VALID WITHOUT EMBOSSED COURT SEAL

3. For the reasons set forth in paragraph 2, above, under Title 21, Section 521 of the aforementioned act, Vicenzio Holder-Perkins, M.D. made application for the admission to the VAMC of Mr. Payne for emergency observation and diagnosis, and requested that Mr. Payne be examined by a psychiatrist or qualified psychologist on duty at the VAMC.

4. That Mr. Payne was examined by Dr. Richard Rosse, a psychiatrist on duty at the VAMC, who executed a certificate under Title 21, Section 522, stating that he was of the opinion that Mr. Payne had symptoms of mental illness (psychosis), and, as a result, was likely to injure himself or others unless immediately hospitalized. Upon the basis of the aforementioned application, examination, and Dr. Rosse's certificate, on December 23, 2013 it was determined that Mr. Payne needed to be hospitalized.

5. That the administrator of the VAMC filed in this court in the above-entitled matter a petition for an order Authorizing Continued Hospitalization of Patient for Emergency Observation, and, that upon the basis of said petition, on December 24, 2013, this court entered herein an order authorizing the continued hospitalization of Mr. Payne for emergency observation, by the terms of which the hospitalization of Mr. Payne was continued for emergency observation and diagnosis for a period of seven (7) days from the time said order was entered. A copy of the court's December 24, 2013 Order Authorizing Continued Hospitalization Of Person for Emergency Observation and Diagnosis; And Appointing Counsel is attached hereto as Exhibit A.

6. That Mr. Payne has been examined by Dominique Neptune, M.D. of the VAMC, who has executed a certificate under Title 21, Section 541, stating that she is of the opinion that Mr. Payne is mentally ill and, because of such illness, is likely to injure himself or others if allowed to remain at liberty, as more fully appears from said certificate. Dr. Neptune's Certificate of Psychiatrist Under Title 21, Section 541, D.C. Code is attached hereto as Exhibit B.

7. That in view of the foregoing, the petitioner believes and therefore avers that Mr. Payne is mentally ill and, because of such illness, is likely to injure himself or others if allowed to remain at liberty, and that he is therefore a proper subject for judicial hospitalization for an indeterminate period under Title 21, Section 545 of the aforementioned Act, or for such alternative course of treatment as the court believes will be in the best interest of said patient and of the public.

WHEREFORE, the premises considered, the petitioner prays:

1. That this Court enter an order herein directing the Director, U.S. Department of Veterans Affairs Medical Center, 50 Irving Street, NW, Washington, DC, to continue to detain Mr. Payne in the said VAMC under Title 21, Section 528, until a final order has been entered in this case.

2. That this case be referred to the Commission on Mental Health of the Superior Court of the District of Columbia for examination of Mr. Payne and further proceedings in accordance with Title 21, Section 528 of the aforementioned Act.

3. And for such other and further relief as may be required in the best interest of the patient and of the public.

/ BRIAN HAWKINS
VA Medical Center Director
Washington, DC  20422

Subscribed and sworn to before me this ___30th___ day of ___December 2013___

Notary Public, District of Columbia



**CERTIFICATE OF PHYSICIAN**
**UNDER TITLE 21, SECTION 541, D.C. CODE**

I hereby certify that I am a physician:

☐      Licensed under the laws of the District of Columbia to practice medicine
☒      Practicing medicine in the employment of the Government of the United States/ District of Columbia;

That within 72 hours prior to the execution of this certificate, I personally observed and examined Mr. Payne and that from my observation and examination I have found the following:

Mr. Payne has over a twenty (20) year history of Schizophrenia, Disorganized versus Undifferentiated type and hyperthyroidism. He has required psychiatric hospitalization on at least fifteen (15) occasions since 2005. Mr. Payne's history includes at least one suicide attempt via hanging. Mr. Payne has been unable to attend to his own affairs since 2012 and his brother, Howard (Butch) Payne Jr., has served as his guardian since September 18, 2012.

Mr. Payne remains irritable, disorganized and paranoid. Although his delusion that his food is being poisoned has diminished markedly, he nevertheless continues to lack insight into his illness. He denies having Schizophrenia or Hyperthyroidism and firmly states that he will not take medications for these or any conditions upon being discharged from the medical center. Failing to take his thyroid medication could be life-threatening. Despite repeated attempts to educate Mr. Payne on the importance of adhering to his medication regimen, he cannot associate the problems from which he suffers with his medication noncompliance.

Mr. Payne's paranoid thinking causes anxiety that he demonstrates by pacing the halls. He has poor impulse control and has attempted to elope. He is withdrawn socially, and is unable to communicate his needs effectively to others. He is reliant upon staff for assistance with personal hygiene. He at times requires encouragement to eat his meals. He does not take his medication without prompting.

Mr. Payne continues to espouse his desire to "enforce law." He believes that he should confront people on the street that he believes are doing something wrong and effectuate justice. This desire, combined with his paranoia and impaired cognitive function, pose a significant risk that his attempts to right perceived wrongs will escalate into physical confrontations during which either he or someone else will be injured.

Mr. Payne has been aggressive at times on the in-patient unit, banging things and verbally abusing staff. His thought process is still disorganized, suggesting that there is a substantial likelihood that without inpatient management and supervision, he will again become non-adherent to his psychotropic and internal medication regimens and decompensate further both psychiatrically and medically. He remains unable to formulate any logical plan for caring for himself outside of the inpatient unit.

Certificate of Dominique Neptune, M.D.
Re: Patient Eric Payne
Page 1 of 2

On examination today, Mr. Payne was dressed in hospital clothes and made some eye contact. He was only intermittently cooperative in talking with me. He would not answer some of my questions. His speech was low in volume, quiet in tone, and with almost no spontaneous speech. He provides one-word answers to some questions. Although he reported his mood as "alright," his affect was blunted. He was believed to be experiencing a paucity of thought. He denied auditory and visual hallucinations. Although alert and awake, he was cognitively impaired. His insight is poor especially given his denial of Schizophrenia and Hyperthyroidism. His judgment is grossly impaired and he clearly states he will not take medications for this conditions upon being discharged.

As a result of these symptoms, Mr. Payne continues to require inpatient psychiatric hospitalization due to the imminent risk he poses to himself and others.

I hereby certify that, in my opinion, Mr. Payne is mentally ill, suffers from Schizophrenia and, because of his mental illness, is likely to injure himself or others if allowed to remain at liberty.

Dominique Neptune, M.D.

12/30/13   2:30 pm
(Date and Time)

Certificate of Dominique Neptune, M.D.
Re:  Patient Eric Payne
Page 2 of 2

```
--------------------------------------------------------------------------------
MEDICAL RECORD                                                    Progress Notes
--------------------------------------------------------------------------------
```

NOTE DATED: 12/30/2013 13:44
LOCAL TITLE: PSYCH: TREATMENT PLAN REVIEW NOTE
STANDARD TITLE: PSYCHIATRY TEAM NOTE
ADMITTED: 09/19/2013 14:08 3DE PSYCH
SUPERVISING ATTENDING: Dr. NEPTUNE

PSYCHIATRIC DIAGNOSIS: Schizophrenia, Hyperthyroidism

DURATION OF VISIT: 7 mins

MEDICATION RECONCILIATION:
     Active Inpatient Medications                          Status
=================================================================================
1)   BENZTROPINE INJ  1MG/1ML IM Q6H PRN for agitation     ACTIVE
2)   BENZTROPINE TAB  1MG PO Q6H PRN for agitation         ACTIVE
3)   DOCUSATE/SENNA TAB  TWO TABLETS PO BID For            ACTIVE
        constipation
4)   HALOPERIDOL IMMEDIATE RELEASE INJ  5MG/1ML IM Q6H PRN ACTIVE
        for agitation
5)   HALOPERIDOL TAB  5MG PO BID for disorganized behavior ACTIVE
        and schizophrenia
6)   HALOPERIDOL TAB  5MG PO Q6H PRN for agitation         ACTIVE
7)   IBUPROFEN TAB  600MG PO Q8H PRN For pain              ACTIVE
8)   LORAZEPAM INJ  2MG/1ML IM Q6H PRN *** CAUTION:        ACTIVE
        SOUND-ALIKE LOOK-ALIKE DRUG. VERIFY DRUG AND DOSE
        *** for agitation
9)   LORAZEPAM TAB  2MG PO Q6H PRN *** CAUTION:            ACTIVE
        SOUND-ALIKE LOOK-ALIKE DRUG. VERIFY DRUG AND DOSE
        *** for agitation
10)  LORAZEPAM TAB  2MG PO TID for agitation. pleae give   ACTIVE
        with Haldol.
11)  METHIMAZOLE TAB  20MG PO QDAILY For hyperthyroidism   ACTIVE
12)  POLYETHYLENE GLYCOL 3350 POWDER,ORAL  17GM PO QDAILY  ACTIVE
        PRN For constipation
13)  PROPRANOLOL TAB  10MG PO TID For TACHYCARDIA (Hold    ACTIVE
        for SBP <90 mm hg and/or DBP<55 mm hg .Hold for
        HR<60/min)
14)  TRAZODONE HCL TAB  50MG PO QHS PRN for sleep          ACTIVE
```

TARGET SYMPTOMS AND/OR ACTIVE PSYCHOSOCIAL STRESSORS: inpatient hospitalization,
questionable capacity, currently FD-12.

SUBJECTIVE DATA:
Mr. Payne was seen briefly this morning in hte unit with Dr. Neptune. He stated
that he was doing fine. He reported that his mood was okay and that he was
sleeping and eating well. He said that he would like to go home and questioned
the team why every  one leave but him. He was asked to state his diagnosis. He
said that he does not believe that he has any problems and said that he did not
need medications. He reported that he sees his family, talks to them and they
respond back too. He said that he missed them a lot.
Pt denied thoughts of self-harm/suicidality/homicidality and any auditory/visual
hallucinations.
Patient was noted to have low tolerance, became agitated and walked out of the
room when was being counseled.
                    ** THIS NOTE CONTINUED ON NEXT PAGE **

```
--------------------------------------------------------------------------------
PAYNE,ERIC                     WASHINGTON          Printed:12/30/2013 14:41
                          Pt Loc: 3DE PSYCH 3D124-17             Vice SF 509
--------------------------------------------------------------------------------
```



## TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
### DIVISIÓN CIVIL
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Teléfono: (202) 879-1133**

_____

_____ **Demandante**

contra

**Número de Caso:** _____

_____

_____ **Demandado**

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____                    *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

_____         Por: _____
Dirección                                               Subsecretario

_____         Fecha _____
Teléfono

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요        የአማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ·

**IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.**

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-682-2700) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

ERIC PAYNE
    Vs.                        C.A. No.     2016 CA 003854 B
VETERAN'S ADMINISTRATION

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to: Judge BRIAN F HOLEMAN
Date:  May 27, 2016
Initial Conference: 9:30 am, Friday, September 09, 2016
Location:  Courtroom 214
        500 Indiana Avenue N.W.
        WASHINGTON, DC  20001        Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

<div align="right">Chief Judge Lee F. Satterfield</div>

Caio.doc



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

ERIC PAYNE
    Vs.                                 C.A. No.      2016 CA 003854 B
VETERAN'S ADMINISTRATION

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order.  Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to:  Judge BRIAN F HOLEMAN
Date:  May 27, 2016
Initial Conference: 9:30 am, Friday, September 09, 2016
Location:  Courtroom 214
          500 Indiana Avenue N.W.
          WASHINGTON, DC  20001

RECEIVED

JUN 2 2 2016

OFFICE OF GENERAL COUNSEL       Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

*Eric Payne*
*13404 Reid Gracks*
*Ft Washington MD*
*20744* **Plaintiff**

**RECEIVED**
**Civil Clerk's Office**
**MAY 27 2016**
**Superior Court of the**
**District of Columbia**
**Washington, D.C.**

vs. *Administrator*

*The Veterans Affairs Office*
*50 Irving Street N.W.*
*Washington, DC* **Defendants**

**16 - 003854**

CIVIL ACTION No. _____

*1730 I Str N.W.*
*Washington, DC*

## COMPLAINT

*Cos Amputated April 12 2014 won both FOIA's*

1. **Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.**

*from BVAMOPR + Aug 8, 2014, I was assaulted b/c I had an infection in my foot by physicians, locked away against my will in psych unn #5 (involuntary) on Sep 2013 til Jan, Mar 27 2015 til April 19 2015 where I was assaulted, then ten, misdonoss*

**Wherefore, Plaintiff demands judgement against Defendant in the sum of $** *30,000,000*
**with interest and costs.**

**DISTRICT OF COLUMBIA, SS**

**Phone:** _____

*PAYNE, Eric* _____ **, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-off and just grounds of defense.**

_____
(Plaintiff _____ Agent)

**Subscribed and sworn to before me this** ____ **day** ____ **20** *16* **.**
*05/26/2016*

_____
(Clerk or Deputy Clerk)

**FORM CV-1013/ Nov. 00**

*MD 5/22/2019*

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
FAMILY COURT — CIVIL ACTIONS BRANCH
CIVIL ACTIONS DIVISION

MAY 27 2016

Superior Court of the
District of Columbia
Washington, D.C.

_Eric Coyle_
Plaintiff/Petitioner

16 - 003854

v.

_Veterans Administration_
Defendant/Respondent

## ORDER

Having considered ☑ Plaintiff/Petitioner's   ☐ Defendant/Respondent's

Application to Proceed without Prepayment of Costs, Fees, or Security, it is

hereby ordered that the Application is:

☐　**GRANTED** in this Family Court case and, pursuant to Domestic

　　Relations Rule 54-II, witnesses will be subpoenaed without

　　prepayment of witness fees;

☐　**GRANTED** in this Civil Division case and, pursuant to Civil Rule 54-II,

　　the officers of the Court will issue and serve all process; witnesses will

　　be subpoenaed without prepayment of witness fees;

☑　**DENIED**

　☐　For the following reasons: _Income $55,000 far exceeds_
　　　_poverty guidelines_

　☐　For the reasons stated on the record in open court and in the

　　　presence of the applicant or his or her counsel;

_05/26/2016_
Date

_R Werth_
Judge

6

Form 106A

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

*Eric Payne*

_____
Plaintiff

vs.                                        Case Number  **16 - 003854**

*Veterans Hospital/Administration*

_____
Defendant

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Eric Payne*
_____
Name of Plaintiff's Attorney

*13404 Rip Check*
_____
Address

*Washington MD*

*301 292-6922 0744*
_____
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date  *05/27/2016*

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요       የተፈለገ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

**IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._**

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                        CASUM.doc

---

MEDICAL RECORD                                             Progress Notes

---

12/30/2013 13:44      ** CONTINUED FROM PREVIOUS PAGE **


The team had a family meeting with his brother Mr. Tyrone Payne and called Mr.
Howard Payne on the phone. They were informed that Mr. Payne is currenlty FD12ed
and is on involuntary status. Mr. Tyrone was explained about Shcizophrenia and
was informed that Mr. Payne lacks insight into his illness and can be a threat
to self as he neglects himself and does not take his thyroid and psychiatric
medications. Mr. Tyrone was encouraged to come for weekly visits to meet the
patient and was informed that the team is working on getting him to a nursing
home where he can get specialized care.

MSE:
General: Dressed in hospital clothes, fair hygiene. Good eye contact. somewhat
briefly cooperative.
Behavior: psychomotor agitation.
Speech: Slow rate, quiet tone, paucity of words.  Pt continues to respond with
one word answers and there is no elaboration.
Mood: "okay"
Affect: constricted, not fairly congruent with stated mood.
Thought Content: Wants to go home. Missing family. Grandiose ideations present.
Has mentioned that he has to go to fiht crime and something about his
son being in the CIA.
Cognition: Awake and alert.
Thought Process: Poverty of thought.
Perceptions: Stated that he talks to his family members and hears them. Ansd his
family members answer back as well. Previously he has stated that he hears
voices which he likes to call his thoughts
Insight: Impaired - unable to explain his symptoms or mental illness, also does
not understand what medications he takes and why despite having multiple
explanations.
Judgment: Poor - continued attempts to leave the hospital.
Impulse control: poor as has been more agitated recently, and attacked staff.
Also walked out in middle of the interview.

SIDE EFFECTS OF MEDICATION: DENIES AT THIS TIME

VITALS:
HT:     WT:     T: 97.2 F [36.2 C]     P: 80     R: 20     BP: 138/60
PAIN: 0

PERTINENT LABS:
          SPECIMEN: BLOOD
WBC----------------7.1    K/cmm        12/30/13@06:26:25
HGB----------------12.4 L g/dl         12/30/13@06:26:25
HCT----------------38.5 L %            12/30/13@06:26:25
PLT----------------405 H K/cmm         12/30/13@06:26:25

PLAN:
1. MEDICATION:
 - Patient placed on close observation for aggressive behavior.
 - Continue Methimazole at 20 mg PO daily.
            ** THIS NOTE CONTINUED ON NEXT PAGE **

---

PAYNE, ERIC                         WASHINGTON          Printed:12/30/2013 14:41
                        Pt Loc: 3DE PSYCH  3D124-17              Vice SF 509

---

```
------------------------------------------------------------------
MEDICAL RECORD                                       Progress Notes
------------------------------------------------------------------
12/30/2013 13:44      ** CONTINUED FROM PREVIOUS PAGE **
```

- Continue Propranolol at 10mg TID. Thyroid US showed Marine-Lenhardt variant.
      Will continue to follow and wait for continued input from endocrinology.
- Agitation Medications as needed.
- On Haldol 5 mg BID with Ativan 2 mg TID for disorganized behavior.
- He will receive his monthly Invega, dose increased to 156 mg on 1/7/13. Per
      family does well on high doeses of invega shots.

2. THERAPY:
- Continue to provide milieu/ supportive therapy and psychiatric
      education. Continue efforts to improve his insight.
- Encourage veteran to attend all available group therapy on the unit
- Encourage participation with primary treatment team with individual therapy.

3. Follow-up:
- TSH 0.04, Free T4 1.3, Free T3 7.3 ***This is elevated. Endocrinology will
review and give their feedback.
- Elevated LFTS: Hepatology saw patient in the past, ANA positive. HepBsAb
      positive but no HepBsAg available. Continue to monitor Alk Phos.
- Social work looking for long term care facility for transfer.

3. GOALS:
- Safety: Pt is being started on close observations due to agitated behavior.
- Stabilize psychotic symptoms of disorganization and poor self-care. IN
      PROGRESS>  Pt was started on depot injections to assist with this.
      Started on Haldol 5 mg BID with Ativan 2 mg TID for disorganized
      behavior.
- Manage hyperthyroidism. IN PROGRESS> pt currently on methimazole.
- Transfer to long term care facility. IN PROGRESS>  Social work assisting with
      this endeavor.

4. Disposition:
- Pt FD12ed, acute inpatient psychiatric hospitalization for
      stabilization of psychosis and behavioral changes while SW identifies
      appropriate Nursing Home will continue.


                Signed by: /es/ NEHA GUPTA
                                PSYCHIATRY RESIDENT
                                12/30/2013 14:10

            Cosigned by: /es/ DOMINIQUE NEPTUNE
                                ATTENDING PHYSICIAN
                                12/30/2013 14:38


12/30/2013 14:38      ADDENDUM          STATUS: COMPLETED
Evaluated pt with Dr. Gupta.

Mr. Payne began the interview by demanding to be discharged because it is the
holidays and because he denied having any medical condition requiring
              ** THIS NOTE CONTINUED ON NEXT PAGE **
------------------------------------------------------------------
PAYNE,ERIC                    WASHINGTON          Printed:12/30/2013 14:41
                        Pt Loc: 3DE PSYCH  3D124-17            Vice SF 509
------------------------------------------------------------------
```

```
-------------------------------------------------------------------------
MEDICAL RECORD                                              Progress Notes
-------------------------------------------------------------------------
12/30/2013 13:44      ** CONTINUED FROM PREVIOUS PAGE **
```

hospitalization. When specifically reminded that he has Schizophrenia and
Hyperthyroidism, both of which require treatment, he firmly denied this. He
could not identify any ways to improve his medication compliance and self care
after discharge. He reported "ok" mood. He states that he slept well. He
endorsed AH and VH of his family members and admits to talking aloud to them and
to "picking up the phone" (relevance of this statement could not be determined).
He denies paranoia. He states that his appetite is good. He terminated the
interview after 5 minutes and walked out of the room.

Agree with assessment and plan. Mr. Payne requires further acute inpatient
psychiatric hospitaliation on the inpatient psychiatry unit until appropriate
place of residence is identified. This is the least restrictive place of
continued treatment at this time. Pt and family cannot provide adequate safety,
medication supervision. Pt has left his home for days and suffered medical
problems as a result. He is likely to elope from group homes.
                  Signed by: /es/ DOMINIQUE NEPTUNE
                             ATTENDING PHYSICIAN
                             12/30/2013 14:41

```
-------------------------------------------------------------------------------
MEDICAL RECORD                                                   Progress Notes
-------------------------------------------------------------------------------
```

NOTE DATED: 12/29/2013 11:15
LOCAL TITLE: PSYCH: TREATMENT PLAN REVIEW NOTE
STANDARD TITLE: PSYCHIATRY TEAM NOTE
ADMITTED: 09/19/2013 14:08 3DE PSYCH
SUPERVISING ATTENDING: Fuad Issa, MD

PSYCHIATRIC DIAGNOSIS: Schizophrenia, Hyperthyroidism

DURATION OF VISIT: 20 minutes

MEDICATION RECONCILIATION: Medication reconciliation has been done and discussed
with the patient and medication changes to active medications, nonVA medications
and OTC medications.

Active Inpatient Medications (including Supplies):

| | Active Inpatient Medications | Status |
|---|---|---|
| 1) | BENZTROPINE INJ  1MG/1ML IM Q6H PRN for agitation | ACTIVE |
| 2) | BENZTROPINE TAB  1MG PO Q6H PRN for agitation | ACTIVE |
| 3) | DOCUSATE/SENNA TAB  TWO TABLETS PO BID For constipation | ACTIVE |
| 4) | HALOPERIDOL IMMEDIATE RELEASE INJ  5MG/1ML IM Q6H PRN for agitation | ACTIVE |
| 5) | HALOPERIDOL TAB  5MG PO BID for disorganized behavior and schizophrenia | ACTIVE |
| 6) | HALOPERIDOL TAB  5MG PO Q6H PRN for agitation | ACTIVE |
| 7) | IBUPROFEN TAB  600MG PO Q8H PRN For pain | ACTIVE |
| 8) | LORAZEPAM INJ  2MG/1ML IM Q6H PRN *** CAUTION: SOUND-ALIKE LOOK-ALIKE DRUG. VERIFY DRUG AND DOSE *** for agitation | ACTIVE |
| 9) | LORAZEPAM TAB  2MG PO Q6H PRN *** CAUTION: SOUND-ALIKE LOOK-ALIKE DRUG. VERIFY DRUG AND DOSE *** for agitation | ACTIVE |
| 10) | LORAZEPAM TAB  2MG PO TID for agitation. pleae give with Haldol. | ACTIVE |
| 11) | METHIMAZOLE TAB  20MG PO QDAILY For hyperthyroidism | ACTIVE |
| 12) | POLYETHYLENE GLYCOL 3350 POWDER,ORAL  17GM PO QDAILY PRN For constipation | ACTIVE |
| 13) | PROPRANOLOL TAB  10MG PO TID For TACHYCARDIA (Hold for SBP <90 mm hg and/or DBP<55 mm hg .Hold for HR<60/min) | ACTIVE |
| 14) | TRAZODONE HCL TAB  50MG PO QHS PRN for sleep | ACTIVE |

VITAL SIGNS:

HT:     WT:     T: 98.6 F [37.0 C]     P: 100     R: 18     BP: 125/68
PAIN: 0

SIDE EFFECTS OF MEDICATION: Denies any.

TARGET SYMPTOMS AND/OR ACTIVE PSYCHOSOCIAL STRESSORS: inpatient hospitalization,
questionable capacity, currently FD-12.

                    ** THIS NOTE CONTINUED ON NEXT PAGE **
-------------------------------------------------------------------------------

PAYNE,ERIC                         WASHINGTON              Printed:12/30/2013 14:41
                           Pt Loc: 3DE PSYCH  3D124-17              Vice SF 509
-------------------------------------------------------------------------------
```

```
------------------------------------------------------------------------
MEDICAL RECORD                                            Progress Notes
------------------------------------------------------------------------
12/29/2013 11:15      ** CONTINUED FROM PREVIOUS PAGE **
```

SUBJECTIVE DATA:

- Seen today in exam room, was pleasant.

- states "I feel good, I feel fantastic."

- However, did appear to look  suspiciously when i inquiered about his home situation.

- Pt is 100% SC, He has Tricare, and Medicare A & B. Not clear where he lives, not on HUD-VASH. "I like to stay with my family."

MSE:

General: Dressed in hospital clothes, fair hygiene. Good eye contact. somewhat briefly cooperative.
Behavior: psychomotor agitation, pacing, walking up and down the halls.
Speech: Slow rate, quiet tone, paucity of words.  Pt continues to respond with one word answers and there is no elaboration.
Mood: "alright"
Affect: blunted, not fairly congruent with stated mood.
Thought Content: Wants to go home.  No delusions elicited.
Cognition: Awake and alert.
Thought Process: Poverty of thought
Perceptions: Denies auditory/visual hallucinations today.
Insight: Impaired - unable to explain his symptoms or mental illness, also does not understand what medications he takes and why despite having multiple explanations.
Judgment: Poor - continued attempts to leave the hospital.
Impulse control: poor as has been more agitated recently, and attacked staff

PERTINENT LABS:

DEC 23, 2013
                        (BLOOD) @14:00:01

| | |
|---|---|
| WBC 7.4 K/cmm | RBC 3.78 Mil/cmm |
| HGB 12.3 g/dl | HCT 37.6 % |
| MCV 99.3 cmu | MCH 32.5 mcg |
| MCHC 32.7 % | RDW 13.6 % |
| PLT 457 K/cmm | MPV 7.1 cmu |
| LYMPH % 26.1 % | MONO % 13.5 % |
| LYMPH # 1.9 K/cmm | MONO # 1.0 K/cmm |
| NE # 3.6 K/cmm | NE % 48.2 % |
| EO # 0.9 K/cmm | EO % 11.9 % |
| BA # 0.0 K/cmm | BA % 0.3 % |

                        (SERUM) @14:00
THYROXINE, FREE (8/97) 1.3 ng          TSH (8/97) 0.04 mcIU/ml


PLAN:
        1. MEDICATION: continue on same meds as per orders
              ** THIS NOTE CONTINUED ON NEXT PAGE **
```

```
---------------------------------------------------------------------------
MEDICAL RECORD                                               Progress Notes
---------------------------------------------------------------------------
12/29/2013 11:15      ** CONTINUED FROM PREVIOUS PAGE **
```

     2. THERAPY: as tolerated
     3. FOLLOW-UP: as per treatment team recommendations
     4. OTHER:


            Signed by: /es/ Fuad Issa, MD
                       PSYCHIATRIST
                       12/29/2013 13:03

```
------------------------------------------------------------------
                                                    Progress Notes
MEDICAL RECORD
------------------------------------------------------------------
```

NOTE DATED: 12/28/2013 07:36
LOCAL TITLE: PSYCH: TREATMENT PLAN REVIEW NOTE
STANDARD TITLE: PSYCHIATRY TEAM NOTE
ADMITTED: 09/19/2013 14:08 3DE PSYCH
SUPERVISING ATTENDING: Dr. Issa

PSYCHIATRIC DIAGNOSIS: Schizophrenia, Hyperthyroidism

DURATION OF VISIT: 7 mins

MEDICATION RECONCILIATION:
    Active Inpatient Medications           Status

| # | Medication | Status |
|---|-----------|--------|
| 1) | BENZTROPINE INJ 1MG/1ML IM Q6H PRN for agitation | ACTIVE |
| 2) | BENZTROPINE TAB 1MG PO Q6H PRN for agitation | ACTIVE |
| 3) | DOCUSATE/SENNA TAB TWO TABLETS PO BID For constipation | ACTIVE |
| 4) | HALOPERIDOL IMMEDIATE RELEASE INJ 5MG/1ML IM Q6H PRN for agitation | ACTIVE |
| 5) | HALOPERIDOL TAB 5MG PO BID for disorganized behavior and schizophrenia | ACTIVE |
| 6) | HALOPERIDOL TAB 5MG PO Q6H PRN for agitation | ACTIVE |
| 7) | IBUPROFEN TAB 600MG PO Q8H PRN For pain | ACTIVE |
| 8) | LORAZEPAM INJ 2MG/1ML IM Q6H PRN *** CAUTION: SOUND-ALIKE LOOK-ALIKE DRUG. VERIFY DRUG AND DOSE *** for agitation | ACTIVE |
| 9) | LORAZEPAM TAB 2MG PO Q6H PRN *** CAUTION: SOUND-ALIKE LOOK-ALIKE DRUG. VERIFY DRUG AND DOSE *** for agitation | ACTIVE |
| 10) | LORAZEPAM TAB 2MG PO TID for agitation. pleae give with Haldol. | ACTIVE |
| 11) | METHIMAZOLE TAB 20MG PO QDAILY For hyperthyroidism | ACTIVE |
| 12) | POLYETHYLENE GLYCOL 3350 POWDER,ORAL 17GM PO QDAILY PRN For constipation | ACTIVE |
| 13) | PROPRANOLOL TAB 10MG PO TID For TACHYCARDIA (Hold for SBP <90 mm hg and/or DBP<55 mm hg .Hold for HR<60/min) | ACTIVE |
| 14) | TRAZODONE HCL TAB 50MG PO QHS PRN for sleep | ACTIVE |

TARGET SYMPTOMS AND/OR ACTIVE PSYCHOSOCIAL STRESSORS: inpatient hospitalization,
questionable capacity, currently FD-12.

SUBJECTIVE DATA:
Mr. Payne was seen briefly this morning by the weekend treatment team. He
states that his mood is "alright" and that he slept "good" and is eating "well."

Pt denied thoughts of self-harm/suicidality/homicidality and any auditory/visual
hallucinations.

Pt states that he wants to leave and the team stated that the primary team would
follow-up with this request next week and that the team wants to ensure that he
has a safe discharge plan in place.

MSE:
               ** THIS NOTE CONTINUED ON NEXT PAGE **

```
--------------------------------------------------------------------
                                                      Progress Notes
MEDICAL RECORD
--------------------------------------------------------------------
12/28/2013 07:36    ** CONTINUED FROM PREVIOUS PAGE **
```

General: Dressed in hospital clothes, fair hygiene. Good eye contact. somewhat briefly cooperative.
Behavior: psychomotor agitation, pacing, walking up and down the halls.
Speech: Slow rate, quiet tone, paucity of words.  Pt continues to respond with one word answers and there is no elaboration.
Mood: "alright"
Affect: blunted, not fairly congruent with stated mood.
Thought Content: Wants to go home.  No delusions elicited.
Cognition: Awake and alert.
Thought Process: Poverty of thought
Perceptions: Denies auditory/visual hallucinations today.
Insight: Impaired - unable to explain his symptoms or mental illness, also does not understand what medications he takes and why despite having multiple explanations.
Judgment: Poor - continued attempts to leave the hospital.
Impulse control: poor as has been more agitated recently, and attacked staff

SIDE EFFECTS OF MEDICATION: DENIES AT THIS TIME

PERTINENT LABS:
HT:    WT:      T: 96.7 F [35.9 C]     P: 94     R: 16     BP: 118/74
PAIN: 0
DEC 23, 2013
                    (BLOOD) @14:00:01
                                    RBC 3.78 Mil/cmm
   WBC 7.4 K/cmm                    HCT 37.6 %
   HGB 12.3 g/dl                    MCH 32.5 mcg
   MCV 99.3 cmu                     RDW 13.6 %
   MCHC 32.7 %                      MPV 7.1 cmu
   PLT 457 K/cmm                    MONO % 13.5 %
   LYMPH % 26.1 %                   MONO # 1.0 K/cmm
   LYMPH # 1.9 K/cmm                NE % 48.2 %
   NE # 3.6 K/cmm                   EO % 11.9 %
   EO # 0.9 K/cmm                   BA % 0.3 %
   BA # 0.0 K/cmm
                    (SERUM) @14:00
   THYROXINE, FREE (8/97) 1.3 ng     TSH (8/97) 0.04 mcIU/ml

PLAN:
1. MEDICATION:
 - Patient placed on close observation.
 - Continue Methimazole at 20 mg PO daily.
 - Continue Propranolol at 10mg TID. Thyroid US showed Marine-Lenhardt variant.
      Will continue to follow and wait for continued input from endocrinology.
 - Agitation Medications as needed.
 - Started on Haldol 5 mg BID with Ativan 2 mg TID for disorganized behavior.
 - He will receive his monthly Invega, dose increased to 156 mg on 1/7/13. Per
      family does well on high doeses of invega shots.


2. THERAPY:
 - Continue to provide milieu/ supportive therapy and psychiatric
              ** THIS NOTE CONTINUED ON NEXT PAGE **
--------------------------------------------------------------------
                              WASHINGTON         Printed:12/30/2013 14:42
PAYNE,ERIC                                                Vice SF 509
                      Pt Loc: 3DE PSYCH 3D124-17
--------------------------------------------------------------------
```

---

MEDICAL RECORD                                              Progress Notes

---

12/28/2013 07:36    ** CONTINUED FROM PREVIOUS PAGE **
        education. Continue efforts to improve his insight.
    - Encourage veteran to attend all available group therapy on the unit
    - Encourage participation with primary treatment team with individual therapy.

3. Follow-up:
    - TSH 0.04, Free T4 1.3, Free T3 7.3 ***This is elevated.  Primary team to
        follow-up.
    - Elevated LFTS: Hepatology saw patient in the past, ANA positive. HepBsAb
        positive but no HepBsAg available. Continue to monitor Alk Phos.
    - Social work looking for long term care facility for transfer.
    - Family meeting with both the brothers postponed till Monday 12/30/13.

3. GOALS:
    - Safety: Pt is being started on close observations due to agitated behavior.
    - Stabilize psychotic symptoms of disorganization and poor self-care. IN
        PROGRESS>  Pt was started on depot injections to assist with this.
        Started on Haldol 5 mg BID with Ativan 2 mg TID for disorganized
        behavior.
    - Manage hyperthyroidism. IN PROGRESS> pt currently on methimazole.
    - Transfer to long term care facility. IN PROGRESS>  Social work assisting with
        this endeavor.

4. Disposition:
    - Pt FD12ed, acute inpatient psychiatric hospitalization for
        stabilization of psychosis and behavioral changes while SW identifies
        appropriate Nursing Home will continue.

                        Signed by: /es/ ANTHONY J. BELOTTO
                                   RESIDENT/PSYCHIATRY
                                   12/28/2013 12:59

                    Cosigned by: /es/ Fuad Issa, MD
                                   PSYCHIATRIST
                                   12/28/2013 14:39


12/28/2013 14:39    ADDENDUM         STATUS: COMPLETED
tVeteran seen and assesed with resident and I agree with assessment and plan of
care.
                        Signed by: /es/ Fuad Issa, MD
                                   PSYCHIATRIST
                                   12/28/2013 14:39


---

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
FAMILY COURT
MENTAL HEALTH AND HABILITATION BRANCH

**Family Court**
ENTERED ON DOCKET

MAR 0 7 2014

Superior Court
of the District of Columbia
Washington, D.C.

In the Matter of:          :
                           :
ERIC PAYNE,                :       Mental Health No. 2528 -13
                           :
          Respondent.      :
                           :

## FINAL REPORT AND RECOMMENDATION OF THE
## COMMISSION ON MENTAL HEALTH

To the Superior Court of the District of Columbia:

On December 30, 2013, a Petition for Judicial Hospitalization and Certificate of

Physician was filed in this matter by the Department of Veterans Affairs Medical Center,

pursuant to D.C. Code § 21-501 *et seq.* A hearing was scheduled before the Commission

on Mental Health ("Commission") on January 16, 2014, and was continued, by consent,

to February 4, 2014, and then to February 27, 2014. The Commission convened for a

hearing in this matter February 27, 2014. The Commission doctors examined respondent

immediately prior to the hearing.

Present at the hearing were: Diane Duhig, Esquire, petitioner's counsel; Michael

Hendrickson, Esquire, respondent's counsel; Dr. Dominique Neptune, treating

psychiatrist, Veterans Hospital (VA); Dr. Shikha Khosla, endocrinologist, VA; Moshe

Bleizh, social worker (SW), VA; Howard Payne, Jr., brother; and respondent.

The Commission heard testimony from Drs. Neptune and Khosla, SW Bleizh,

Howard Payne and respondent Eric Payne. Dr. Neptune was accepted as an expert in the

treatment and diagnosis of mental illness. Dr. Khosla was accepted as an expert in the field of endocrinology.

The petitioner requested outpatient commitment.

The Commission announced its preliminary findings, conclusions, and recommendations at the close of the hearing. The Commission Chair advised the respondent of his right to a trial by jury or by the Court. Based on its consideration of the matter, the Commission submits the following findings of facts, conclusions of law, and recommendations.

## FINDINGS OF FACT

1) Dr. Khosla testified that the respondent was admitted to the VA in May 2013. He was suffering from hyperthyroidism and had lost between 80 and 90 pounds. She stated that Mr. Payne had a rapid heart rate and was "quite sick." Additionally, he was agitated and his speech was incoherent. Mr. Payne was discharged to a nursing home in July 2013. Dr. Khosla testified that within one to two weeks he returned to the VA and was profoundly "hypothyroid." She noted that the medications for treating Mr. Payne's thyroid conditions were written for a different dose at the nursing home. Mr. Payne was discharged to his home in August 2013. He did not return to the VA for his appointments. He was brought back to the VA in September 2013 with the same symptoms of classic hyperthyroidism—weight loss and rapid heart rate. Dr. Khosla noted that the rapid heart rate can be life threatening. He received radioactive iodine for his thyroid. The medications for Mr. Payne's condition required careful monitoring for toxicity.

2

2) Dr. Neptune testified that the respondent suffers from Schizophrenia. He is paranoid and has grandiose delusions. He has claimed he was a vigilante who can fight crime. Mr. Payne believes he is married to or dating "Rhonda" and must go to Korea to see her. Dr. Payne testified that the respondent has disorganized thoughts, psychomotor agitation, and he continues to deny his medical as well as his mental illness. He experiences auditory and visual hallucinations. Dr. Neptune testified that Mr. Payne lacks insight into his mental illness and has poor judgment. He has tried to elope on numerous occasions while at the VA and he has not complied with his medications in the past. . Dr. Neptune stated that she did not believe that Mr. Payne will come back for his follow up appointments if released without a commitment. Mr. Payne receives Paliperidone by injection once monthly. On the ward, Mr. Payne was described as isolative and lately, paces on the ward. Her concerns are that without a commitment and monitoring of his mental illness, Mr. Payne's self-neglect will have a negative effect on his mental health and on his physical condition; namely, his thyroid. She testified that the least restrictive environment for Mr. Payne was an outpatient commitment with Mental Health Intensive Case Management (MHICM) services. She likened MHICM services to ACT team services.

3) SW Bleizh testified that he has been a senior SW at the VA since 2010. He has been Mr. Payne's SW several times at the hospital. He testified that the respondent had been linked to MHICM in the past but would not cooperate. Although Dr. Neptune compared the services to an ACT team, the SW testified that MHICM services involve as much as once weekly visits to the home. The

3

SW stated that the hospital was asking for an outpatient commitment, although he thought an inpatient commitment was warranted for Mr. Payne.

4) Howard Payne testified that he has been the respondent's court ordered guardian since 2012. Mr. Payne lives with the respondent. He testified that in September 2013, the respondent had lost a lot of weight. He also testified that his brother had twenty years of service in the Army and served as a "tank man" in Iraq. He did not know the details of his brother's discharge with a 50% disability but wondered if it was from a wrist injury. Mr. Payne became tearful and emotional when he described his concern for his brother's well-being. He testified that his brother will not take any of his medications, for mental or medical illness.

## CONCLUSIONS OF LAW

1.      Upon consideration of the above findings, the mental status examination at the time of the hearing, and the testimony presented at the hearing, the Commission concludes that respondent has a mental illness and that because of his mental illness he is likely to injure himself or others if he is not committed.  Specifically, respondent has been diagnosed with Schizophrenia, paranoid type. This mental illness contributes to the respondent's paranoid delusions, hallucinations, agitation and impaired insight. The Veterans Administration has produced sufficient evidence to demonstrate that these symptoms are primarily driving the respondent's dangerous behaviors indicating a likelihood of injury to himself due to his mental illness if not committed.  Without treatment, the respondent's delusions, hallucinations, agitation and impaired insight

4

interfere with his ability to maintain his medication regimen and contribute to his plan of care, including but not limited to his thyroid treatment.

2.      It is the Commission's opinion that inpatient commitment is the least restrictive form of treatment to support the public interest and redress the likelihood of injury.

## RECOMMENDATIONS

**WHEREFORE**, the Commission on Behavioral Health recommends to the Court as follows:

1.  That the Court order treatment of Eric Payne, respondent herein and a
    resident of the District of Columbia, under the supervision of the
    Department of Veterans Affairs as a committed inpatient for a period one
    year period. The Commission recommends that Eric Payne receive a
    thorough medical work up given the testimony presented whether or not
    chronic undifferentiated Schizophrenia is the best diagnosis and whether
    there are other organic mental and/or affective disorders.

2.  That the expense and maintenance and treatment of said respondent shall
    be borne by the Department of Veterans Affairs without prejudice to the
    District of Columbia's right to claim reimbursement in full from the estate
    of respondent or others as provided by law.

Kevin Kiernan, M.D.

C. Richard Filson, Ed.D.

5

Mary Grace Rook
Magistrate Judge
Chair, Commission on Mental Health

March 6, 2014
Date

## NOTE TO RESPONDENT:  ERIC PAYNE

Under the provisions of the Act of Congress, approved September 15, 1964, you have five days from the day of service of a copy of the this Report and Recommendation of the Commission on Mental Health within which to demand a trial by jury to determine the issue of your mental illness.

*Copies to:*

Diane Duhig, *Petitioner's Counsel*
Michael Hendrickson, *Respondent's Counsel*

6

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## FAMILY COURT
## MENTAL HEALTH AND HABILITATION BRANCH

In the Matter of:                       :

   ERIC PAYNE,                          :         Mental Health No. 2013-2528

                                   :

             Respondent.              :

### NOTICE OF HEARING

Pursuant to D.C. Code § 21-545, a hearing has been scheduled before a Judge of the Superior Court assigned to mental health matters to consider the Report and Recommendation of the Commission on Mental Health. A copy of the Report and Recommendation is attached. Counsel for respondent must be present at the hearing. Respondent should be present at the hearing, and if respondent disagrees with the Report and Recommendation of the Commission, he or she has a right to demand a jury trial or trial by the Court. Counsel for respondent, respondent, or any other person acting on respondent's behalf may demand a jury trial or a trial by the Court. The demand must be made within five days from receipt of the Commission's Report and Recommendation. The hearing is scheduled for March 12, 2014, at 2:00 p.m. in Courtroom JM-1.

## CERTIFICATE OF SERVICE

I hereby certify that copies of this Notice and the Commission on Mental Health's Report and Recommendation have been provided to Saint Elizabeths' staff for personal service on respondent, have been sent to respondent's counsel by certified mail, and have been sent by regular mail to the Office of the Attorney General.

Date: 2 7|14                    by: _____
                                          Deputy Clerk

2

FC-CIC '14 JUL 22 AM 10:28

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
FAMILY COURT
MENTAL HEALTH AND HABILITATION BRANCH

IN THE MATTER OF:                    |
                                     |
      ERIC PAYNE,                    | Mental Health No.  2528-13
                                     |
            Respondent.              |
                                     |

**NOTICE OF INTENT NOT TO PROCEED**

Comes now the Department of Veterans Affairs Medical Center, Washington, DC, by and through counsel, and gives notice that the Petitioner does not intend to proceed in the above-styled mental health case.  Please close the above-captioned mental health case.

Respectfully submitted,


Diane M. Duhig
Staff Attorney
U.S. Department of Veterans Affairs
Office of Regional Counsel
1722 I Street, NW, 3rd Floor
Washington, DC  20421
(202) 530-9420
DC Bar No. 445174

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
FAMILY COURT
MENTAL HEALTH AND HABILITATION BRANCH

IN THE MATTER OF:                        |
                                         |
      ERIC PAYNE,                        | Mental Health No.  2528-13
                                         |
               Respondent. |
                                         |

## **ORDER**

Upon consideration of the "Notice of Intent Not to Proceed" filed by

Petitioner, it is by the Court hereby:

ORDERED that the case in Mental Health Number 2528-13 be, and

hereby is, closed.


_____          _____
DATE                                          JUDGE


cc:   Michael Hendrickson, Esq., Respondent's Counsel
      Petitioner

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
FAMILY COURT
MENTAL HEALTH AND HABILITATION BRANCH

IN THE MATTER OF:       |

ERIC PAYNE,         |   Mental Health No.  2528-13

Respondent. |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing "Notice of Intent Not to Proceed" and proposed order were mailed by first class mail, postage prepaid, to Michael Hendrickson, Esq., 211 North Union Street, Suite 100, Alexandria VA 22314, this 22$^{nd}$ day of June 2014.

Diane M. Duhig
Staff Attorney
U.S. Department of Veterans Affairs
Office of Regional Counsel
1722 I Street, NW, 3$^{rd}$ Floor
Washington, DC  20421
(202) 530-9420
DC Bar No. 445174

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

15 mHE-613

**IN THE MATTER OF**                    **MENTAL HEALTH NO.**

AGE: _49 yr_

PATIENT NAME: _Eric Payne_

### PETITION FOR ORDER AUTHORIZING CONTINUED HOSPITALIZATION OF PATIENT FOR EMERGENCY OBSERVATION

Comes now the petitioner, Brian A. Hawkins, Medical Center Director Department of Veterans Affairs Medical Center, 50 Irving Street, NW, Washington, DC 20422, hereinafter VAMC, and represents to the court as follows:

1. That the above-named patient was admitted to the VAMC on _3/27/15_ Under Title 21, Section 522, District of Columbia Code, the emergency hospitalization provision, Brian A. Hawkins, Director, VAMC, requests the Court to enter an order authorizing the continued hospitalization for emergency observation and diagnosis, for a period not to exceed seven (7) days from the time such order is entered.

2. For the information of the Court, admission records indicate said patient's relatives are: _Howard Payne_. The patient's last known address is: _6267 Oxon Hill Road #303_

_Oxon Hill, MD 20745_

_____
**Brian A. Hawkins, VA Medical Center Director**
**Washington, DC 20422**

Subscribed and sworn to before me this _30th_ day of _March 2015_

_____
**Notary Public, District of Columbia**

TYPE OR
PRINT

**Superior Court of the District of Columbia**

**APPLICATION FOR EMERGENCY HOSPITALIZATION BY A PHYSICIAN OR
PSYCHOLOGIST OF THE PERSON, OFFICER OR AGENT OF D.C. DEPARTMENT OF
HUMAN SERVICES OR AN OFFICER TO MAKE ARRESTS**

TO:     Administrator. _Washington, D.C. Veterans Affairs_ Hospital

I. _Vicenzo Holder-Perkins_ , state

[✓] PHYSICIAN OR
    PSYCHOLOGIST
    OF THE
    PERSON:

That I am a physician _✓_ or qualified psychologist _____ (check one); that I am not related
by blood or marriage to the alleged mentally ill person; that I am not financially interested in the
hospital in which said person is to be detained; that the statements are based on my personal observa-
tion and examination of said person not more than 72 hours prior to the making of this application.
and further (CHECK APPROPRIATE BOX (1) OR (2) BELOW).

[✓] 1. That I am licensed under the laws of the District of Columbia; that I am not professionally
       or officially connected with the hospital in which said person is to be detained; and having
       reason to believe

[ ] 2. That I am employed by the United States or District of Columbia; and having reason to
       believe

[ ] OFFICER OR
    AGENT, DHS

That I am a duly accredited officer or agent of the Department of Human Services of the District
of Columbia; and having reason to believe

[ ] POLICE

That I am an officer authorized to make arrests in the District of Columbia; and having reason to
believe that

_Eric Payne, 6267 Oxon Hill Rd #303 Oxon Hill, MD_
Age: 49 ▓▓▓▓▓▓ address and age of person to be hospitalized)  _20745_

is mentally ill and, because of such illness, is likely to injure self and/or others if not immediately detained, hereby make applica-
tion under the provisions of Title 21, § 521, D.C. Code, for the admission of said person to the above-named hospital for emergency
observation and diagnosis, and request that said person be examined by a psychiatrist or qualified psychologist on duty for said
hospital.

(1) STATE CIRCUMSTANCES UNDER WHICH PERSON WAS TAKEN INTO CUSTODY (Use reverse side if needed)
_Veteran came to the Mental Health Clinic and reported_
_to front desk staff - "I need to talk to somebody,_
_I am getting my guns registered and I am up_
_coming up here. I am telling you. I didn't get sick →_

(2) STATE FACTS WHICH LEAD YOU TO BELIEVE PERSON IS MENTALLY ILL (Use reverse side if needed)
_Veteran is conceptually & behaviorally disorganized_
_as he is describing persecutory delusions with the_
_medical staff at the DCVA Medical Center being the →_

(3) STATE FACTS WHICH LEAD YOU TO BELIEVE PERSON IS LIKELY TO INJURE SELF AND/OR OTHERS AS A
    RESULT OF THE MENTAL ILLNESS (Use reverse side if needed)
_Veteran verbalizing threat to harm VA medical_
_staff with firearm in the context of psychotic_
_thinking & aggressive speech & behavior places_
_him & others at imminent danger for self harm and →_

_3/27/2015 12:30 pm_            _V Perkins, MD_
        Date                    Signature and Rank or Professional Title of Applicant
                                _50 Irving St NW_
_Payne_                         Business Address (Precinct or Service)
_0704_                          _Washington, DC 20242_
Form FD1219 26-Apr-06
7-19-95; wd250                          Telephone Number
                                _(202) 745-8000_

TYPE OR
PRINT

**Superior Court of the District of Columbia**

**CERTIFICATE OF PSYCHIATRIST UNDER TITLE 21, SECTION 522, D.C. Code**

I hereby certify that I am a psychiatrist on duty at _Washington DC VMC_

Hospital; that I have examined (name of patient) _Eric Payne_
for whose admission to the above-named hospital for emergency observation and diagnosis application has been made under the provisions of Title 21, Section 522, D.C. Code; that I am of the opinion that said patient has symptoms of mental illness and, as a result thereof, is likely to injure self and/or others unless immediately hospitalized.

**TENTATIVE DIAGNOSIS:**

_see attached_

**NAMES AND ADDRESSES OF SPOUSE, PARENT, NEAREST RELATIVE, LEGAL GUARDIAN OR OF PERSON ACCOMPANYING PATIENT (other than applicant):**

_see attached_

**MENTAL STATUS (Describe Symptoms of Mental Illness) (Use reverse side if needed):**

_see attached_

**STATE FACTS WHICH SUPPORT YOUR OPINION THAT THE ABOVE-NAMED PATIENT IS LIKELY TO INJURE SELF OR OTHERS UNLESS IMMEDIATELY HOSPITALIZED (Use reverse side if needed):**

_see attached_

**PSYCHIATRIC HISTORY AND DATES:**

_see attached_

_3/27/15  5:00pm_
(Date and Time)

_(Signature of Psychiatrist)_ , MD.
_Neptune_

Form FD(12)-827/Apr. 83

## Superior Court of the District of Columbia

#### Addendum to
### CERTIFICATE OF PSYCHIATRIST UNDER TITLE 21, SECTION 522, D.C. Code

I hereby certify that I am a psychiatrist on duty at Washington DC Veteran's Affairs Medical Center Hospital; that I have examined Eric Payne for whose admission to the above-named hospital for emergency observation and diagnosis application has been made under the provisions of Title 21, Section 522, D.C. Code; that I am of the opinion that said patient has symptoms of mental illness and, as a result thereof, is likely to injure self and/or others unless immediately hospitalized.

**TENTATIVE DIAGNOSIS:**
Schizophrenia versus Schizoaffective Disorder, Bipolar type

**NAMES AND ADDRESSES OF SPOUSE, PARENT, NEAREST RELATIVE, LEGAL GUARDIAN OR OF PERSON ACCOMPANYING PATIENT (other than applicant):**
Howard Payne (brother)

**MENTAL STATUS (Describe Symptoms of Mental Illness):** Mr. Payne is irritable and uncooperative with interview. He is dressed in casual attire and ambulates with his wheelchair by propelling himself with one leg. His eye contact is intense. His speech is pressured, very loud and angry in tone. His mood is angry. His affect is congruent and reflects anger with high level of intensity and restricted range. His thoughts are disorganized. He expressed homicidal ideation towards mental health providers, specifically "I am getting my guns registered and I am coming up here!" His thoughts contain paranoid delusions including the belief that VA providers caused him to develop a mental and/or somatic illness. He is alert and appears oriented as he was quickly able to recognize this writer by name. He has poor insight, insisting that he does not have Schizophrenia or other mental illness and denying dangerousness of his statements. His judgment is poor given direct threats made to providers even while in the presence of VAMC police officers. Poor judgment is also reflected by his noncompliance with all medical appointments and medications (psychiatric and other) since last fall.

**STATES FACTS WHICH SUPPORT YOUR OPINION THAT THE ABOVE-NAMED PATIENT IS LIKELY TO INJURE SELF OR OTHERS UNLESS IMMEDIATELY HOSPITALIZED:** On March 27, 2015, Mr. Payne stated his intention of obtain a firearm and return to the medical center to shoot employees. Mr. Payne did not respond to efforts to redirect him and engage in discussions to identify healthier ways to manage his anger. Instead, he phoned the local police on his cell phone

**PSYCHIATRIC HISTORY AND DATES:**
Mr. Payne was diagnosed with Schizophrenia while in the military. He has been psychiatrically hospitalized on numerous occasions including thirteen prior hospitalizations on the inpatient psychiatric unit at the Washington DC VAMC between 2005 and 2014. He has a history of poor compliance to psychiatric or medication regimens. His last admission included an extended stay on inpatient psychiatry for disorganized thoughts, paranoia, poor self- care, poor insight and poor

**Certificate of Psychiatrist continued**

judgment. He ultimately required transfer to internal medicine for more extensive treatment of somatic conditions. Since his discharge from the hospital July 2014, Mr. Payne has not complied with psychiatric, internal medicine or endocrine appointments or medications to maintain adequate stabilization of Schizophrenia and life threatening conditions including atrial fibrillation and hyperthyroidism.

3/27/15   5:00pm
_____
Date and time

_____ Dominique Neptune, M.D.
Signature of Psychiatrist

Dominique Neptune, m.d.

```
------------------------------------------------------------------
MEDICAL RECORD                                      Progress Notes
------------------------------------------------------------------
```
NOTE DATED: 03/27/2015 16:09
LOCAL TITLE: PSYCH: ADMISSION HISTORY AND PHYSICAL EXAM
STANDARD TITLE: PSYCHIATRY H & P NOTE
VISIT: 03/27/2015 15:25 EMERGENCY DEPARTMENT-DAY-X
CHECK CPRS FACE SHEET.
IS VETERAN ELIGIBLE TO RECEIVE VA SERVICES?

[x] If YES, Continue with admission

[] If NO,  Is veteran stabel/safe for transport to a non-VA facility?
      [] If YES, Work with AOD and ED Social worker to transfer patient to
      a non- VA facility
      [] If NO, Continue with Admission


******************

CHIEF COMPLAINT: "I need to get out of here"

HISTORY OF PRESENT ILLNESS: This is a 49 year old AAM with a past psychiatric
history of schizophrenia and a past medical history of Atrial Fibb, Graves
Disease, Hypercholesterolemia, nicotine depdendence, and vitamin D Diffiency
that was taken to the emergency room under FD-12 after presenting at Mental
health clinic and threatening to shoot staff. Patient was extremely agitated and
irritable. Patient was taken to ER and given haldol, ativan, and cogentin to
calm down.

Once patient was medically clear, writer went to evalaute patient. Patient
stated that there was no way that he was coming upstairs. Patient stated that he
needed to go because he was having a party at his house. Patient was inviting
all the homeless people and children to his house. The patient states that he
was going to get a DJ to play the hokey pokey song. Patient states that he never
threatened anyone. Patient states that he went to mental health to get help.
Patient states that he is getting a job that requires him to have a gun. He
states that he was asking questions on how to get a gun correctly and legally.
He states the clerk and doctor made up those homicidial ideations.

Patient states that he has not past psychiatric history. Patient states that he
has not taken any medications since august. patient states that he has not taken
medications for psychiatric or medical conditions. Patient states that he has no
medical conditions. Patient states the he is so much better after stopping all
medications. Patient denies suicidial and homicidial ideations. Patient denies
auditory and visual hallucinations. Patient states that he is not being admitted
and refused to speak any further to writter.

Patient denies Passive Death Wishes, Suicidal Ideations, or Homicidal
Ideations.

Patient denies Phobias, Compulsions, Obsessions.

Patient denies Hallucinations. No delusions elicited.

Patient denies symptoms of mania now or in the past.

Patient denies PTSD symptoms.
                   ** THIS NOTE CONTINUED ON NEXT PAGE **
------------------------------------------------------------------
PAYNE,ERIC                      WASHINGTON          Printed:03/30/2015 09:28
                     Pt Loc: 3DE PSYCH  3D130-24            Vice SF 509
------------------------------------------------------------------
```

```
------------------------------------------------------------------------
MEDICAL RECORD                                            Progress Notes
------------------------------------------------------------------------
03/27/2015 16:09      ** CONTINUED FROM PREVIOUS PAGE **
```

PAST PSYCHIATRIC HISTORY: Patient Denies
Diagnosis: Schizophrenia
Hospitalizations: Last hopitilization was in 2014
Medications: Paliperidone injection
Abuse History: Physical: denies
               Sexual: denies
               Emotional: denies
Past Suicide Attempts: One, tried to hang himself with his belt several years
ago. as per old records
Past Homicide Attempts: None ever. as per old records

FAMILY PSYCHIATRIC HISTORY: Unable to obtain patient refused to beinterviewed.

SUBSTANCE USE HISTORY: Unable to obtain patient refused to be interviewed
Alcohol:
      Form             -
      First Use        -
      Use within the past 12 months : []Yes   []No
      Last Use         -
      Average Use      -
      Maximum Use      -
      Longest duration
       of abstinence -
      Withdrawal Sxs -

Cocaine:
      Form             -
      First Use        -
      Use within the past 12 months : []Yes   []No
      Last Use         -
      Average Use      -
      Maximum Use      -
      Longest duration
       of abstinence -
      Withdrawal Sxs -

Heroin:
      Form             -
      First Use        -
      Use within the past 12 months : []Yes   []No
      Last Use         -
      Average Use      -
      Maximum Use      -
      Longest duration
       of abstinence -
      Withdrawal Sxs -

Cannabis:
      Form             -
                  ** THIS NOTE CONTINUED ON NEXT PAGE **
------------------------------------------------------------------------
PAYNE ERIC                    WASHINGTON          Printed:03/30/2015 09:28
                     Pt Loc: 3DE PSYCH  3D130-24          Vice SF 509
------------------------------------------------------------------------

```
--------------------------------------------------------------------------
MEDICAL RECORD                                              Progress Notes
--------------------------------------------------------------------------
03/27/2015 16:09      ** CONTINUED FROM PREVIOUS PAGE **
```

        First Use        -
        Use within the past 12 months : [] Yes   [] No
        Last Use         -
        Average Use      -
        Maximum Use      -
        Longest duration
         of abstinence   -
        Withdrawal Sxs   -

Other Drugs: Unable to obtain patient refused to complete interview
Tobacco: Unable to obtain patient refused to complete interview

PAST MEDICAL HISTORY:
-Atrial Fibb
-Graves Disease
-h/o heparin induced thrombocytopenia
-hypercholesteremia
-Vitamin D defiency
-s/p AKA R leg

ALLERGIES:
-Lithium
-Heparin

OUTPATIENT MEDICATIONS:

Furosemide 20mg Tab Take One Tablet by Mouth On Monday, Wednesday and Friday
for Fluid
Bismuth Subsalicylate 262mg/15ml Susp Take Two Tablespoonfuls by Mouth Three
Times A Day As Needed for Stomach.
Methimazole 10mg Tab Take Two Tablets by Mouth Every Day for Thyroid
Haloperidol Inj (5mg/1ml Amp) Inject 5 Mg Intramuscular Now
Lorazepam 2mg/Ml Inj Inject 2 Mgs Intramuscular Once


Over the counter meds:

NON-VA MEDS - NONE FOUND


MEDICATION RECONCILIATION:
   Medication reconciliation has been done and discussed with
patient/significant other/designated caregiver. Patient/significant
other/designated caregiver has verbalized understanding of medication
reconciliation.

Medication doses changed today: None


New medications today: Prolixin 5mg po BID
                  ** THIS NOTE CONTINUED ON NEXT PAGE **
```
--------------------------------------------------------------------------
PAYNE,ERIC                     WASHINGTON          Printed:03/30/2015 09:28
                        Pt Loc: 3DE PSYCH  3D130-24          Vice SF 509
--------------------------------------------------------------------------
```

```
--------------------------------------------------------------------
MEDICAL RECORD                                         Progress Notes
--------------------------------------------------------------------
03/27/2015 16:09     ** CONTINUED FROM PREVIOUS PAGE **
```

(Refer to orders in CPRS for changes in medications).

Medications discontinued today: None


Compared newly ordered medications and medication changes to active
medications
and non-VA medications, and then reviewed medications patient/significant
other/designated caregiver.

SOCIAL HISTORY: Unable to obtain patient refused to complete interview
     Father:
     Mother:

     Born and Raised:

     Education:

     Employment:

     Residency:

     Sexual Orientation:

     Marriage:

     Children:

     Legal:

     Military:
          Branch:
          Job/Combat:
          Highest Rank:
          Rank at Discharge:
          Discharge Type:
          Service Connnection:


Spirituality: Unable to obtain patient refused to complete interview
What gives your life meaning ?

What provides peace to you in times of despair?

What will help sustain your spirit/give you strength during the days to
come/as you approach your mental health status?

Are there any activities or rituals that are old and familiar, help you
feel like a whole person, bring you comfort, clear your mind, give you
                    ** THIS NOTE CONTINUED ON NEXT PAGE **

```
--------------------------------------------------------------------
PAYNE,ERIC                    WASHINGTON          Printed:03/30/2015 09:28
                           Pt Loc: 3DE PSYCH  3D130-24        Vice SF 509
--------------------------------------------------------------------
```

—

```
-------------------------------------------------------------------------
MEDICAL RECORD                                            Progress Notes
-------------------------------------------------------------------------
```

03/27/2015 16:09      ** CONTINUED FROM PREVIOUS PAGE **

peace?


REVIEW OF SYSTEMS
Eyes/vision:    [x]  unremarkable
Ears/Nose/Throat: (include hearing, smell/taste): [x] unremarkable
Neuro:          [x] denies syncope, seizures , paralysis, paresthesia,
                    headache
Resp:   [x] denies cough, wheezing, dyspnea
Exposure to TB:   []yes  [x]no
CV:     [x] denies chest pain, palpitations, PND, orthopnea
GI:     [x]denies pain, nausea vomiting, diarrhea, melena, bleeding
GU/reproductive: [x] denies hematuria, frequency, urgency or dysuria
Endo:   [x] denies polyuria, polydipsnia, weight change
Msk:    [x]denies joint swelling, redness, pain
Hem/Imm/Inf: [x]denies bleeding, adenopathy, chills, sweats, fevers
Skin:   [x] denies bruises, rashes, denies self-inflicted wounding/burns

Pain:  [] yes   [x] no
  IF YES:
    Location:
    Intensity:
    Character:
    Duration:
    Response to treatment:

BIOPSYCHOSOCIAL FACTORS/STRESSES AFFECTING TREATMENT: Unable to obtain patient
refused to complete interview
Check those that apply and describe:
  []    Age
  []    Gender
  []    Family
  []    Sexual orientation
        Childhood hx of:
  []    Physical abuse
  []    Sexual abuse
  []    Vocation
  []    Legal
  []    Social relations


PHYSICAL EXAMINATION
HT:    WT:    T: 97.4 F [36.3 C]    P: 109    R: 20    BP: 121/69
PAIN: 0


EXAM: Unable to obtain patient refused to complete interview
General appearance: [x] well developed, well nourished, no obvious
deformities
HEENT: [] TM's clear, [] Eyes Normal, PERRLA, [] fundi normal,
              ** THIS NOTE CONTINUED ON NEXT PAGE **
-------------------------------------------------------------------------
PAYNE,ERIC                   WASHINGTON          Printed:03/30/2015 09:28
                   Pt Loc: 3DE PSYCH  3D130-24           Vice SF 509
-------------------------------------------------------------------------
```

```
-------------------------------------------------------------------------------
MEDICAL RECORD                                              Progress Notes
-------------------------------------------------------------------------------
03/27/2015 16:09     ** CONTINUED FROM PREVIOUS PAGE **
```

```
             [] sinuses nontender, [] nose normal, [] pharynx clear
Neck:    [] supple, no lymphadenopathy, no thyromegaly, no carotid bruits
Chest:   [] clear to ausculation
CV:      [] regular rate, rhythm; no murmur, rub or gallop
Abd:     [] normal sounds, no tenderness, no hepatosplenomegaly, no
             masses
Gen:     [] Man:   [] deferred; reason:
                   [] grossly normal  [] no testicular mass,
         [] Woman: [] deferred; reason:
                   [] normal external genitalia,
                   [] normal speculum and bimanual examination, no lesions
                      or tenderness
         [] Extremities: no cyanosis, edema, injuries, scars, tenderness
Skin:    [] no rashes, hemorrhage, bleeding, cuts, abrasions, burns
Lymphatics: [] no lymph node enlargement detected

Neurologic: [] normal reflexes, normal muscle strength and tone, not
                flaccid
            [] no muscle atrophy
            []normal sensation,  [] normal gait,
            [] normal rapid alternating movements
2nd cranial nerve  [] normal visual acuity, visual fields, fundi WNL
3rd, 4th, and 6th  [] grossly normal pupil reactivity and eye movements
5th cranial nerve  [] grossly normal facial sensation, corneal reflexes
                      not tested
8th cranial nerve  [] hearing grossly normal, can hear a whisper and
                      finger rub
9th cranial nerve  [] grossly normal spontanous palate movement
11 cranial nerve   [] good shoulder shrug strength
12 cranial nerve   [] normal tongue protrusion


MENTAL STATUS EXAM:
    General: well groomed wearin his own clothing. Patient is easily irritated
             and selectively cooperative.
    Speech: rapid and pressured
    Mood: "Fine"
    Affect: Elated
    Thought Process: disorganized with delusions of grandiosity
    Thought Content: denies suicidial and homicidial ideaitons
    Perceptions: denies auditory and visual hallucinations
    Cognition/MMSE:Unable to obtain patient refused to complete interview
    Insight: Poor
    Judgment: Poor

LABORATORY DATA:
    ---- BLOOD CELL COUNT ----

BLOOD          Mar 27    Sep 26         Reference
               2015      2014
               ** THIS NOTE CONTINUED ON NEXT PAGE **
-------------------------------------------------------------------------------
PAYNE,ERIC              WASHINGTON          Printed:03/30/2015 09:28
                     Pt Loc: 3DE PSYCH 3D130-24         Vice SF 509
-------------------------------------------------------------------------------
```

---
MEDICAL RECORD                                              Progress Notes
---
03/27/2015 16:09     ** CONTINUED FROM PREVIOUS PAGE **

                   14:51    12:06    Units    Ranges
---
WBC                 7.40     6.30    K/cmm    3.2 - 9.5
RBC                 4.2 L    3.5 L   Mil/cmm  4.21 - 5.84
HGB                12.9 L   11.5 L   g/dl     13.2 - 17.3
HCT                40.1     35.1 L     %      38.6 - 50.1
MCV                95.3     99.5 H     fL     80.2 - 96.7
MCH                30.7     32.6       pg     26.6 - 33.9
MCHC               32.2 L   32.7 L     %      32.8 - 35.7
RDW                13.4     15.0 H     %      10.7 - 14.1
PLT                 399 H    442 H   K/cmm    152 - 375
MPV                 6.8      5.9 L     fL     6.4 - 10.4
NE %               canc     71.6       %      38.1 - 75
LY %                0.0     13.8       %      11.9 - 43.1
MO %                0.0     10.5       %      4.1 - 12.9
GR %                                   %      42.2 - 75.2
EO %               canc      3.5       %      0 - 4.8
BA %               canc      0.6       %      0 - 1.65
NE #               canc      4.5    K/cmm    1.3 - 6.2
LY #                0.0      0.9    K/cmm    .8 - 3.1
MO #               canc      0.7    K/cmm    .13 - .83
GR #                                K/cmm    1.4 - 6.5
EO #               canc      0.2    K/cmm    0 - .33
BA #               canc      0.0    K/cmm    0 - .1
M/PLT                              K/cmm    152 - 375
MAN WBC                            K/cmm    3.2 - 9.5
MAN HCT                              %      38.6 - 50.1
Comments:           c        e
c.  SEE MANUAL DIFFERENTIAL

    Ordering Provider: Ashley M Ryles MASTER
    Report Released..: Mar 27, 2015@16:18
    Performing Lab...: WASHINGTON [CLIA# 09D0987034]
                       50 IRVING ST NW WASHINGTON, DC 20422-0001

e.  Ordering Provider: Katherine Ann Himmerick MS
    Report Released..: Sep 26, 2014@12:31
    Performing Lab...: WASHINGTON [CLIA# 09D0987034]
                       50 IRVING ST NW WASHINGTON, DC 20422-0001


            ---- DIFFERENTIAL CELL COUNT ----

BLOOD            Mar 27           Reference
                 2015
                 14:51    Units    Ranges
---
SEGS              77 H      %      39 - 73
BANDS                       %      0 - 9
            ** THIS NOTE CONTINUED ON NEXT PAGE **
---
PAYNE,ERIC                  WASHINGTON        Printed:03/30/2015 09:28
                    Pt Loc: 3DE PSYCH  3D130-24        Vice SF 509
---

```
--------------------------------------------------------------------------
MEDICAL RECORD
--------------------------------------------------------------------------
                                                        Progress Notes
03/27/2015 16:09      ** CONTINUED FROM PREVIOUS PAGE **
```

| | | | |
|---|---|---|---|
| LYMPHS | 11 L | % | 14 - 48 |
| MONOS | 9 | % | 1 - 14 |
| EOSINO | 3 | % | 0 - 9 |
| BASO | | % | 0 - 2 |
| META | | % | 0 - 0 |
| MYELO | | % | 0 - 0 |
| ATYPICA | | | 0 - 0 |
| BLASTS | | % | 0 - 0 |
| PROS | | % | 0 - 0 |
| PROLYMP | | % | |
| REA LYM | | % | |
| SMUDGE | | % | |
| NRBC | | %/WBC | 0 - 0 |
| TOXIC G | | | FEW - MARKED |
| PLT.E | | | Adeq - Inc |
| ANISO | | | FEW - MARKED |
| POIKILO | | | FEW - MARKED |
| MICRO | | | FEW - MARKED |
| MACRO | | | FEW - MARKED |
| HYPO | | | FEW - MARKED |
| T CELLS | | | FEW - MARKED |
| BASOPHI | | | FEW - MARKED |
| OVALOCY | | | FEW - MARKED |
| SCHIST | | | FEW - MARKED |
| POLYCHR | | | FEW - MARKED |
| TEARDP | | | FEW - MARKED |
| PAP BDY | | | FEW - MARKED |
| DOHLE | | | FEW - MARKED |
| HJ BDYS | | | FEW - MARKED |
| SPHEROC | | | |

```
Comments:            c
c.  SEE MANUAL DIFFERENTIAL

      Ordering Provider: Ashley M Ryles MASTER
      Report Released..: Mar 27, 2015@16:18
      Performing Lab...: WASHINGTON [CLIA# 09D0987034]
                         50 IRVING ST NW WASHINGTON, DC 20422-0001



                   ---- BLOOD COAGULATION ----
```

| PLASMA | ProTime | INR | ACPTT | Fibrino |
|---|---|---|---|---|
| Ref range low | 11.7 | | 23.4 | 240 |
| Ref range high | 14.1 | | 37.8 | 560 |
| | sec. | Ratio | sec. | mg/dl |

```
--------------------------------------------------------------------------
[f]  Sep 26, 2014 12:06  13.8      1.1
  f. Ordering Provider: jacqueline n Douglas RPH
              ** THIS NOTE CONTINUED ON NEXT PAGE **
--------------------------------------------------------------------------
PAYNE,ERIC                     WASHINGTON            Printed:03/30/2015 09:28
                    Pt Loc: 3DE PSYCH  3D130-24                 Vice SF 509
--------------------------------------------------------------------------
```

```
------------------------------------------------------------------
MEDICAL RECORD
                                                    Progress Notes
------------------------------------------------------------------
03/27/2015 16:09    ** CONTINUED FROM PREVIOUS PAGE **
```

```
        Report Released..: Sep 26, 2014@12:53
        Performing Lab...: WASHINGTON [CLIA# 09D0987034]
                          50 IRVING ST NW WASHINGTON, DC 20422-0001
```

```
                   ---- CHEMISTRY ----
```

| SERUM | Mar 27 2015 14:51 | Sep 26 2014 12:11 | Units | Reference Ranges |
|-------|-------------------|-------------------|-------|------------------|
| GLUCOSE | 104 | | mg/dl | 70 - 121 |
| UREA N. | 6 | | mg/dl | 6 - 23 |
| URIC AC | | | mg/dl | 3 - 9 |
| NA | 138.0 | | mmol/L | 135 - 147 |
| POTASS | 3.5 | | mmol/L | 3.5 - 5.3 |
| CL | 107.0 | | mmol/L | 100 - 109 |
| CO2 | 25.0 | | mmol/L | 21 - 31 |
| FBS | | | mg/dl | 70 - 121 |
| PO4 | 3.4 | | mg/dl | 2.5 - 4.5 |
| CA | 9.5 | | mg/dl | 8.9 - 10.5 |
| PROTEIN | 6.8 | | g/dl | 6 - 8.2 |
| ALBUMIN | 3.8 | | g/dl | 3.7 - 5 |
| ALK PHO | 120 | | mU/ml @37C | 43 - 130 |
| AST/GOT | 16 | | Units/L | 8 - 40 |
| ALT | 15 | | Units/L | 6 - 33 |
| LDH | | | U/L @37C | 100 - 212 |
| CK | | | U/L @37C | 20 - 300 |
| CK MB | | | ng/mL | 0 - 9 |
| MB Indx | | | % | 0 - 3 |
| TROPNI | | | | |
| T. BIL | 0.7 | | mg/dl | .2 - 1.2 |
| D BILI | 0.1 | | mg/dl | 0 - .2 |
| CHOL | | 165 | mg/dl | Ref: <=200 |
| TRIGLYC | | | mg/dl | 60 - 190 |
| HDL | | | mg/dl | 32 - 72 |
| LDL | | | mg/dl | Ref: <=130 |
| HDL-CHO | | 54 | mg/dl | Ref: >=35 |
| AMYLASE | | | U/L | 32 - 185 |
| LIPASE | | | Units/L | 15 - 65 |
| MG | 2.0 | | mg/dl | 1.5 - 2.5 |
| dLDL-C | | 97.0 | mg/dL | Ref: <=130 |
| CREAT | 0.7 | | mg/dl | .7 - 1.5 |
| eGFR | >60 | | ml/min | |
| GAP | 6 | | mmol/L | 4 - 10 |

```
Comments:       b         d
b.  Ordering Provider: Ashley M Ryles MASTER
    Report Released..: Mar 27, 2015@16:29
    Performing Lab...: WASHINGTON [CLIA# 09D0987034]
         ** THIS NOTE CONTINUED ON NEXT PAGE **
------------------------------------------------------------------
PAYNE ERIC
                      WASHINGTON          Printed:03/30/2015 09:28
               Pt Loc: 3DE PSYCH  3D130-24         Vice SF 509
------------------------------------------------------------------
```

```
-----------------------------------------------------------------------------
MEDICAL RECORD
-----------------------------------------------------------------------------
                                                            Progress Notes
03/27/2015 16:09      ** CONTINUED FROM PREVIOUS PAGE **
```

                        50 IRVING ST NW WASHINGTON, DC 20422-0001

     d.  Ordering Provider: Harvey S Washington MD
         Report Released..: Sep 26, 2014@13:05
         Performing Lab...: WASHINGTON [CLIA# 09D0987034]
                           50 IRVING ST NW WASHINGTON, DC 20422-0001


                        ---- URINALYSIS ----

| URINE | Mar 27 2015 15:36 | Units | Reference Ranges |
|-------|-------------------|-------|------------------|
| COLOR | Yellow | | Ref: YELLOW |
| APPEARA | Clear | | Ref: CLEAR |
| SP.GRAV | 1.013 | | 1.003 - 1.03 |
| PH | 6.00 | | 5 - 9 |
| U-ALB | Negative | mg/dl | NEG - TRACE |
| GLU | Negative | mg/dL | Ref: NEG |
| KETONES | Negative | mg/dL | Ref: NEG |
| BILIRUB | Negative | | Ref: NEG |
| UR. BLD | Negative | | Ref: NEG |
| NITRITE | Negative | | Ref: NEG |
| UROBILI | Normal | mg/dl | .1 - 1 |
| LEU ASE | Negative | | Ref: NEG |
| WBC IQ | | /HPF | 0 - 3 |
| RBC IQ | | /HPF | 0 - 5 |
| WBCC | | /HPF | Ref: NONE SEEN |
| BACT | | /HPF | Ref: NONE SEEN |
| BYST | | /HPF | |
| HYST | | /HPF | |
| SQEP | | /HPF | |
| TREP | | /HPF | Ref: <5 |
| REEP | | /HPF | Ref: <2 |
| SPRM | | /HPF | Ref: NONE SEEN |
| HYAL | | /HPF | |
| WBCT | | /LPF | 0 - 2 |
| GRAN | | /LPF | |
| TPO4 | | /HPF | Ref: >=0 |
| CAOX | | /HPF | |
| URICRSL | | /HPF | Ref: NONE SEEN |
| AMOR | | /HPF | Ref: NONE SEEN |

Comments :            a
  a.  Ordering Provider: Ashley M Ryles MASTER
      Report Released..: Mar 27, 2015@15:45
      Performing Lab...: WASHINGTON [CLIA# 09D0987034]
                        50 IRVING ST NW WASHINGTON, DC 20422-0001

             ** THIS NOTE CONTINUED ON NEXT PAGE **
```
-----------------------------------------------------------------------------
PAYNE,ERIC                        WASHINGTON            Printed:03/30/2015 09:28
████████████████          Pt Loc: 3DE PSYCH 3D130-24              Vice SF 509
-----------------------------------------------------------------------------
```

```
------------------------------------------------------------------------
MEDICAL RECORD
------------------------------------------------------------------------
                                                        Progress Notes
03/27/2015 16:09      ** CONTINUED FROM PREVIOUS PAGE **
```

                    ---- MISCELLANEOUS TESTS ----

| DATE       TIME   | SPECIMEN | TEST           | VALUE           |
| Ref ranges        |          |                |                 |
|-------------------|----------|----------------|-----------------|
| Mar 27, 2015@14:51 | SERUM   | ALCOHOL:       | NEG    mg/dl    |
| Ref: NEG          |          |                |                 |
| Mar 27, 2015@14:51 | SERUM   | FREE T4:       | 1.8 H  ng/dl    |
| 0.7 - 1.6         |          |                |                 |
| Mar 27, 2015@14:51 | SERUM   | TSH (VA):      | 0.02 L  mcIU/ml |
| 0.10 - 5.50       |          |                |                 |
| Mar 27, 2015@14:51 | SERUM   | ACETAMINOPHEN: | <10    mcg/mL   |
| 10 - 20           |          |                |                 |

```
Ordering Provider: Ashley M Ryles MASTER
Report Released..: Mar 27, 2015@16:29
Performing Lab...: WASHINGTON [CLIA# 09D0987034]
                   50 IRVING ST NW WASHINGTON, DC 20422-0001
```

PSYCHIATRIC DX:
-Schizophrenia Disorganized Type
-h/o Tobacco use disorder
-h/o Alcohol use disorder

MEDICAL DX:
-Atrial Fibb
-Graves Disease
-h/o heparin induced thrombocytopenia
-hypercholesteremia
-Vitamin D defiency
-s/p AKA R leg

PLAN:
1. Admit to 3DE
2. Close observation for suicidal ideation or unpredictable behavior.
3. Elopment Risk patient is an FD-12
4. Psychiatric Medications - Prolixin 5mg po BID
5. Collect collateral information to assist with diagnosis and treatment plan.
6. Medicine consult to restart home medications since patient has not been taking meds since August 2014.
7. Patient also placed on agitation medications.

```
               Signed by: /es/ JANERIS LOREDO
                          RESIDENT/PSYCHIATRY
                          03/27/2015 16:33
                          **REQUIRES COSIGNATURE**
```



# Superior Court of the District of Columbia
## Family Court

In the Matter of:

Mental Health No.   **2015 MHE 000613**

<u>ERIC PAYNE</u>
                 Respondent

# PROBABLE CAUSE ORDER

Upon consideration of the notice filed by respondent requesting a hearing pursuant to D.C.

Code § 21-525, and the testimony and oral argument of counsel presented before this Court

on the _9th_ day of _April, 2015_ it is the judgment of this Court that:

☐ Petitioner, Department of Behavioral Health, has established probable cause to *he is mentally ill + did present in late March as a danger to self n others* believe that respondent is mentally ill and, because of that illness, is likely to injure himself/herself or others unless immediately hospitalized.

☒ Petitioner, Department of Behavioral Health, has failed to establish probable cause *as of late* to believe ~~that respondent is mentally ill and, because of that illness,~~ is likely to *March, however* injure himself/~~herself~~ or others unless immediately hospitalized.

WHEREFORE, It is this _9th_ day of _April, 2015_ *o no current indicating present danger*

ORDERED that: *no conc court when Resp totally in court*

☐ Respondent be remanded to Department of Behavioral Health for emergency observation and diagnosis in accordance with the Court's prior order pursuant to D.C. Code § 21-524 (a)(1). *April*

☒ Respondent be immediately released from Department of Behavioral Health in accordance with the provisions of D.C. Code § 21-524(a)(2).

_____
                                    **Judge**

APR 0 9 2015

MHPCO.doc



**APR 2 1 2015**

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
**FAMILY COURT**
**Mental Health and Habilitation Branch**

|  |  |  |
|---|---|---|
| In the Matter of | : | |
| | : | |
| ERIC PAYNE, | : | Case No. 2015 MHE 000613 |
| | : | **Magistrate Judge Mary Grace Rook** |
| Respondent. | : | **Mental Health Commission** |
| | : | |

## ORDER

UPON CONSIDERATION of the Motion to Dismiss the Petition for Judicial Hospitalization, and any opposition thereto, it is this ___21st___ day of April, 2015,

ORDERED that the Government's Petition for Judicial Hospitalization, is hereby dismissed. *as MOOT*

_____
Magistrate Judge Mary Grace Rook
Mental Health Commission

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

*Eric Payne*
_____
Plaintiff

vs.

*Veterans Hospital Administration*
_____
Defendant

Case Number _____

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Eric Payne*
_____
Name of Plaintiff's Attorney

*13404 Reid Creek*
_____
Address

*Ft Washington MD 20744*
*301 292-6973*
_____
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                    CASUM.doc

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH
INFORMATION SHEET

*Eric Payne*

Case Number: _____

Date: _____

vs

*Veterans Affairs Honta Administration*

☐ One of the defendants is being sued in their official capacity.

| | |
|---|---|
| Name: *(Please Print)* | **Relationship to Lawsuit** |
| | ☐ Attorney for Plaintiff |
| Firm Name: | ☐ Self (Pro Se) |
| Telephone No.:           Six digit Unified Bar No.: | ☐ Other: _____ |

TYPE OF CASE: ☐ Non-Jury        ☐ 6 Person Jury        ☐ 12 Person Jury

Demand: $ _____        Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: _____    Judge: _____    Calendar #: _____

Case No.: _____    Judge: _____    Calendar#: _____

---

**NATURE OF SUIT:**    *(Check One Box Only)*

**A. CONTRACTS**                    **COLLECTION CASES**

| | | |
|---|---|---|
| ☐ 01 Breach of Contract | ☐ 14 Under $25,000 Pltf. Grants Consent | ☐ 16 Under $25,000 Consent Denied |
| ☐ 02 Breach of Warranty | ☐ 17 OVER $25,000 Pltf. Grants Consent | ☐ 18 OVER $25,000 Consent Denied |
| ☐ 06 Negotiable Instrument | ☐ 27 Insurance/Subrogation | ☐ 26 Insurance/Subrogation |
| ☐ 07 Personal Property |     Over $25,000 Pltf. Grants Consent |     Over $25,000 Consent Denied |
| ☐ 13 Employment Discrimination | ☐ 07 Insurance/Subrogation | ☐ 34 Insurance/Subrogation |
| ☐ 15 Special Education Fees |     Under $25,000 Pltf. Grants Consent |     Under $25,000 Consent Denied |
| | ☐ 28 Motion to Confirm Arbitration | |
| |     Award (Collection Cases Only) | |

**B. PROPERTY TORTS**

| | | |
|---|---|---|
| ☐ 01 Automobile | ☐ 03 Destruction of Private Property | ☐ 05 Trespass |
| ☐ 02 Conversion | ☐ 04 Property Damage | |
| ☐ 07 Shoplifting, D.C. Code § 27-102 (a) | | |

**C. PERSONAL TORTS**

| | | |
|---|---|---|
| ☐ 01 Abuse of Process | ☐ 10 Invasion of Privacy | ☐ 17 Personal Injury- (Not Automobile, |
| ☐ 02 Alienation of Affection | ☐ 11 Libel and Slander |     Not Malpractice) |
| ☐ 03 Assault and Battery | ☑ 12 Malicious Interference | ☐ 18 Wrongful Death (Not Malpractice) |
| ☐ 04 Automobile- Personal Injury | ☐ 13 Malicious Prosecution | ☐ 19 Wrongful Eviction |
| ☐ 05 Deceit (Misrepresentation) | ☐ 14 Malpractice Legal | ☐ 20 Friendly Suit |
| ☐ 06 False Accusation | ☐ 15 Malpractice Medical (Including Wrongful Death) | ☐ 21 Asbestos |
| ☐ 07 False Arrest | ☐ 16 Negligence- (Not Automobile, | ☐ 22 Toxic/Mass Torts |
| ☐ 08 Fraud |     Not Malpractice) | ☐ 23 Tobacco |
| | | ☐ 24 Lead Paint |

SEE REVERSE SIDE

Form 106A

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### FAMILY COURT and CIVIL DIVISION

_Eric Payne_
_____
Plaintiff/Petitioner

v.

_Veterans Administration_
_____
Defendant/Respondent

Case no. _____

## APPLICATION TO PROCEED WITHOUT PREPAYMENT
## OF COSTS, FEES, OR SECURITY (*In Forma Pauperis*)
### Form 106A

I, _Eric Payne_ _____ am the (check one)

☑ Plaintiff/Petitioner      ☐ Defendant/Respondent

I need an interpreter for this case.   I speak the following language:
_English_ [Insert Language].

I respectfully ask permission to proceed in this case without pre-paying costs or fees and without giving security for them because I am not able to do so without substantial hardship to myself or to my family. In support of this request, I state the following:

Check and answer only those that apply.

### INCOME

1. I receive the following public benefits, and the law presumes that I am eligible to proceed without prepayment of costs, fees, or security (see D.C. Code § 15-712):

☐ Temporary Assistance for Needy Families (TANF)
☐ General Assistance for Children (GAC)
☐ Program on Work, Employment and Responsibility (POWER)
☑ Supplemental Security Income (SSI)

2. Even though I do not receive the above public benefits, I receive the following similar benefits and, therefore, request that my Application be approved:

- [x] Interim Disability Assistance (IDA) because my SSI application has not been approved/certified

- [ ] Medicaid

- [ ] DC Healthcare Alliance or the following similar health benefits (describe)_____.

If you checked any of the above boxes, you do not need to answer any more questions and may skip to the section called "Declaration." Otherwise, you must answer the rest of the questions on this form. If additional information is required, you will be notified.

3. My total income over the past 12 months from all sources (including, but not limited to, my job, other wages or business income, rental income, pensions, annuities or life insurance payments, worker's compensation, unemployment compensation or insurance, annual interest or dividends, gifts, alimony or spousal support, inheritance or trust income) is $_5,5c200.00_

4. I am presently unemployed. The last date I worked was on ____06____ , __2006__
        Month            Year

## DEPENDENTS

5. How many people live in your household and depend on you for support: ___0___. Of these people, how many are minor children or elderly? ___0___.

Form 106A

## ASSETS

6. I state the following about my property:

I have $____0____ in cash, including money in savings or checking accounts.

I own the vehicles, personal home, other real estate, stock, bonds, or other valuable property, besides household furnishings and clothing, listed below:

Vehicle 2005 Chevy Traverse Single
Family Home And Clothing

*List the Property*

## EXPENSES

7. This is my best estimate of the monthly expenses for myself and the people in my household who depend on me for support:

Housing (rent, mortgage, taxes, & insurance): $2000,00
Public Transportation and Gasoline: $350.00
Automobile Loan, Insurance, Maintenance: $600,00
Health (medical, dental, vision, prescriptions, insurance): $10.00
Food and other Household Necessities: $1000,00
Utilities (including gas, electric, water, phone, internet): $1,500.00
Clothing: $500.00
Child Support: $0
Childcare (including diapers, daycare): $0
Other (explain in detail): $700,00

**Total Estimated Monthly Expenses**: $7000

3                                    Form 106A

## OTHER SPECIAL CIRCUMSTANCES

☐ 8. (Optional) Explain any other special circumstances that you want to have considered in support of your request, including any large monthly expenses, debts, wage or bank account garnishments, and/or judgments.

Police Pty Court my DC Lawyers
DC Vice + Bar, Medr Counsel
DO I, Penitary

① I don't have a Relation-
ship with Lawyer or Law
firm.

② No professional rules
of conduct

③ Right leg Amputee in
a wheelchair

④ Won both cases of
Involuntary Committment
to Hospital

4

Form 106A

## DECLARATION

**REQUIRED**:   I solemnly swear or affirm under criminal penalties for the making of a false statement, which includes 180 days in jail or a $1,000 fine or both, that I have read this Application and that the factual statements made in it are true to the best of my personal knowledge, information and belief.[1]

Signature

Address

Phone Number

Date

## POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION TO PROCEED WITHOUT PREPAYMENT OF COSTS, FEES, OR SECURITY

1.   D.C. Code § 15-712.
2.   D.C. Code § 22-2405.
3.   Civil Rule 54-II, Domestic Relations Proceedings Rule 54-II, and Family Rule R.
4.   *Adkins v. E.I. Du Pont de Nemours & Co., Inc.*, 335 U.S. 331 (1948).
5.   *Harris v. Harris*, 137 U.S. App. D.C. 318, 322, 424 F.2d 806 (1970), *cert. denied*, 400 U.S. 826 (1970) ("*in forma pauperis* relief not limited to those who are public charges or absolutely destitute").
6.   *Green v. Green*, 562 A.2d 1214 (D.C. 1989) (statute "effectuates the fundamental principle that every litigant should be provided equal access to the courts without regard to financial ability").
7.   *Herbin v. Hoeffel*, 727 A.2d 883, 887 (D.C. 1999) (court officers serve process in *in forma pauperis* cases).
8.   *Cabillo v. Cabillo*, 317 A.2d 866, 866 (D.C. 1974) (per curiam) (reversing denial of *in forma pauperis* status and mandating granting of petition where litigant's income "only slightly above the welfare standard").

---

[1] When you come to court, you may be asked questions about this Application.  If your responses are not truthful, you could face additional criminal penalties.

Form 106A

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

FAMILY COURT and CIVIL DIVISION

*Eric Payne*

Plaintiff/Petitioner

v.

*Veterans ADministration*

Defendant/Respondent

< Case No.

### ORDER

Having considered ☑ Plaintiff/Petitioner's   ☐ Defendant/Respondent's

Application to Proceed without Prepayment of Costs, Fees, or Security, it is

hereby ordered that the Application is:

☐ **GRANTED** in this Family Court case and, pursuant to Domestic

Relations Rule 54-II, witnesses will be subpoenaed without

prepayment of witness fees;

☑ **GRANTED** in this Civil Division case and, pursuant to Civil Rule 54-II,

the officers of the Court will issue and serve all process; witnesses will

be subpoenaed without prepayment of witness fees;

☑ **DENIED**

☐ For the following reasons: *Income $55,000 far exceeds*

*poverty guidelines*

☐ For the reasons stated on the record in open court and in the

presence of the applicant or his or her counsel;

_05/26/2016_
Date

_R Wert___
Judge

6

Form 106A

Form 106A

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
FAMILY COURT and CIVIL DIVISION

*Eric Payne*
_____
Plaintiff/Petitioner

v.

*Veterans Administration*
_____      Case no. _____
Defendant/Respondent

**APPLICATION TO PROCEED WITHOUT PREPAYMENT
OF COSTS, FEES, OR SECURITY (*In Forma Pauperis*)**
Form 106A

I, *Eric Payne* _____ am the (check one)
☑ Plaintiff/Petitioner      ☐ Defendant/Respondent

I need an interpreter for this case.   I speak the following language:
*English* [Insert Language].

I respectfully ask permission to proceed in this case without pre-paying costs
or fees and without giving security for them because I am not able to do so
without substantial hardship to myself or to my family. In support of this
request, I state the following:

Check and answer only those that apply.

<u>**INCOME**</u>

1. I receive the following public benefits, and the law presumes that I
am eligible to proceed without prepayment of costs, fees, or security
(<u>see</u> D.C. Code § 15-712):

☐ Temporary Assistance for Needy Families (TANF)
☐ General Assistance for Children (GAC)
☐ Program on Work, Employment and Responsibility (POWER)
☑ Supplemental Security Income (SSI)

2. Even though I do not receive the above public benefits, I receive the following similar benefits and, therefore, request that my Application be approved:

☑ Interim Disability Assistance (IDA) because my SSI application has not been approved/certified

☐ Medicaid

☐ DC Healthcare Alliance or the following similar health benefits (describe)_____.

If you checked any of the above boxes, you do not need to answer any more questions and may skip to the section called "Declaration." Otherwise, you must answer the rest of the questions on this form. If additional information is required, you will be notified.

3. My total income over the past 12 months from all sources (including, but not limited to, my job, other wages or business income, rental income, pensions, annuities or life insurance payments, worker's compensation, unemployment compensation or insurance, annual interest or dividends, gifts, alimony or spousal support, inheritance or trust income) is $ 5,5000.00

4. I am presently unemployed. The last date I worked was on
____06____ , __2006__
Month               Year

## DEPENDENTS

5. How many people live in your household and depend on you for support: ___0___. Of these people, how many are minor children or elderly? ___0___.

Form 106A

## ASSETS

6. I state the following about my property:

I have $ ___O___ in cash, including money in savings or checking accounts.

I own the vehicles, personal home, other real estate, stock, bonds, or other valuable property, besides household furnishings and clothing, listed below:

_Vehicle 2005 Chevy Traverse Single_
_Family Home Ac & clothing_ .

<div align="center">List the Property</div>

## EXPENSES

7. This is my best estimate of the monthly expenses for myself and the people in my household who depend on me for support:

Housing (rent, mortgage, taxes, & insurance): $ 2000,00
Public Transportation and Gasoline: $ 350.00
Automobile Loan, Insurance, Maintenance: $ 600,00
Health (medical, dental, vision, prescriptions, insurance): $ 16.00
Food and other Household Necessities: $ 1000,00
Utilities (including gas, electric, water, phone, internet): $ 1,500.00
Clothing: $ 500.00
Child Support: $ O
Childcare (including diapers, daycare): $ O
Other (explain in detail): $ 700,00

**Total Estimated Monthly Expenses**: $ 7000

<div align="center">3</div>

Form 106A

## OTHER SPECIAL CIRCUMSTANCES

☐ 8. (Optional) Explain any other special circumstances that you want to have considered in support of your request, including any large monthly expenses, debts, wage or bank account garnishments, and/or judgments.

Police My Court My PC Lawyers
Police, FBI, US Marcous sc
D.O.J, Senators,

① I don't have a Relation-
ship with Lawyer or Law
Firm.

② No professional Rules
of Conduct

③ Right leg Amputee in
a wheelchair

④ won both cases of
involuntary Committment
to Hospital

4                                          Form 106A

## DECLARATION

**REQUIRED**:   I solemnly swear or affirm under criminal penalties for the making of a false statement, which includes 180 days in jail or a $1,000 fine or both, that I have read this Application and that the factual statements made in it are true to the best of my personal knowledge, information and belief.[1]

_____
Signature

_____
Address

_____
Phone Number

_____
Date

## POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION TO PROCEED WITHOUT PREPAYMENT OF COSTS, FEES, OR SECURITY

1.   D.C. Code § 15-712.
2.   D.C. Code § 22-2405.
3.   Civil Rule 54-II, Domestic Relations Proceedings Rule 54-II, and Family Rule R.
4.   *Adkins v. E.I. Du Pont de Nemours & Co., Inc.*, 335 U.S. 331 (1948).
5.   *Harris v. Harris*, 137 U.S. App. D.C. 318, 322, 424 F.2d 806 (1970), *cert. denied,* 400 U.S. 826 (1970) (*"in forma pauperis* relief not limited to those who are public charges or absolutely destitute").
6.   *Green v. Green*, 562 A.2d 1214 (D.C. 1989) (statute "effectuates the fundamental principle that every litigant should be provided equal access to the courts without regard to financial ability").
7.   *Herbin v. Hoeffel*, 727 A.2d 883, 887 (D.C. 1999) (court officers serve process in *in forma pauperis* cases).
8.   *Cabillo v. Cabillo*, 317 A.2d 866, 866 (D.C. 1974) (per curiam) (reversing denial of *in forma pauperis* status and mandating granting of petition where litigant's income "only slightly above the welfare standard").

-----

[1] When you come to court, you may be asked questions about this Application.  If your responses are not truthful, you could face additional criminal penalties.

Form 106A



SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
FAMILY COURT
500 INDIANA AVENUE, NW
WASHINGTON, D.C. 20001

Family Court
**ENTERED ON DOCKET**

**DEC 24 2013** 10:22
c C
Superior Court
of the District of Columbia
Washington, D.C

In the Matter of:

**ERIC PAYNE**                    Mental Health No.    **2013 MHE 002528**
Respondent

# ORDER AUTHORIZING CONTINUED HOSPITALIZATION
# OF PERSON FOR EMERGENCY OBSERVATION AND DIAGNOSIS; AND
# APPOINTING COUNSEL

Upon consideration of the Petition for Continued Hospitalization for Emergency Observation, and the

Attachments filed by the Administrator of    Veteran's Affairs

Hospital, it is ,

ORDERED that the hospitalization of the above-named Respondent is continued for emergency

observation and diagnosis for a period of seven days from the time this order is entered, unless the Respondent

is sooner discharged from the Hospital by the Administrator; and it is further

ORDERED that the Respondent be informed, by service of a copy of this order, that, upon request, the

Respondent is entitled to a hearing before the Court within twenty-four hours after receipt by the Court of the

request; and it is further

ORDERED that   **Mr MICHAEL E HENDRICKSON 703-838-5577**

is appointed counsel for the Respondent, to represent the Respondent in this matter before the Commission on

Mental Health and before the Court.

| 12/24/13 | 10:12am | Lou G. Parker |
|----------|---------|---------------|
| *Date* | *Time* | *Judge* |

Orach.doc

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

IN THE MATTER OF                         MENTAL HEALTH NO. *13 MHE 2528*

                                         ~~FAMILY COURT~~
                                         ~~CENTRAL INTAKE CENTER~~

AGE: __48__                              2013 DEC 24   A 8:54

PATIENT NAME: __Eric Payne__

### PETITION FOR ORDER AUTHORIZING CONTINUED HOSPITALIZATION OF PATIENT FOR EMERGENCY OBSERVATION

      Comes now the petitioner, Brian A. Hawkins, Medical Center Director Department of Veterans Affairs Medical Center, 50 Irving Street, NW, Washington, DC  20422, hereinafter VAMC, and represents to the court as follows:

    1.  That the above-named patient was admitted to the VAMC on __12/23/2013__ Under Title 21, Section 522, District of Columbia Code, the emergency hospitalization provision, Brian A. Hawkins, Director, VAMC, requests the Court to enter an order authorizing the continued hospitalization for emergency observation and diagnosis, for a period not to exceed seven (7) days from the time such order is entered.

    2.  For the information of the Court, admission records indicate said patient's relatives are: __Howard (Butch) Payne (brother)__. The patient's last known address is: __Suitland, MD   202-413-7110__

_____

_____

**Brian A. Hawkins, VA Medical Center Director**
**Washington, DC  20422**

Subscribed and sworn to before me this __23rd__ day of __December 2013__

**Notary Public, District of Columbia**

[Notary Seal: CYBIL R. MEWBORN / NOTARY PUBLIC / EXPIRES JUN 14, 2018 / DISTRICT OF COLUMBIA]

TYPE OR PRINT

**Superior Court of the District of Columbia**

**APPLICATION FOR EMERGENCY HOSPITALIZATION BY A PHYSICIAN OR PSYCHOLOGIST OF THE PERSON, OFFICER OR AGENT OF D.C. DEPARTMENT OF HUMAN SERVICES OR AN OFFICER TO MAKE ARRESTS**

TO:        Administrator _Washington D.C. Veterans Affairs_ Hospital

I, _Vicenzio Holder-Perkins, M.O., MPH_ , state

☑ **PHYSICIAN OR PSYCHOLOGIST OF THE PERSON:** That I am a physician _✓_ or qualified psychologist _____ (check one); that I am not related by blood or marriage to the alleged mentally ill person; that I am not financially interested in the hospital in which said person is to be detained; that the statements are based on my personal observation and examination of said person not more than 72 hours prior to the making of this application, and further (CHECK APPROPRIATE BOX (1) OR (2) BELOW).

☐ 1. That I am licensed under the laws of the District of Columbia; that I am not professionally or officially connected with the hospital in which said person is to be detained; and having reason to believe

☑ 2. That I am employed by the United States or District of Columbia; and having reason to believe

☐ **OFFICER OR AGENT, DHS** That I am a duly accredited officer or agent of the Department of Human Services of the District of Columbia; and having reason to believe

☐ **POLICE** That I am an officer authorized to make arrests in the District of Columbia; and having reason to believe that _Eric Payne   6500 Riggs Road, Hyattsville  MD 20783_

(Name, address and age of person to be hospitalized)

is mentally ill and, because of such illness, is likely to injure self and/or others if not immediately detained, hereby make application under the provisions of Title 21, § 521, D.C. Code, for the admission of said person to the above-named hospital for emergency observation and diagnosis, and request that said person be examined by a psychiatrist or qualified psychologist on duty for said hospital.

(1) STATE CIRCUMSTANCES UNDER WHICH PERSON WAS TAKEN INTO CUSTODY (Use reverse side if needed)
_Mr. Payne admitted to 3DE inpatient psychiatric unit at the VA on June 5, 2013. as he paranoid delusions ored, persecutory type believing his food was being poisence_

(2) STATE FACTS WHICH LEAD YOU TO BELIEVE PERSON IS MENTALLY ILL. (Use reverse side if needed)
_Mr. Payne diagnosed with schizo phrenia undifferentiated for more than 20 years. His symptoms linked to this diagnosis is papier out after his confusion as noted by wandering the streets, & illogical thought process_

(3) STATE FACTS WHICH LEAD YOU TO BELIEVE PERSON IS LIKELY TO INJURE SELF AND/OR OTHERS AS A RESULT OF THE MENTAL ILLNESS (Use reverse side if needed)
_Mr. Payne is conceptually disorganized to the extent that it is not able to independently provide a play of self-care, to include his basic human needs such as foods, clothing & shelter. He is a danger to self as_

_12/23/13 @ 12:39 pm_
Date

Signature and Rank or Professional Title of Applicant

_50 Irving St NW WDC     20422_
Business Address (Precinct or Service)

_(202) 745 8000_
Telephone Number

_Payne_
_0744_

Form FD-121 Rev. Apr 86

1) and avoiding eating consistently, resulting in a 42.5 pounds loss over the course of 5 months. His persecutory delusions also involved "VA staff" trying to poison him. He was non-adherent with psychiatric medications & outpatient follow up. Over the past week there is increasing an increase level of anxiety linked to paranoid delusions. As a result of this delusion is socially withdrawn requiring staff to provide support in prompting to attend to ADLs & medication management to include those needed for the treatment of his Hyperthyroidism without it his risk for mortality increases.

Mr. Payne req attempted on 2 ocassions in the presence of this provider to exit the unit verbalizing that he wanted to leave. He is was anxious & demonstrated poor impulse control. He was not able to give a plan of self care that was logical & doable as he is conceptually disorganized as evidenced by paranoid delusions, persecutory type. He is a danger to self as he too is non-adherant to medications which led to this present hospitalization. And danger to others as he is impulsive & didn't recognize that he placed fellow veterans on the unit standing next to the exit when he bolted towards it.

also thim disorganized & confused.

TYPE OR
PRINT

**Superior Court of the District of Columbia**

**CERTIFICATE OF PSYCHIATRIST UNDER TITLE 21, SECTION 522, D.C. Code**

I hereby certify that I am a psychiatrist on duty at __DC VAMC__

Hospital; that I have examined (name of patient) __Eric Payne__
for whose admission to the above-named hospital for emergency observation and diagnosis application has been made under the provisions of Title 21, Section 522, D.C. Code; that I am of the opinion that said patient has symptoms of mental illness and, as a result thereof, is likely to injure self and/or others unless immediately hospitalized.

**TENTATIVE DIAGNOSIS:**

Chronic Schizophrenia (disorganized, undifferentiated type)

**NAMES AND ADDRESSES OF SPOUSE, PARENT, NEAREST RELATIVE, LEGAL GUARDIAN OR OF PERSON ACCOMPANYING PATIENT** (other than applicant):

Howard [Butch] Payne (Guardian & Brother)
Suitland, Maryland (no address or zip code available)

**MENTAL STATUS (Describe Symptoms of Mental Illness) (Use reverse side if needed):**

48 year old veteran dressed in hospital pajamas cooperative but agitated because he wants "to go home". Patient found wandering stretch to "protect others" - doesn't take his meds (e.g. thyroid meds needed for pt to survive. No insight, poor judgment,

**STATE FACTS WHICH SUPPORT YOUR OPINION THAT THE ABOVE-NAMED PATIENT IS LIKELY TO INJURE SELF OR OTHERS UNLESS IMMEDIATELY HOSPITALIZED (Use reverse side if needed):**

No insight into illness - wanders streets at night, lost for days at a time. Doesn't take psych meds or thyroid meds needed for survival. Pt. denies being a vigilante but on the streets to "fight crime" which can get pt into life threatening circumstances. Very poor judgement

**PSYCHIATRIC HISTORY AND DATES:**

Hospitalized on inpt. psych wards 15 times since 2005. Past attempt to hang himself

_(Signature of Psychiatrist)_

__12/23/2013__
(Date and Time)

Form FD(12)-827/Apr. 83                                                    83-7744-P - wd50



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**OFFICE OF REGISTER OF WILLS**
**PROBATE DIVISION**

In Re: ERIC PAYNE                                    No. **2006 INT 000006**

## LETTERS OF GUARDIANSHIP
(issued pursuant to original order of
appointment under Guardianship and Protective
Proceeding Act of 1986 – Effective September 30, 1989)

To all persons interested in the personal welfare of **ERIC PAYNE**, an incapacitated

individual, Permanent General Guardianship of the person of said incapacitated individual has

been granted to **HOWARD PAYNE JR**, pursuant to order dated **09/07/2012** and said guardian

having executed the Acceptance of appointment and Consent to Jurisdiction shall have access to

any current medical, psychological or sociological evaluation records of the subject.  Said

Guardian has the powers and duties set forth in D.C. Code Sec. § 21-2047 (a) and (b), subject to

the following enlargements, and/or limitations, or other modifications as set forth in the Order of

Appointment: **NONE**

The Appointment is in full force and effect as of this date.

WITNESS

Date:   **September 18, 2012**

Register of Wills
Clerk of the Probate Division

## DOCUMENT NOT VALID WITHOUT EMBOSSED COURT SEAL

**DEPARTMENT OF VETERAN AFFAIRS Medical Center**
**50 Irving Street, NW**
**Washington, DC 20422**

**CERTIFIED MAIL**

Chairman, DC Commission on Mental Health
Superior Court of the District of Columbia
Room 4475 500 Indiana Avenue, NW
Washington, DC  20001

Dear Sir or Madam:
The person named below was admitted to the Department of Veterans Affairs Medical
Center, 50 Irving Street, NW, Washington, DC 20422, for the purpose of emergency
hospitalization under Section 521 of Title 21, District of Columbia Code.

The person requesting the patient's admission stated that he/she had reason to believe that the
patient is mentally ill and likely to injure himself/herself or others if not immediately
hospitalized for mental observation.

Our examination of the patient is not yet complete. Our records contain the following
information about the existence of relatives or friends:

Sincerely,


Brian A. Hawkins, MHA
Medical Center Director

---

| PATIENT NAME | ADMISSION DATE |
|---|---|
| Eric Payne | 12/23/2013 |

| PERSON REQUESTING PATIENT'S | ADMISSION TITLE |
|---|---|

**Please address all inquiries regarding the patient to:**

Dr. Richard B. Rosse
Dr. Howard M. Schulman
Administrative Officer
Washington, DC, VAMC Mental Health Service

Telephone: (202) 745-8156
Telephone: (202) 745-8000 ext 7182
Telephone: (202) 745-8606
Fax: (202) 745-8169

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**FAMILY COURT DIVISION**

IN THE MATTER OF          MENTAL HEALTH NO. 2013 MHE 2528

ERIC PAYNE

AGE: 48 YEARS OLD

FILED
FAMILY COURT
INTAKE CENTER
2013 DEC 30 PM 3 47

**PETITION FOR JUDICIAL HOSPITALIZATION**

      Comes now the petitioner, Brian Hawkins, Director, U.S. Department of Veterans Affairs Medical Center, 50 Irving Street, NW, Washington, DC 20422, hereinafter "VAMC", and respectfully represents to the court as follows:

      1. There being good and sufficient reason to believe that Eric Payne, hereinafter "Mr. Payne" or "patient", is suffering from mental illness and, because of such illness, is likely to injure himself and or others if not immediately hospitalized. Mr. Payne was admitted to the VAMC involuntarily on Monday, December 23, 2013 in accordance with the provisions of Title 21, Section 522, District of Columbia Code, Hospitalization of the Mentally Ill Act (act approved September 14, 1965).

      2. That the circumstances under which Mr. Payne was taken into custody and the reasons therefore are as follows:

      Mr. Payne was admitted voluntarily to the VAMC in-patient psychiatric unit on June 5, 2013 suffering from paranoid delusions that, among other things, his food was being poisoned. Mr. Payne had lost 42.5 pounds in just five months because of this delusion. Despite treatment, Mr. Payne remained delusional, unable to care for himself, suffering from disorganized thinking, without insight into his illness, and impulsive on the unit until December 23, 2013, when Mr. Payne informed his treatment team that he no longer wanted to stay voluntarily on the inpatient unit and made efforts to leave. Because the symptoms of his mental illness remained uncontrolled, because those symptoms rendered him a danger to himself and others and because housing that would adequately provide Mr. Payne with safety and medication supervision had not yet been identified, Mr. Payne's admission was continued on an involuntary basis.

3. For the reasons set forth in paragraph 2, above, under Title 21, Section 521 of the aforementioned act, Vicenzio Holder-Perkins, M.D. made application for the admission to the VAMC of Mr. Payne for emergency observation and diagnosis, and requested that Mr. Payne be examined by a psychiatrist or qualified psychologist on duty at the VAMC.

4. That Mr. Payne was examined by Dr. Richard Rosse, a psychiatrist on duty at the VAMC, who executed a certificate under Title 21, Section 522, stating that he was of the opinion that Mr. Payne had symptoms of mental illness (psychosis), and, as a result, was likely to injure himself or others unless immediately hospitalized. Upon the basis of the aforementioned application, examination, and Dr. Rosse's certificate, on December 23, 2013 it was determined that Mr. Payne needed to be hospitalized.

5. That the administrator of the VAMC filed in this court in the above-entitled matter a petition for an order Authorizing Continued Hospitalization of Patient for Emergency Observation, and, that upon the basis of said petition, on December 24, 2013, this court entered herein an order authorizing the continued hospitalization of Mr. Payne for emergency observation, by the terms of which the hospitalization of Mr. Payne was continued for emergency observation and diagnosis for a period of seven (7) days from the time said order was entered. A copy of the court's December 24, 2013 Order Authorizing Continued Hospitalization Of Person for Emergency Observation and Diagnosis; And Appointing Counsel is attached hereto as Exhibit A.

6. That Mr. Payne has been examined by Dominique Neptune, M.D. of the VAMC, who has executed a certificate under Title 21, Section 541, stating that she is of the opinion that Mr. Payne is mentally ill and, because of such illness, is likely to injure himself or others if allowed to remain at liberty, as more fully appears from said certificate. Dr. Neptune's Certificate of Psychiatrist Under Title 21, Section 541, D.C. Code is attached hereto as Exhibit B.

7. That in view of the foregoing, the petitioner believes and therefore avers that Mr. Payne is mentally ill and, because of such illness, is likely to injure himself or others if allowed to remain at liberty, and that he is therefore a proper subject for judicial hospitalization for an indeterminate period under Title 21, Section 545 of the aforementioned Act, or for such alternative course of treatment as the court believes will be in the best interest of said patient and of the public.

WHEREFORE, the premises considered, the petitioner prays:

1.  That this Court enter an order herein directing the Director, U.S. Department of Veterans Affairs Medical Center, 50 Irving Street, NW, Washington, DC, to continue to detain Mr. Payne in the said VAMC under Title 21, Section 528, until a final order has been entered in this case.

2.  That this case be referred to the Commission on Mental Health of the Superior Court of the District of Columbia for examination of Mr. Payne and further proceedings in accordance with Title 21, Section 528 of the aforementioned Act.

3.  And for such other and further relief as may be required in the best interest of the patient and of the public.

> BRIAN HAWKINS
> VA Medical Center Director
> Washington, DC  20422

Subscribed and sworn to before me this ___30th___ day of _December 2013_

Notary Public, District of Columbia



## CERTIFICATE OF PHYSICIAN
## UNDER TITLE 21, SECTION 541, D.C. CODE

I hereby certify that I am a physician:

☐     Licensed under the laws of the District of Columbia to practice medicine

☒     Practicing medicine in the employment of the Government of the United States/ District of Columbia;

That within 72 hours prior to the execution of this certificate, I personally observed and examined Mr. Payne and that from my observation and examination I have found the following:

Mr. Payne has over a twenty (20) year history of Schizophrenia, Disorganized versus Undifferentiated type and hyperthyroidism. He has required psychiatric hospitalization on at least fifteen (15) occasions since 2005. Mr. Payne's history includes at least one suicide attempt via hanging. Mr. Payne has been unable to attend to his own affairs since 2012 and his brother, Howard (Butch) Payne Jr., has served as his guardian since September 18, 2012.

Mr. Payne remains irritable, disorganized and paranoid. Although his delusion that his food is being poisoned has diminished markedly, he nevertheless continues to lack insight into his illness. He denies having Schizophrenia or Hyperthyroidism and firmly states that he will not take medications for these or any conditions upon being discharged from the medical center. Failing to take his thyroid medication could be life-threatening. Despite repeated attempts to educate Mr. Payne on the importance of adhering to his medication regimen, he cannot associate the problems from which he suffers with his medication noncompliance.

Mr. Payne's paranoid thinking causes anxiety that he demonstrates by pacing the halls. He has poor impulse control and has attempted to elope. He is withdrawn socially, and is unable to communicate his needs effectively to others. He is reliant upon staff for assistance with personal hygiene. He at times requires encouragement to eat his meals. He does not take his medication without prompting.

Mr. Payne continues to espouse his desire to "enforce law." He believes that he should confront people on the street that he believes are doing something wrong and effectuate justice. This desire, combined with his paranoia and impaired cognitive function, pose a significant risk that his attempts to right perceived wrongs will escalate into physical confrontations during which either he or someone else will be injured.

Mr. Payne has been aggressive at times on the in-patient unit, banging things and verbally abusing staff. His thought process is still disorganized, suggesting that there is a substantial likelihood that without inpatient management and supervision, he will again become non-adherent to his psychotropic and internal medication regimens and decompensate further both psychiatrically and medically. He remains unable to formulate any logical plan for caring for himself outside of the inpatient unit.

<div style="text-align:right">

Certificate of Dominique Neptune, M.D.
Re: Patient Eric Payne
Page 1 of 2

</div>

On examination today, Mr. Payne was dressed in hospital clothes and made some eye contact. He was only intermittently cooperative in talking with me. He would not answer some of my questions. His speech was low in volume, quiet in tone, and with almost no spontaneous speech. He provides one-word answers to some questions. Although he reported his mood as "alright," his affect was blunted. He was believed to be experiencing a paucity of thought. He denied auditory and visual hallucinations. Although alert and awake, he was cognitively impaired. His insight is poor especially given his denial of Schizophrenia and Hyperthyroidism. His judgment is grossly impaired and he clearly states he will not take medications for this conditions upon being discharged.

As a result of these symptoms, Mr. Payne continues to require inpatient psychiatric hospitalization due to the imminent risk he poses to himself and others.

I hereby certify that, in my opinion, Mr. Payne is mentally ill, suffers from Schizophrenia and, because of his mental illness, is likely to injure himself or others if allowed to remain at liberty.

_Dominique Neptune, m.D._

Dominique Neptune, M.D.

_12/30/13   2:30 pm_

(Date and Time)

Certificate of Dominique Neptune, M.D.
Re:  Patient Eric Payne
Page 2 of 2

```
--------------------------------------------------------------------------
MEDICAL RECORD                                              Progress Notes
--------------------------------------------------------------------------
```

NOTE DATED: 12/30/2013 13:44
LOCAL TITLE: PSYCH: TREATMENT PLAN REVIEW NOTE
STANDARD TITLE: PSYCHIATRY TEAM NOTE
ADMITTED: 09/19/2013 14:08 3DE PSYCH
SUPERVISING ATTENDING: Dr. NEPTUNE

PSYCHIATRIC DIAGNOSIS: Schizophrenia, Hyperthyroidism

DURATION OF VISIT: 7 mins

MEDICATION RECONCILIATION:

| | Active Inpatient Medications | Status |
|---|---|---|
| 1) | BENZTROPINE INJ  1MG/1ML IM Q6H PRN for agitation | ACTIVE |
| 2) | BENZTROPINE TAB  1MG PO Q6H PRN for agitation | ACTIVE |
| 3) | DOCUSATE/SENNA TAB  TWO TABLETS PO BID For constipation | ACTIVE |
| 4) | HALOPERIDOL IMMEDIATE RELEASE INJ  5MG/1ML IM Q6H PRN for agitation | ACTIVE |
| 5) | HALOPERIDOL TAB  5MG PO BID for disorganized behavior and schizophrenia | ACTIVE |
| 6) | HALOPERIDOL TAB  5MG PO Q6H PRN for agitation | ACTIVE |
| 7) | IBUPROFEN TAB  600MG PO Q8H PRN For pain | ACTIVE |
| 8) | LORAZEPAM INJ  2MG/1ML IM Q6H PRN *** CAUTION: SOUND-ALIKE LOOK-ALIKE DRUG. VERIFY DRUG AND DOSE *** for agitation | ACTIVE |
| 9) | LORAZEPAM TAB  2MG PO Q6H PRN *** CAUTION: SOUND-ALIKE LOOK-ALIKE DRUG. VERIFY DRUG AND DOSE *** for agitation | ACTIVE |
| 10) | LORAZEPAM TAB  2MG PO TID for agitation. pleae give with Haldol. | ACTIVE |
| 11) | METHIMAZOLE TAB  20MG PO QDAILY For hyperthyroidism | ACTIVE |
| 12) | POLYETHYLENE GLYCOL 3350 POWDER,ORAL  17GM PO QDAILY PRN For constipation | ACTIVE |
| 13) | PROPRANOLOL TAB  10MG PO TID For TACHYCARDIA (Hold for SBP <90 mm hg and/or DBP<55 mm hg .Hold for HR<60/min) | ACTIVE |
| 14) | TRAZODONE HCL TAB  50MG PO QHS PRN for sleep | ACTIVE |

TARGET SYMPTOMS AND/OR ACTIVE PSYCHOSOCIAL STRESSORS: inpatient hospitalization,
questionable capacity, currently FD-12.

SUBJECTIVE DATA:
Mr. Payne was seen briefly this morning in hte unit with Dr. Neptune. He stated
that he was doing fine. He reported that his mood was okay and that he was
sleeping and eating well. He said that he would like to go home and questioned
the team why every  one leave but him. He was asked to state his diagnosis. He
said that he does not believe that he has any problems and said that he did not
need medications. He reported that he sees his family, talks to them and they
respond back too. He said that he missed them a lot.
Pt denied thoughts of self-harm/suicidality/homicidality and any auditory/visual
hallucinations.
Patient was noted to have low tolerance, became agitated and walked out of the
room when was being counseled.
                    ** THIS NOTE CONTINUED ON NEXT PAGE **

```
--------------------------------------------------------------------------
PAYNE,ERIC                          WASHINGTON          Printed:12/30/2013 14:41
                        ▮▮▮▮▮▮▮Pt Loc: 3DE PSYCH  3D124-17          Vice SF 509
--------------------------------------------------------------------------
```

```
-----------------------------------------------------------------------
MEDICAL RECORD                                              Progress Notes
-----------------------------------------------------------------------
12/30/2013 13:44      ** CONTINUED FROM PREVIOUS PAGE **
```

The team had a family meeting with his brother Mr. Tyrone Payne and called Mr.
Howard Payne on the phone. They were informed that Mr. Payne is currenlty FD12ed
and is on involuntary status. Mr. Tyrone was explained about Shcizophrenia and
was informed that Mr. Payne lacks insight into his illness and can be a threat
to self as he neglects himself and does not take his thyroid and psychiatric
medications. Mr. Tyrone was encouraged to come for weekly visits to meet the
patient and was informed that the team is working on getting him to a nursing
home where he can get specialized care.

MSE:
General: Dressed in hospital clothes, fair hygiene. Good eye contact. somewhat
briefly cooperative.
Behavior: psychomotor agitation.
Speech: Slow rate, quiet tone, paucity of words.  Pt continues to respond with
one word answers and there is no elaboration.
Mood: "okay"
Affect: constricted, not fairly congruent with stated mood.
Thought Content: Wants to go home. Missing family. Grandiose ideations present.
Has mentioned that he has to go to streets to fiht crime and something about his
son being in the CIA.
Cognition: Awake and alert.
Thought Process: Poverty of thought.
Perceptions: Stated that he talks to his family members and hears them. Ansd his
family members answer back as well. Previously he has stated that he hears
voices which he likes to call his thoughts
Insight: Impaired - unable to explain his symptoms or mental illness, also does
not understand what medications he takes and why despite having multiple
explanations.
Judgment: Poor - continued attempts to leave the hospital.
Impulse control: poor as has been more agitated recently, and attacked staff.
Also walked out in middle of the interview.

SIDE EFFECTS OF MEDICATION: DENIES AT THIS TIME

VITALS:
HT:     WT:     T: 97.2 F [36.2 C]     P: 80     R: 20      BP: 138/60
PAIN: 0

PERTINENT LABS:
          SPECIMEN: BLOOD
WBC----------------7.1  K/cmm        12/30/13@06:26:25
HGB----------------12.4 L g/dl       12/30/13@06:26:25
HCT----------------38.5 L %          12/30/13@06:26:25
PLT----------------405 H K/cmm       12/30/13@06:26:25

PLAN:
1. MEDICATION:
 - Patient placed on close observation for aggressive behavior.
 - Continue Methimazole at 20 mg PO daily.
          ** THIS NOTE CONTINUED ON NEXT PAGE **
-----------------------------------------------------------------------
PAYNE,ERIC                    WASHINGTON        Printed:12/30/2013 14:41
                          Pt Loc: 3DE PSYCH 3D124-17         Vice SF 509
-----------------------------------------------------------------------
```

```
--------------------------------------------------------------------
MEDICAL RECORD                                         Progress Notes
--------------------------------------------------------------------
12/30/2013 13:44      ** CONTINUED FROM PREVIOUS PAGE **
```

  - Continue Propranolol at 10mg TID. Thyroid US showed Marine-Lenhardt variant.
        Will continue to follow and wait for continued input from endocrinology.
  - Agitation Medications as needed.
  - On Haldol 5 mg BID with Ativan 2 mg TID for disorganized behavior.
  - He will receive his monthly Invega, dose increased to 156 mg on 1/7/13. Per
        family does well on high doeses of invega shots.

2. THERAPY:
  - Continue to provide milieu/ supportive therapy and psychiatric
        education. Continue efforts to improve his insight.
  - Encourage veteran to attend all available group therapy on the unit
  - Encourage participation with primary treatment team with individual therapy.

3. Follow-up:
  - TSH 0.04, Free T4 1.3, Free T3 7.3 ***This is elevated. Endocrinology will
review and give their feedback.
  - Elevated LFTS: Hepatology saw patient in the past, ANA positive. HepBsAb
        positive but no HepBsAg available. Continue to monitor Alk Phos.
  - Social work looking for long term care facility for transfer.

3. GOALS:
  - Safety: Pt is being started on close observations due to agitated behavior.
  - Stabilize psychotic symptoms of disorganization and poor self-care. IN
        PROGRESS>  Pt was started on depot injections to assist with this.
        Started on Haldol 5 mg BID with Ativan 2 mg TID for disorganized
        behavior.
  - Manage hyperthyroidism. IN PROGRESS> pt currently on methimazole.
  - Transfer to long term care facility. IN PROGRESS>  Social work assisting with
        this endeavor.

4. Disposition:
  - Pt FD12ed, acute inpatient psychiatric hospitalization for
        stabilization of psychosis and behavioral changes while SW identifies
        appropriate Nursing Home will continue.


                    Signed by: /es/ NEHA GUPTA
                               PSYCHIATRY RESIDENT
                               12/30/2013 14:10


                  Cosigned by: /es/ DOMINIQUE NEPTUNE
                               ATTENDING PHYSICIAN
                               12/30/2013 14:38


12/30/2013 14:38      ADDENDUM          STATUS: COMPLETED
Evaluated pt with Dr. Gupta.

Mr. Payne began the interview by demanding to be discharged because it is the
holidays and because he denied having any medical condition requiring
                    ** THIS NOTE CONTINUED ON NEXT PAGE **

```
--------------------------------------------------------------------
PAYNE,ERIC                    WASHINGTON         Printed:12/30/2013 14:41
██████████████████████  Pt Loc: 3DE PSYCH  3D124-17       Vice SF 509
--------------------------------------------------------------------
```

```
--------------------------------------------------------------------------
MEDICAL RECORD                                             Progress Notes
--------------------------------------------------------------------------
12/30/2013 13:44      ** CONTINUED FROM PREVIOUS PAGE **
```

hospitalization. When specifically reminded that he has Schizophrenia and
Hyperthyroidism, both of which require treatment, he firmly denied this. He
could not identify any ways to improve his medication compliance and self care
after discharge. He reported "ok" mood. He states that he slept well. He
endorsed AH and VH of his family members and admits to talking aloud to them and
to "picking up the phone" (relevance of this statement could not be determined).
He denies paranoia. He states that his appetite is good. He terminated the
interview after 5 minutes and walked out of the room.

Agree with assessment and plan. Mr. Payne requires further acute inpatient
psychiatric hospitalation on the inpatient psychiatry unit until appropriate
place of residence is identified. This is the least restrictive place of
continued treatment at this time. Pt and family cannot provide adequate safety,
medication supervision. Pt has left his home for days and suffered medical
problems as a result. He is likely to elope from group homes.
                    Signed by: /es/ DOMINIQUE NEPTUNE
                              ATTENDING PHYSICIAN
                              12/30/2013 14:41

```
--------------------------------------------------------------------------------
MEDICAL RECORD                                                    Progress Notes
--------------------------------------------------------------------------------
NOTE DATED: 12/29/2013 11:15
LOCAL TITLE: PSYCH: TREATMENT PLAN REVIEW NOTE
STANDARD TITLE: PSYCHIATRY TEAM NOTE
ADMITTED: 09/19/2013 14:08 3DE PSYCH
SUPERVISING ATTENDING: Fuad Issa, MD
```

PSYCHIATRIC DIAGNOSIS: Schizophrenia, Hyperthyroidism

DURATION OF VISIT: 20 minutes

MEDICATION RECONCILIATION: Medication reconciliation has been done and discussed
with the patient and medication changes to active medications, nonVA medications
and OTC medications.

Active Inpatient Medications (including Supplies):

| | Active Inpatient Medications | Status |
|---|---|---|
| 1) | BENZTROPINE INJ  1MG/1ML IM Q6H PRN for agitation | ACTIVE |
| 2) | BENZTROPINE TAB  1MG PO Q6H PRN for agitation | ACTIVE |
| 3) | DOCUSATE/SENNA TAB  TWO TABLETS PO BID For constipation | ACTIVE |
| 4) | HALOPERIDOL IMMEDIATE RELEASE INJ  5MG/1ML IM Q6H PRN for agitation | ACTIVE |
| 5) | HALOPERIDOL TAB  5MG PO BID for disorganized behavior and schizophrenia | ACTIVE |
| 6) | HALOPERIDOL TAB  5MG PO Q6H PRN for agitation | ACTIVE |
| 7) | IBUPROFEN TAB  600MG PO Q8H PRN For pain | ACTIVE |
| 8) | LORAZEPAM INJ  2MG/1ML IM Q6H PRN *** CAUTION: SOUND-ALIKE LOOK-ALIKE DRUG. VERIFY DRUG AND DOSE *** for agitation | ACTIVE |
| 9) | LORAZEPAM TAB  2MG PO Q6H PRN *** CAUTION: SOUND-ALIKE LOOK-ALIKE DRUG. VERIFY DRUG AND DOSE *** for agitation | ACTIVE |
| 10) | LORAZEPAM TAB  2MG PO TID for agitation. pleae give with Haldol. | ACTIVE |
| 11) | METHIMAZOLE TAB  20MG PO QDAILY For hyperthyroidism | ACTIVE |
| 12) | POLYETHYLENE GLYCOL 3350 POWDER,ORAL  17GM PO QDAILY PRN For constipation | ACTIVE |
| 13) | PROPRANOLOL TAB  10MG PO TID For TACHYCARDIA (Hold for SBP <90 mm hg and/or DBP<55 mm hg .Hold for HR<60/min) | ACTIVE |
| 14) | TRAZODONE HCL TAB  50MG PO QHS PRN for sleep | ACTIVE |

VITAL SIGNS:

```
HT:    WT:     T: 98.6 F [37.0 C]     P: 100     R: 18     BP: 125/68
PAIN: 0
```

SIDE EFFECTS OF MEDICATION: Denies any.

TARGET SYMPTOMS AND/OR ACTIVE PSYCHOSOCIAL STRESSORS: inpatient hospitalization,
questionable capacity, currently FD-12.

                      ** THIS NOTE CONTINUED ON NEXT PAGE **

```
--------------------------------------------------------------------------------
PAYNE,ERIC                    WASHINGTON              Printed:12/30/2013 14:41
                            Pt Loc: 3DE PSYCH  3D124-17            Vice SF 509
--------------------------------------------------------------------------------
```

```
------------------------------------------------------------------
MEDICAL RECORD                                      Progress Notes
------------------------------------------------------------------
```

12/29/2013 11:15      ** CONTINUED FROM PREVIOUS PAGE **

SUBJECTIVE DATA:

- Seen today in exam room, was pleasant.

- states "I feel good, I feel fantastic."

- However, did appear to look  suspiciously when i inquiered about his home situation.

- Pt is 100% SC, He has Tricare, and Medicare A & B. Not clear where he lives, not on HUD-VASH. "I like to stay with my family."

MSE:

General: Dressed in hospital clothes, fair hygiene. Good eye contact. somewhat briefly cooperative.
Behavior: psychomotor agitation, pacing, walking up and down the halls.
Speech: Slow rate, quiet tone, paucity of words.  Pt continues to respond with one word answers and there is no elaboration.
Mood: "alright"
Affect: blunted, not fairly congruent with stated mood.
Thought Content: Wants to go home.  No delusions elicited.
Cognition: Awake and alert.
Thought Process: Poverty of thought
Perceptions: Denies auditory/visual hallucinations today.
Insight: Impaired - unable to explain his symptoms or mental illness, also does not understand what medications he takes and why despite having multiple explanations.
Judgment: Poor - continued attempts to leave the hospital.
Impulse control: poor as has been more agitated recently, and attacked staff

PERTINENT LABS:

DEC 23, 2013
                      (BLOOD) @14:00:01

| | |
|---|---|
| WBC 7.4 K/cmm | RBC 3.78 Mil/cmm |
| HGB 12.3 g/dl | HCT 37.6 % |
| MCV 99.3 cmu | MCH 32.5 mcg |
| MCHC 32.7 % | RDW 13.6 % |
| PLT 457 K/cmm | MPV 7.1 cmu |
| LYMPH % 26.1 % | MONO % 13.5 % |
| LYMPH # 1.9 K/cmm | MONO # 1.0 K/cmm |
| NE # 3.6 K/cmm | NE % 48.2 % |
| EO # 0.9 K/cmm | EO % 11.9 % |
| BA # 0.0 K/cmm | BA % 0.3 % |

                      (SERUM) @14:00
THYROXINE, FREE (8/97) 1.3 ng      TSH (8/97) 0.04 mcIU/ml

PLAN:
      1. MEDICATION: continue on same meds as per orders
              ** THIS NOTE CONTINUED ON NEXT PAGE **
```
------------------------------------------------------------------
PAYNE,ERIC              WASHINGTON            Printed:12/30/2013 14:41
                                                   Vice SF 509
[REDACTED]         Pt Loc: 3DE PSYCH  3D124-17
------------------------------------------------------------------
```

```
-------------------------------------------------------------------------------
MEDICAL RECORD                                                  Progress Notes
-------------------------------------------------------------------------------
12/29/2013 11:15      ** CONTINUED FROM PREVIOUS PAGE **

        2. THERAPY: as tolerated
        3. FOLLOW-UP: as per treatment team recommendations
        4. OTHER:


               Signed by: /es/ Fuad Issa, MD
                          PSYCHIATRIST
                          12/29/2013 13:03
```

```
-----------------------------------------------------------------
--------------------------------------------------  Progress Notes
MEDICAL RECORD
-----------------------------------------------------------------
NOTE DATED: 12/28/2013 07:36
LOCAL TITLE: PSYCH: TREATMENT PLAN REVIEW NOTE
STANDARD TITLE: PSYCHIATRY TEAM NOTE
ADMITTED: 09/19/2013 14:08 3DE PSYCH
SUPERVISING ATTENDING: Dr. Issa
```

PSYCHIATRIC DIAGNOSIS: Schizophrenia, Hyperthyroidism

DURATION OF VISIT: 7 mins

MEDICATION RECONCILIATION:
      Active Inpatient Medications                           Status
==================================================================
1)   BENZTROPINE INJ   1MG/1ML IM Q6H PRN for agitation       ACTIVE
2)   BENZTROPINE TAB   1MG PO Q6H PRN for agitation           ACTIVE
3)   DOCUSATE/SENNA TAB   TWO TABLETS PO BID For              ACTIVE
       constipation
4)   HALOPERIDOL IMMEDIATE RELEASE INJ  5MG/1ML IM Q6H PRN    ACTIVE
       for agitation
5)   HALOPERIDOL TAB  5MG PO BID for disorganized behavior    ACTIVE
       and schizophrenia
6)   HALOPERIDOL TAB  5MG PO Q6H PRN for agitation            ACTIVE
7)   IBUPROFEN TAB  600MG PO Q8H PRN For pain                 ACTIVE
8)   LORAZEPAM INJ  2MG/1ML IM Q6H PRN *** CAUTION:           ACTIVE
       SOUND-ALIKE LOOK-ALIKE DRUG. VERIFY DRUG AND DOSE
       *** for agitation
9)   LORAZEPAM TAB  2MG PO Q6H PRN *** CAUTION:               ACTIVE
       SOUND-ALIKE LOOK-ALIKE DRUG. VERIFY DRUG AND DOSE
       *** for agitation
10)  LORAZEPAM TAB  2MG PO TID for agitation. pleae give      ACTIVE
       with Haldol.
11)  METHIMAZOLE TAB  20MG PO QDAILY For hyperthyroidism      ACTIVE
12)  POLYETHYLENE GLYCOL 3350 POWDER,ORAL  17GM PO QDAILY     ACTIVE
       PRN For constipation
13)  PROPRANOLOL TAB  10MG PO TID For TACHYCARDIA (Hold       ACTIVE
       for SBP <90 mm hg and/or DBP<55 mm hg .Hold for
       HR<60/min)
14)  TRAZODONE HCL TAB  50MG PO QHS PRN for sleep             ACTIVE

TARGET SYMPTOMS AND/OR ACTIVE PSYCHOSOCIAL STRESSORS: inpatient hospitalization, questionable capacity, currently FD-12.

SUBJECTIVE DATA:
Mr. Payne was seen briefly this morning by the weekend treatment team.  He states that his mood is "alright" and that he slept "good" and is eating "well."

Pt denied thoughts of self-harm/suicidality/homicidality and any auditory/visual hallucinations.

Pt states that he wants to leave and the team stated that the primary team would follow-up with this request next week and that the team wants to ensure that he has a safe discharge plan in place.

MSE:
                        ** THIS NOTE CONTINUED ON NEXT PAGE **
-----------------------------------------------------------------
PAYNE,ERIC                      WASHINGTON          Printed:12/30/2013 14:42
                          Pt Loc: 3DE PSYCH  3D124-17           Vice SF 509
-----------------------------------------------------------------

```
------------------------------------------------------------------------
MEDICAL RECORD                                          Progress Notes
------------------------------------------------------------------------
12/28/2013 07:36     ** CONTINUED FROM PREVIOUS PAGE **
```

General: Dressed in hospital clothes, fair hygiene. Good eye contact. somewhat
briefly cooperative.
Behavior: psychomotor agitation, pacing, walking up and down the halls.
Speech: Slow rate, quiet tone, paucity of words.  Pt continues to respond with
one word answers and there is no elaboration.
Mood: "alright"
Affect: blunted, not fairly congruent with stated mood.
Thought Content: Wants to go home.  No delusions elicited.
Cognition: Awake and alert.
Thought Process: Poverty of thought
Perceptions: Denies auditory/visual hallucinations today.
Insight: Impaired - unable to explain his symptoms or mental illness, also does
not understand what medications he takes and why despite having multiple
explanations.
Judgment: Poor - continued attempts to leave the hospital.
Impulse control: poor as has been more agitated recently, and attacked staff

SIDE EFFECTS OF MEDICATION: DENIES AT THIS TIME

PERTINENT LABS:
HT:    WT:    T: 96.7 F [35.9 C]     P: 94     R: 16      BP: 118/74
PAIN: 0
DEC 23, 2013
                    (BLOOD) @14:00:01
  WBC 7.4 K/cmm                RBC 3.78 Mil/cmm
  HGB 12.3 g/dl                HCT 37.6 %
  MCV 99.3 cmu                 MCH 32.5 mcg
  MCHC 32.7 %                  RDW 13.6 %
  PLT 457 K/cmm                MPV 7.1 cmu
  LYMPH % 26.1 %               MONO % 13.5 %
  LYMPH # 1.9 K/cmm            MONO # 1.0 K/cmm
  NE # 3.6 K/cmm               NE % 48.2 %
  EO # 0.9 K/cmm               EO % 11.9 %
  BA # 0.0 K/cmm               BA % 0.3 %
                    (SERUM) @14:00
  THYROXINE, FREE (8/97) 1.3 ng    TSH (8/97) 0.04 mcIU/ml

PLAN:
1. MEDICATION:
 - Patient placed on close observation.
 - Continue Methimazole at 20 mg PO daily.
 - Continue Propranolol at 10mg TID. Thyroid US showed Marine-Lenhardt variant.
      Will continue to follow and wait for continued input from endocrinology.
 - Agitation Medications as needed.
 - Started on Haldol 5 mg BID with Ativan 2 mg TID for disorganized behavior.
 - He will receive his monthly Invega, dose increased to 156 mg on 1/7/13. Per
      family does well on high doeses of invega shots.

2. THERAPY:
 - Continue to provide milieu/ supportive therapy and psychiatric
             ** THIS NOTE CONTINUED ON NEXT PAGE **
------------------------------------------------------------------------
PAYNE,ERIC                         WASHINGTON          Printed:12/30/2013 14:42
                         Pt Loc: 3DE PSYCH  3D124-17         Vice SF 509
------------------------------------------------------------------------

---------------------------------------------------------------------------
                                                          Progress Notes
MEDICAL RECORD
---------------------------------------------------------------------------
12/28/2013 07:36    ** CONTINUED FROM PREVIOUS PAGE **
        education. Continue efforts to improve his insight.
    - Encourage veteran to attend all available group therapy on the unit
    - Encourage participation with primary treatment team with individual therapy.

3. Follow-up:
    - TSH 0.04, Free T4 1.3, Free T3 7.3 ***This is elevated.  Primary team to
        follow-up.
    - Elevated LFTS: Hepatology saw patient in the past, ANA positive. HepBsAb
        positive but no HepBsAg available. Continue to monitor Alk Phos.
    - Social work looking for long term care facility for transfer.
    - Family meeting with both the brothers postponed till Monday 12/30/13.

3. GOALS:
    - Safety: Pt is being started on close observations due to agitated behavior.
    - Stabilize psychotic symptoms of disorganization and poor self-care. IN
        PROGRESS>  Pt was started on depot injections to assist with this.
        Started on Haldol 5 mg BID with Ativan 2 mg TID for disorganized
        behavior.
    - Manage hyperthyroidism. IN PROGRESS> pt currently on methimazole.
    - Transfer to long term care facility. IN PROGRESS>  Social work assisting with
        this endeavor.

4. Disposition:
    - Pt FD12ed, acute inpatient psychiatric hospitalization for
        stabilization of psychosis and behavioral changes while SW identifies
        appropriate Nursing Home will continue.

                    Signed by: /es/ ANTHONY J. BELOTTO
                                RESIDENT/PSYCHIATRY
                                12/28/2013 12:59

                    Cosigned by: /es/ Fuad Issa, MD
                                 PSYCHIATRIST
                                 12/28/2013 14:39


12/28/2013 14:39     ADDENDUM          STATUS: COMPLETED
tVeteran seen and assesed with resident and I agree with assessment and plan of
care.
                    Signed by: /es/ Fuad Issa, MD
                                PSYCHIATRIST
                                12/28/2013 14:39

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
FAMILY COURT
MENTAL HEALTH AND HABILITATION BRANCH

**Family Court
ENTERED ON DOCKET**

MAR 0 7 2014

Superior Court
of the District of Columbia
Washington, D.C.

In the Matter of:                    :
                                     :
    ERIC PAYNE,                      :          Mental Health No. 2528 -13
                                     :
        Respondent.                  :
                                     :

## FINAL REPORT AND RECOMMENDATION OF THE
## COMMISSION ON MENTAL HEALTH

To the Superior Court of the District of Columbia:

On December 30, 2013, a Petition for Judicial Hospitalization and Certificate of

Physician was filed in this matter by the Department of Veterans Affairs Medical Center,

pursuant to D.C. Code § 21-501 *et seq*. A hearing was scheduled before the Commission

on Mental Health ("Commission") on January 16, 2014, and was continued, by consent,

to February 4, 2014, and then to February 27, 2014. The Commission convened for a

hearing in this matter February 27, 2014. The Commission doctors examined respondent

immediately prior to the hearing.

Present at the hearing were: Diane Duhig, Esquire, petitioner's counsel; Michael

Hendrickson, Esquire, respondent's counsel; Dr. Dominique Neptune, treating

psychiatrist, Veterans Hospital (VA); Dr. Shikha Khosla, endocrinologist, VA; Moshe

Bleizh, social worker (SW), VA; Howard Payne, Jr., brother; and respondent.

The Commission heard testimony from Drs. Neptune and Khosla, SW Bleizh,

Howard Payne and respondent Eric  Payne. Dr. Neptune was accepted as an expert in the

1

treatment and diagnosis of mental illness. Dr. Khosla was accepted as an expert in the field of endocrinology.

The petitioner requested outpatient commitment.

The Commission announced its preliminary findings, conclusions, and recommendations at the close of the hearing.  The Commission Chair advised the respondent of his right to a trial by jury or by the Court.  Based on its consideration of the matter, the Commission submits the following findings of facts, conclusions of law, and recommendations.

## FINDINGS OF FACT

1) Dr. Khosla testified that the respondent was admitted to the VA in May 2013. He was suffering from hyperthyroidism and had lost between 80 and 90 pounds. She stated that Mr. Payne had a rapid heart rate and was "quite sick." Additionally, he was agitated and his speech was incoherent. Mr. Payne was discharged to a nursing home in July 2013. Dr. Khosla testified that within one to two weeks he returned to the VA and was profoundly "hypothyroid." She noted that the medications for treating Mr. Payne's thyroid conditions were written for a different dose at the nursing home. Mr. Payne was discharged to his home in August 2013. He did not return to the VA for his appointments. He was brought back to the VA in September 2013 with the same symptoms of classic hyperthyroidism—weight loss and rapid heart rate. Dr. Khosla noted that the rapid heart rate can be life threatening.  He received radioactive iodine for his thyroid. The medications for Mr. Payne's condition required careful monitoring for toxicity.

2

2) Dr. Neptune testified that the respondent suffers from Schizophrenia. He is paranoid and has grandiose delusions. He has claimed he was a vigilante who can fight crime. Mr. Payne believes he is married to or dating "Rhonda" and must go to Korea to see her. Dr. Payne testified that the respondent has disorganized thoughts, psychomotor agitation, and he continues to deny his medical as well as his mental illness. He experiences auditory and visual hallucinations. Dr. Neptune testified that Mr. Payne lacks insight into his mental illness and has poor judgment. He has tried to elope on numerous occasions while at the VA and he has not complied with his medications in the past. . Dr. Neptune stated that she did not believe that Mr. Payne will come back for his follow up appointments if released without a commitment. Mr. Payne receives Paliperidone by injection once monthly. On the ward, Mr. Payne was described as isolative and lately, paces on the ward. Her concerns are that without a commitment and monitoring of his mental illness, Mr. Payne's self-neglect will have a negative effect on his mental health and on his physical condition; namely, his thyroid. She testified that the least restrictive environment for Mr. Payne was an outpatient commitment with Mental Health Intensive Case Management (MHICM) services. She likened MHICM services to ACT team services.

3) SW Bleizh testified that he has been a senior SW at the VA since 2010. He has been Mr. Payne's SW several times at the hospital. He testified that the respondent had been linked to MHICM in the past but would not cooperate. Although Dr. Neptune compared the services to an ACT team, the SW testified that MHICM services involve as much as once weekly visits to the home. The

3

SW stated that the hospital was asking for an outpatient commitment, although he thought an inpatient commitment was warranted for Mr. Payne.

4) Howard Payne testified that he has been the respondent's court ordered guardian since 2012. Mr. Payne lives with the respondent. He testified that in September 2013, the respondent had lost a lot of weight. He also testified that his brother had twenty years of service in the Army and served as a "tank man" in Iraq. He did not know the details of his brother's discharge with a 50% disability but wondered if it was from a wrist injury. Mr. Payne became tearful and emotional when he described his concern for his brother's well-being. He testified that his brother will not take any of his medications, for mental or medical illness.

## CONCLUSIONS OF LAW

1.     Upon consideration of the above findings, the mental status examination at the time of the hearing, and the testimony presented at the hearing, the Commission concludes that respondent has a mental illness and that because of his mental illness he is likely to injure himself or others if he is not committed.  Specifically, respondent has been diagnosed with Schizophrenia, paranoid type. This mental illness contributes to the respondent's paranoid delusions, hallucinations, agitation and impaired insight. The Veterans Administration has produced sufficient evidence to demonstrate that these symptoms are primarily driving the respondent's dangerous behaviors indicating a likelihood of injury to himself due to his mental illness if not committed.  Without treatment, the respondent's delusions, hallucinations, agitation and impaired insight

4

interfere with his ability to maintain his medication regimen and contribute to his plan of care, including but not limited to his thyroid treatment.

2.      It is the Commission's opinion that inpatient commitment is the least restrictive form of treatment to support the public interest and redress the likelihood of injury.

## RECOMMENDATIONS

WHEREFORE, the Commission on Behavioral Health recommends to the Court as follows:

1.      That the Court order treatment of Eric Payne, respondent herein and a resident of the District of Columbia, under the supervision of the Department of Veterans Affairs as a committed inpatient for a period one year period. The Commission recommends that Eric Payne receive a thorough medical work up given the testimony presented whether or not chronic undifferentiated Schizophrenia is the best diagnosis and whether there are other organic mental and/or affective disorders.

2.      That the expense and maintenance and treatment of said respondent shall be borne by the Department of Veterans Affairs without prejudice to the District of Columbia's right to claim reimbursement in full from the estate of respondent or others as provided by law.

Kevin Kiernan, M.D.

C. Richard Filson, Ed.D.

5

Mary Grace Rook
Magistrate Judge
Chair, Commission on Mental Health

March 6, 2014
Date

**NOTE TO RESPONDENT:  ERIC PAYNE**

Under the provisions of the Act of Congress, approved September 15, 1964, you have five days from the day of service of a copy of the this Report and Recommendation of the Commission on Mental Health within which to demand a trial by jury to determine the issue of your mental illness.

*Copies to:*

Diane Duhig, *Petitioner's Counsel*
Michael Hendrickson, *Respondent's Counsel*

6

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## FAMILY COURT
## MENTAL HEALTH AND HABILITATION BRANCH

| | |
|---|---|
| In the Matter of: | : |
| | : |
| ERIC PAYNE, | :   Mental Health No. 2013-2528 |
| | : |
| | : |
| Respondent. | : |

## NOTICE OF HEARING

Pursuant to D.C. Code § 21-545, a hearing has been scheduled before a Judge of the Superior Court assigned to mental health matters to consider the Report and Recommendation of the Commission on Mental Health.  A copy of the Report and Recommendation is attached.  Counsel for respondent must be present at the hearing. Respondent should be present at the hearing, and if respondent disagrees with the Report and Recommendation of the Commission, he or she has a right to demand a jury trial or trial by the Court.  Counsel for respondent, respondent, or any other person acting on respondent's behalf may demand a jury trial or a trial by the Court.  The demand must be made within five days from receipt of the Commission's Report and Recommendation. The hearing is scheduled for March 12, 2014, at 2:00 p.m. in Courtroom JM-1.

## CERTIFICATE OF SERVICE

I hereby certify that copies of this Notice and the Commission on Mental Health's Report and Recommendation have been provided to Saint Elizabeths' staff for personal service on respondent, have been sent to respondent's counsel by certified mail, and have been sent by regular mail to the Office of the Attorney General.

Date: 2 7/14                                       by: _____
                                                              Deputy Clerk

2

FC-CIC '14 JUL 22 AM 10:28

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### FAMILY COURT
### MENTAL HEALTH AND HABILITATION BRANCH

IN THE MATTER OF:                    |
                                     |
    ERIC PAYNE,                      | Mental Health No.  2528-13
                                     |
            Respondent. |
                                     |

## NOTICE OF INTENT NOT TO PROCEED

Comes now the Department of Veterans Affairs Medical Center, Washington, DC, by and through counsel, and gives notice that the Petitioner does not intend to proceed in the above-styled mental health case.  Please close the above-captioned mental health case.

Respectfully submitted,


Diane M. Duhig
Staff Attorney
U.S. Department of Veterans Affairs
Office of Regional Counsel
1722 I Street, NW, 3rd Floor
Washington, DC  20421
(202) 530-9420
DC Bar No. 445174

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
FAMILY COURT
MENTAL HEALTH AND HABILITATION BRANCH

IN THE MATTER OF:                        |
                                         |
    ERIC PAYNE,                          | Mental Health No.  2528-13
                                         |
              Respondent. |
                                         |

## ORDER

Upon consideration of the "Notice of Intent Not to Proceed" filed by Petitioner, it is by the Court hereby:

ORDERED that the case in Mental Health Number 2528-13 be, and hereby is, closed.

_____        _____
DATE                                   JUDGE

cc:  Michael Hendrickson, Esq., Respondent's Counsel
     Petitioner

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
FAMILY COURT
MENTAL HEALTH AND HABILITATION BRANCH

IN THE MATTER OF:                            |
                                             |
    ERIC PAYNE,                          | Mental Health No.  2528-13
                                             |
             Respondent. |
                                             |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing "Notice of Intent Not to Proceed" and proposed order were mailed by first class mail, postage prepaid, to Michael Hendrickson, Esq., 211 North Union Street, Suite 100, Alexandria VA 22314, this 22nd day of June 2014.

Diane M. Duhig
Staff Attorney
U.S. Department of Veterans Affairs
Office of Regional Counsel
1722 I Street, NW, 3rd Floor
Washington, DC  20421
(202) 530-9420
DC Bar No. 445174

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

*15 mHE-613*

**IN THE MATTER OF**                    **MENTAL HEALTH NO.**

AGE: _49yo_

PATIENT NAME: _Eric Payne_

## PETITION FOR ORDER AUTHORIZING CONTINUED HOSPITALIZATION OF PATIENT FOR EMERGENCY OBSERVATION

    Comes now the petitioner, Brian A. Hawkins, Medical Center Director Department of Veterans Affairs Medical Center, 50 Irving Street, NW, Washington, DC 20422, hereinafter VAMC, and represents to the court as follows:

  1. That the above-named patient was admitted to the VAMC on _3/27/15_ Under Title 21, Section 522, District of Columbia Code, the emergency hospitalization provision, Brian A. Hawkins, Director, VAMC, requests the Court to enter an order authorizing the continued hospitalization for emergency observation and diagnosis, for a period not to exceed seven (7) days from the time such order is entered.

  2. For the information of the Court, admission records indicate said patient's relatives are: _Howard Payne_ . The patient's last known address is: _6267 Oxon Hill Road #303_

_Oxon Hill, MD 20745_


             **Brian A. Hawkins, VA Medical Center Director**
               **Washington, DC 20422**

Subscribed and sworn to before me this _30th_ day of _March 2015_

             **Notary Public, District of Columbia**

CYBIL R. MEWBORN
NOTARY
EXPIRES
JUN 14, 2018
PUBLIC
DISTRICT OF COLUMBIA

TYPE OR
PRINT

**Superior Court of the District of Columbia**

**APPLICATION FOR EMERGENCY HOSPITALIZATION BY A PHYSICIAN OR
PSYCHOLOGIST OF THE PERSON, OFFICER OR AGENT OF D.C. DEPARTMENT OF
HUMAN SERVICES OR AN OFFICER TO MAKE ARRESTS**

TO:      Administrator, _Washington, D.C. Veterans Affairs_ _____ Hospital
I, _Vicenzo Holder-Perkins_ _____, state

☑ **PHYSICIAN OR
PSYCHOLOGIST
OF THE
PERSON:**

That I am a physician ✓ or qualified psychologist _____ (check one); that I am not related by blood or marriage to the alleged mentally ill person; that I am not financially interested in the hospital in which said person is to be detained; that the statements are based on my personal observation and examination of said person not more than 72 hours prior to the making of this application, and further (CHECK APPROPRIATE BOX (1) OR (2) BELOW).

☑ 1. That I am licensed under the laws of the District of Columbia; that I am not professionally or officially connected with the hospital in which said person is to be detained; and having reason to believe

☐ 2. That I am employed by the United States or District of Columbia; and having reason to believe

☐ **OFFICER OR
AGENT, DHS**

That I am a duly accredited officer or agent of the Department of Human Services of the District of Columbia; and having reason to believe

☐ **POLICE**

That I am an officer authorized to make arrests in the District of Columbia; and having reason to believe that

_Eric Payne, 6267 Oxon Hill Rd #303 Oxon Hill, MD_
_Age: 49_ ▓▓▓▓▓▓ (address and age of person to be hospitalized) _20745_

is mentally ill and, because ▓▓▓▓▓▓ likely to injure self and/or others if not immediately detained, hereby make application under the provisions of Title 21, § 521, D.C. Code, for the admission of said person to the above-named hospital for emergency observation and diagnosis, and request that said person be examined by a psychiatrist or qualified psychologist on duty for said hospital.

(1) STATE CIRCUMSTANCES UNDER WHICH PERSON WAS TAKEN INTO CUSTODY (Use reverse side if needed)

_Veteran came to the Mental Health Clinic and reported to front desk staff - "I need to talk to somebody, I am getting my guns registered and I am up coming up here. I am telling you. I didn't get sick →_

(2) STATE FACTS WHICH LEAD YOU TO BELIEVE PERSON IS MENTALLY ILL (Use reverse side if needed)

_Veteran is conceptually & behaviorally disorganized as he is describing persecutory delusions with the medical staff at the DC VA Medical Center being the →_

(3) STATE FACTS WHICH LEAD YOU TO BELIEVE PERSON IS LIKELY TO INJURE SELF AND/OR OTHERS AS A RESULT OF THE MENTAL ILLNESS (Use reverse side if needed)

_Veteran verbalizing threat to harm VA medical staff with firearm in the context of psychotic thinking & aggressive speech & behavior places him & others in imminent danger for self harm and →_

_3/27/2015 12:30 pm_          _V Perkins, MD_
Date                          Signature and Rank or Professional Title of Applicant

_Payne_                        _50 Irving St NW_
_0744_
                              _Washington, DC 20012_
Form (D-12) x 26.\_pr\_ins          Business Address (Precinct or Service)
7 - 19755 wd250

                              _(202) 745-8000_
                              Telephone Number

TYPE OR
PRINT

**Superior Court of the District of Columbia**

**CERTIFICATE OF PSYCHIATRIST UNDER TITLE 21, SECTION 522, D.C. Code**

I hereby certify that I am a psychiatrist on duty at _Washington DC VAMC_

Hospital; that I have examined (name of patient) _Eric Payne_
for whose admission to the above-named hospital for emergency observation and diagnosis application has been made under
the provisions of Title 21, Section 522, D.C. Code; that I am of the opinion that said patient has symptoms of mental illness
and, as a result thereof, is likely to injure self and/or others unless immediately hospitalized.

**TENTATIVE DIAGNOSIS:**

_See attached_

**NAMES AND ADDRESSES OF SPOUSE, PARENT, NEAREST RELATIVE, LEGAL GUARDIAN OR OF
PERSON ACCOMPANYING PATIENT (other than applicant):**

_See attached_

**MENTAL STATUS (Describe Symptoms of Mental Illness) (Use reverse side if needed):**

_See attached_

**STATE FACTS WHICH SUPPORT YOUR OPINION THAT THE ABOVE-NAMED PATIENT IS LIKELY TO
INJURE SELF OR OTHERS UNLESS IMMEDIATELY HOSPITALIZED (Use reverse side if needed):**

_See attached_

**PSYCHIATRIC HISTORY AND DATES:**

_See attached_

_3/27/15  5:00pm_
(Date and Time)

_(Signature of Psychiatrist)_
_Neptune_ , M.D.

**Superior Court of the District of Columbia**

**Addendum to**
**CERTIFICATE OF PSYCHIATRIST UNDER TITLE 21, SECTION 522, D.C. Code**

I hereby certify that I am a psychiatrist on duty at Washington DC Veteran's Affairs Medical Center Hospital; that I have examined Eric Payne for whose admission to the above-named hospital for emergency observation and diagnosis application has been made under the provisions of Title 21, Section 522, D.C. Code; that I am of the opinion that said patient has symptoms of mental illness and, as a result thereof, is likely to injure self and/or others unless immediately hospitalized.

**TENTATIVE DIAGNOSIS:**
Schizophrenia versus Schizoaffective Disorder, Bipolar type

**NAMES AND ADDRESSES OF SPOUSE, PARENT, NEAREST RELATIVE, LEGAL GUARDIAN OR OF PERSON ACCOMPANYING PATIENT (other than applicant):**
Howard Payne (brother)

**MENTAL STATUS (Describe Symptoms of Mental Illness):** Mr. Payne is irritable and uncooperative with interview. He is dressed in casual attire and ambulates with his wheelchair by propelling himself with one leg. His eye contact is intense. His speech is pressured, very loud and angry in tone. His mood is angry. His affect is congruent and reflects anger with high level of intensity and restricted range. His thoughts are disorganized. He expressed homicidal ideation towards mental health providers, specifically "I am getting my guns registered and I am coming up here!" His thoughts contain paranoid delusions including the belief that VA providers caused him to develop a mental and/or somatic illness. He is alert and appears oriented as he was quickly able to recognize this writer by name. He has poor insight, insisting that he does not have Schizophrenia or other mental illness and denying dangerousness of his statements. His judgment is poor given direct threats made to providers even while in the presence of VAMC police officers. Poor judgment is also reflected by his noncompliance with all medical appointments and medications (psychiatric and other) since last fall.

**STATES FACTS WHICH SUPPORT YOUR OPINION THAT THE ABOVE-NAMED PATIENT IS LIKELY TO INJURE SELF OR OTHERS UNLESS IMMEDIATELY HOSPITALIZED:** On March 27, 2015, Mr. Payne stated his intention of obtain a firearm and return to the medical center to shoot employees. Mr. Payne did not respond to efforts to redirect him and engage in discussions to identify healthier ways to manage his anger. Instead, he phoned the local police on his cell phone

**PSYCHIATRIC HISTORY AND DATES:**
Mr. Payne was diagnosed with Schizophrenia while in the military. He has been psychiatrically hospitalized on numerous occasions including thirteen prior hospitalizations on the inpatient psychiatric unit at the Washington DC VAMC between 2005 and 2014. He has a history of poor compliance to psychiatric or medication regimens. His last admission included an extended stay on inpatient psychiatry for disorganized thoughts, paranoia, poor self- care, poor insight and poor

**Certificate of Psychiatrist continued**

judgment. He ultimately required transfer to internal medicine for more extensive treatment of somatic conditions. Since his discharge from the hospital July 2014, Mr. Payne has not complied with psychiatric, internal medicine or endocrine appointments or medications to maintain adequate stabilization of Schizophrenia and life threatening conditions including atrial fibrillation and hyperthyroidism.

3/27/15   5:00pm
_____
Date and time

_____
Signature of Psychiatrist

Dominique Neptune, m.o.

```
------------------------------------------------------------------
MEDICAL RECORD                                      Progress Notes
------------------------------------------------------------------
NOTE DATED: 03/27/2015 16:09
LOCAL TITLE: PSYCH: ADMISSION HISTORY AND PHYSICAL EXAM
STANDARD TITLE: PSYCHIATRY H & P NOTE
VISIT: 03/27/2015 15:25 EMERGENCY DEPARTMENT-DAY-X
CHECK CPRS FACE SHEET.
IS VETERAN ELIGIBLE TO RECEIVE VA SERVICES?
```

[x] If YES, Continue with admission

[] If NO,  Is veteran stabel/safe for transport to a non-VA facility?
      [] If YES, Work with AOD and ED Social worker to transfer patient to
      a non- VA facility
      [] If NO, Continue with Admission

******************

CHIEF COMPLAINT: "I need to get out of here"

HISTORY OF PRESENT ILLNESS: This is a 49 year old AAM with a past psychiatric
history of schizophrenia and a past medical history of Atrial Fibb, Graves
Disease, Hypercholesterolemia, nicotine depdendence, and vitamin D Diffiency
that was taken to the emergency room under FD-12 after presenting at Mental
health clinic and threatening to shoot staff. Patient was extremely agitated and
irritable. Patient was taken to ER and given haldol, ativan, and cogentin to
calm down.

Once patient was medically clear, writer went to evalaute patient. Patient
stated that there was no way that he was coming upstairs. Patient stated that he
needed to go because he was having a party at his house. Patient was inviting
all the homeless people and children to his house. The patient states that he
was going to get a DJ to play the hokey pokey song. Patient states that he never
threatened anyone. Patient states that he went to mental health to get help.
Patient states that he is getting a job that requires him to have a gun. He
states that he was asking questions on how to get a gun correctly and legally.
He states the clerk and doctor made up those homicidial ideations.

Patient states that he has not past psychiatric history. Patient states that he
has not taken any medications since august. patient states that he has not taken
medications for psychiatric or medical conditions. Patient states that he has no
medical conditions. Patient states the he is so much better after stopping all
medications. Patient denies suicidial and homicidial ideations. Patient denies
auditory and visual hallucinations. Patient states that he is not being admitted
and refused to speak any further to writter.

Patient denies Passive Death Wishes, Suicidal Ideations, or Homicidal
Ideations.

Patient denies Phobias, Compulsions, Obsessions.

Patient denies Hallucinations. No delusions elicited.

Patient denies symptoms of mania now or in the past.

Patient denies PTSD symptoms.
```
                    ** THIS NOTE CONTINUED ON NEXT PAGE **
------------------------------------------------------------------
PAYNE,ERIC                        WASHINGTON       Printed:03/30/2015 09:28
                          Pt Loc: 3DE PSYCH  3D130-24          Vice SF 509
------------------------------------------------------------------
```

```
--------------------------------------------------------------------------------
MEDICAL RECORD                                                  Progress Notes
--------------------------------------------------------------------------------
03/27/2015 16:09      ** CONTINUED FROM PREVIOUS PAGE **
```

PAST PSYCHIATRIC HISTORY: Patient Denies
Diagnosis: Schizophrenia
Hospitalizations: Last hopitilization was in 2014
Medications: Paliperidone injection
Abuse History: Physical: denies
                Sexual: denies
                Emotional: denies
Past Suicide Attempts: One, tried to hang himself with his belt several years
ago. as per old records
Past Homicide Attempts: None ever. as per old records

FAMILY PSYCHIATRIC HISTORY: Unable to obtain patient refused to beinterviewed.

SUBSTANCE USE HISTORY: Unable to obtain patient refused to be interviewed
Alcohol:
        Form        -
        First Use   -
        Use within the past 12 months : []Yes   []No
        Last Use    -
        Average Use -
        Maximum Use -
        Longest duration
         of abstinence -
        Withdrawal Sxs -

Cocaine:
        Form        -
        First Use   -
        Use within the past 12 months : []Yes   []No
        Last Use    -
        Average Use -
        Maximum Use -
        Longest duration
         of abstinence -
        Withdrawal Sxs -

Heroin:
        Form        -
        First Use   -
        Use within the past 12 months : []Yes   []No
        Last Use    -
        Average Use -
        Maximum Use -
        Longest duration
         of abstinence -
        Withdrawal Sxs -

Cannabis:
        Form        -
                    ** THIS NOTE CONTINUED ON NEXT PAGE **
--------------------------------------------------------------------------------
PAYNE,ERIC                          WASHINGTON          Printed:03/30/2015 09:28
                           Pt Loc: 3DE PSYCH  3D130-24             Vice SF 509
                          ------------------------------------------------------
```

```
-------------------------------------------------------------------------------
MEDICAL RECORD                                                   Progress Notes
-------------------------------------------------------------------------------
03/27/2015 16:09        ** CONTINUED FROM PREVIOUS PAGE **
```

        First Use          -
        Use within the past 12 months : []Yes   []No
        Last Use           -
        Average Use        -
        Maximum Use        -
        Longest duration
         of abstinence -
        Withdrawal Sxs -

Other Drugs: Unable to obtain patient refused to complete interview
Tobacco: Unable to obtain patient refused to complete interview

PAST MEDICAL HISTORY:
-Atrial Fibb
-Graves Disease
-h/o heparin induced thrombocytopenia
-hypercholesteremia
-Vitamin D defiency
-s/p AKA R leg

ALLERGIES:
-Lithium
-Heparin

OUTPATIENT MEDICATIONS:

Furosemide 20mg Tab Take One Tablet by Mouth On Monday, Wednesday and Friday
for Fluid
Bismuth Subsalicylate 262mg/15ml Susp Take Two Tablespoonfuls by Mouth Three
Times A Day As Needed for Stomach.
Methimazole 10mg Tab Take Two Tablets by Mouth Every Day for Thyroid
Haloperidol Inj (5mg/1ml Amp) Inject 5 Mg Intramuscular Now
Lorazepam 2mg/Ml Inj Inject 2 Mgs Intramuscular Once


Over the counter meds:

NON-VA MEDS - NONE FOUND


MEDICATION RECONCILIATION:
   Medication reconciliation has been done and discussed with
patient/significant other/designated caregiver. Patient/significant
other/designated caregiver has verbalized understanding of medication
reconciliation.

Medication doses changed today: None


New medications today: Prolixin 5mg po BID
                    ** THIS NOTE CONTINUED ON NEXT PAGE **
```
-------------------------------------------------------------------------------
PAYNE,ERIC                         WASHINGTON          Printed:03/30/2015 09:28
                              Pt Loc: 3DE PSYCH  3D130-24          Vice SF 509
                              -------------------------------------------------
```

---
MEDICAL RECORD                                              Progress Notes
---
03/27/2015 16:09      ** CONTINUED FROM PREVIOUS PAGE **


(Refer to orders in CPRS for changes in medications).

Medications discontinued today: None


Compared newly ordered medications and medication changes to active
medications
and non-VA medications, and then reviewed medications patient/significant
other/designated caregiver.

SOCIAL HISTORY: Unable to obtain patient refused to complete interview
     Father:
     Mother:

     Born and Raised:

     Education:

     Employment:

     Residency:

     Sexual Orientation:

     Marriage:

     Children:

     Legal:

     Military:
          Branch:
          Job/Combat:
          Highest Rank:
          Rank at Discharge:
          Discharge Type:
          Service Connnection:


Spirituality: Unable to obtain patient refused to complete interview
What gives your life meaning ?

What provides peace to you in times of despair?

What will help sustain your spirit/give you strength during the days to
come/as you approach your mental health status?

Are there any activities or rituals that are old and familiar, help you
feel like a whole person, bring you comfort, clear your mind, give you
                    ** THIS NOTE CONTINUED ON NEXT PAGE **
---
PAYNE,ERIC                        WASHINGTON          Printed:03/30/2015 09:28
                        Pt Loc: 3DE PSYCH  3D130-24          Vice SF 509
---

```
--------------------------------------------------------------------------
MEDICAL RECORD                                                Progress Notes
--------------------------------------------------------------------------
03/27/2015 16:09      ** CONTINUED FROM PREVIOUS PAGE **
```

peace?


REVIEW OF SYSTEMS
Eyes/vision:     [x]  unremarkable
Ears/Nose/Throat: (include hearing, smell/taste): [x] unremarkable
Neuro:              [x] denies syncope, seizures , paralysis, paresthesia,
                        headache
Resp:   [x] denies cough, wheezing, dyspnea
Exposure to TB:     []yes  [x]no
CV:        [x] denies chest pain, palpitations, PND, orthopnea
GI:        [x]denies pain, nausea vomiting, diarrhea, melena, bleeding
GU/reproductive: [x] denies hematuria, frequency, urgency or dysuria
Endo:   [x] denies polyuria, polydipsnia, weight change
Msk:       [x]denies joint swelling, redness, pain
Hem/Imm/Inf: [x]denies bleeding, adenopathy, chills, sweats, fevers
Skin:   [x] denies bruises, rashes, denies self-inflicted wounding/burns

Pain:  [] yes   [x] no
   IF YES:
      Location:
      Intensity:
      Character:
      Duration:
      Response to treatment:

BIOPSYCHOSOCIAL FACTORS/STRESSES AFFECTING TREATMENT: Unable to obtain patient
refused to complete interview
Check those that apply and describe:
   []     Age
   []     Gender
   []     Family
   []     Sexual orientation
          Childhood hx of:
   []     Physical abuse
   []     Sexual abuse
   []     Vocation
   []     Legal
   []     Social relations


PHYSICAL EXAMINATION
HT:      WT:     T: 97.4 F [36.3 C]      P: 109      R: 20      BP: 121/69
PAIN: 0


EXAM: Unable to obtain patient refused to complete interview
General appearance: [x] well developed, well nourished, no obvious
deformities
HEENT: [] TM's clear, [] Eyes Normal, PERRLA, [] fundi normal,
                ** THIS NOTE CONTINUED ON NEXT PAGE **
--------------------------------------------------------------------------
PAYNE,ERIC                        WASHINGTON          Printed:03/30/2015 09:28
                        Pt Loc: 3DE PSYCH  3D130-24            Vice SF 509
--------------------------------------------------------------------------
```

```
--------------------------------------------------------------------------
MEDICAL RECORD                                                Progress Notes
--------------------------------------------------------------------------
03/27/2015 16:09      ** CONTINUED FROM PREVIOUS PAGE **
```

```
              [] sinuses nontender, []  nose normal, []  pharynx clear
Neck:    []  supple, no lymphadenopathy, no thyromegaly, no carotid bruits
Chest:   [] clear to ausculation
CV:      []  regular rate, rhythm; no murmur, rub or gallop
Abd:     []  normal sounds, no tenderness, no hepatosplenomegaly, no
              masses
Gen:     []  Man:    [] deferred; reason:
                     [] grossly normal  [] no testicular mass,
         []  Woman: [] deferred; reason:
                     [] normal external genitalia,
                     [] normal speculum and bimanual examination, no lesions
                        or tenderness
         []  Extremities: no cyanosis, edema, injuries, scars, tenderness
Skin:    []  no rashes, hemorrhage, bleeding, cuts, abrasions, burns
Lymphatics: [] no lymph node enlargement detected

Neurologic: []  normal reflexes, normal muscle strength and tone, not
                flaccid
            []  no muscle atrophy
            []normal sensation,  []  normal gait,
            []  normal rapid alternating movements
2nd cranial nerve   []  normal visual acuity, visual fields, fundi WNL
3rd, 4th, and 6th   []  grossly normal pupil reactivity and eye movements
5th cranial nerve   []  grossly normal facial sensation, corneal reflexes
                        not tested
8th cranial nerve   []  hearing grossly normal, can hear a whisper and
                        finger rub
9th cranial nerve   []  grossly normal spontanous palate movement
11 cranial nerve    []  good shoulder shrug strength
12 cranial nerve    []  normal tongue protrusion
```

```
MENTAL STATUS EXAM:
    General: well groomed wearin his own clothing. Patient is easily irritated
             and selectively cooperative.
    Speech: rapid and pressured
    Mood: "Fine"
    Affect: Elated
    Thought Process: disorganized with delusions of grandiosity
    Thought Content: denies suicidial and homicidial ideaitons
    Perceptions: denies auditory and visual hallucinations
    Cognition/MMSE:Unable to obtain patient refused to complete interview
    Insight: Poor
    Judgment: Poor

LABORATORY DATA:
    ---- BLOOD CELL COUNT ----

BLOOD           Mar 27    Sep 26        Reference
                2015      2014
                ** THIS NOTE CONTINUED ON NEXT PAGE **
--------------------------------------------------------------------------
PAYNE,ERIC                    WASHINGTON           Printed:03/30/2015 09:28
                         Pt Loc: 3DE PSYCH  3D130-24            Vice SF 509
--------------------------------------------------------------------------
```

```
------------------------------------------------------------------------
MEDICAL RECORD                                             Progress Notes
------------------------------------------------------------------------
03/27/2015 16:09     ** CONTINUED FROM PREVIOUS PAGE **

               14:51    12:06    Units    Ranges
------------------------------------------------------------------------
```

| | 14:51 | 12:06 | Units | Ranges |
|---|---|---|---|---|
| WBC | 7.40 | 6.30 | K/cmm | 3.2 - 9.5 |
| RBC | 4.2 L | 3.5 L | Mil/cmm | 4.21 - 5.84 |
| HGB | 12.9 L | 11.5 L | g/dl | 13.2 - 17.3 |
| HCT | 40.1 | 35.1 L | % | 38.6 - 50.1 |
| MCV | 95.3 | 99.5 H | fL | 80.2 - 96.7 |
| MCH | 30.7 | 32.6 | pg | 26.6 - 33.9 |
| MCHC | 32.2 L | 32.7 L | % | 32.8 - 35.7 |
| RDW | 13.4 | 15.0 H | % | 10.7 - 14.1 |
| PLT | 399 H | 442 H | K/cmm | 152 - 375 |
| MPV | 6.8 | 5.9 L | fL | 6.4 - 10.4 |
| NE % | canc | 71.6 | % | 38.1 - 75 |
| LY % | 0.0 | 13.8 | % | 11.9 - 43.1 |
| MO % | 0.0 | 10.5 | % | 4.1 - 12.9 |
| GR % | | | % | 42.2 - 75.2 |
| EO % | canc | 3.5 | % | 0 - 4.8 |
| BA % | canc | 0.6 | % | 0 - 1.65 |
| NE # | canc | 4.5 | K/cmm | 1.3 - 6.2 |
| LY # | 0.0 | 0.9 | K/cmm | .8 - 3.1 |
| MO # | canc | 0.7 | K/cmm | .13 - .83 |
| GR # | | | K/cmm | 1.4 - 6.5 |
| EO # | canc | 0.2 | K/cmm | 0 - .33 |
| BA # | canc | 0.0 | K/cmm | 0 - .1 |
| M/PLT | | | K/cmm | 152 - 375 |
| MAN WBC | | | K/cmm | 3.2 - 9.5 |
| MAN HCT | | | % | 38.6 - 50.1 |
| Comments: | c | e | | |

c.  SEE MANUAL DIFFERENTIAL

    Ordering Provider: Ashley M Ryles MASTER
    Report Released..: Mar 27, 2015@16:18
    Performing Lab...: WASHINGTON [CLIA# 09D0987034]
                      50 IRVING ST NW WASHINGTON, DC 20422-0001

e.  Ordering Provider: Katherine Ann Himmerick MS
    Report Released..: Sep 26, 2014@12:31
    Performing Lab...: WASHINGTON [CLIA# 09D0987034]
                      50 IRVING ST NW WASHINGTON, DC 20422-0001


                  ---- DIFFERENTIAL CELL COUNT ----

| BLOOD | Mar 27 2015 14:51 | Units | Reference Ranges |
|---|---|---|---|
| SEGS | 77 H | % | 39 - 73 |
| BANDS | | % | 0 - 9 |

                  ** THIS NOTE CONTINUED ON NEXT PAGE **

------------------------------------------------------------------------
PAYNE,ERIC                        WASHINGTON            Printed:03/30/2015 09:28
                          Pt Loc: 3DE PSYCH  3D130-24            Vice SF 509
------------------------------------------------------------------------

```
------------------------------------------------------------------------
MEDICAL RECORD
------------------------------------------                  Progress Notes
------------------------------------------------------------------------
03/27/2015 16:09      ** CONTINUED FROM PREVIOUS PAGE **

    LYMPHS            11 L      %      14 - 48
    MONOS              9        %       1 - 14
    EOSINO             3        %       0 - 9
    BASO                        %       0 - 2
    META                        %       0 - 0
    MYELO                       %       0 - 0
    ATYPICA                             0 - 0
    BLASTS                      %       0 - 0
    PROS                        %       0 - 0
    PROLYMP                     %
    REA LYM                     %
    SMUDGE
    NRBC                      %/WBC     0 - 0
    TOXIC G                          FEW - MARKED
    PLT.E                            Adeq - Inc
    ANISO                            FEW - MARKED
    POIKILO                          FEW - MARKED
    MICRO                            FEW - MARKED
    MACRO                            FEW - MARKED
    HYPO                             FEW - MARKED
    T CELLS                          FEW - MARKED
    BASOPHI                          FEW - MARKED
    OVALOCY                          FEW - MARKED
    SCHIST                           FEW - MARKED
    POLYCHR                          FEW - MARKED
    TEARDP                           FEW - MARKED
    PAP BDY                          FEW - MARKED
    DOHLE                            FEW - MARKED
    HJ BDYS                          FEW - MARKED
    SPHEROC
    Comments:              c
    c.  SEE MANUAL DIFFERENTIAL

        Ordering Provider: Ashley M Ryles MASTER
        Report Released..: Mar 27, 2015@16:18
        Performing Lab...: WASHINGTON [CLIA# 09D0987034]
                           50 IRVING ST NW WASHINGTON, DC 20422-0001



                    ---- BLOOD COAGULATION ----
```

| PLASMA | ProTime | INR | ACPTT | Fibrino |
|---|---|---|---|---|
| Ref range low | 11.7 | | 23.4 | 240 |
| Ref range high | 14.1 | | 37.8 | 560 |
| | sec. | Ratio | sec. | mg/dl |

```
------------------------------------------------------------------------
[f] Sep 26, 2014 12:06 13.8      1.1
    f. Ordering Provider: jacqueline n Douglas RPH
            ** THIS NOTE CONTINUED ON NEXT PAGE **
------------------------------------------------------------------------
PAYNE,ERIC                          WASHINGTON          Printed:03/30/2015 09:28
                          Pt Loc: 3DE PSYCH  3D130-24              Vice SF 509
------------------------------------------------------------------------
```

```
------------------------------------------------------------
MEDICAL RECORD
------------------------------------------------------------
                                              Progress Notes
03/27/2015 16:09      ** CONTINUED FROM PREVIOUS PAGE **

        Report Released..: Sep 26, 2014@12:53
        Performing Lab...: WASHINGTON [CLIA# 09D0987034]
                          50 IRVING ST NW WASHINGTON, DC 20422-0001
```

                         ---- CHEMISTRY ----

| SERUM | Mar 27 2015 14:51 | Sep 26 2014 12:11 | Units | Reference Ranges |
|-------|-------|-------|-------|-------|
| GLUCOSE | 104 | | mg/dl | 70 - 121 |
| UREA N. | 6 | | mg/dl | 6 - 23 |
| URIC AC | | | mg/dl | 3 - 9 |
| NA | 138.0 | | mmol/L | 135 - 147 |
| POTASS | 3.5 | | mmol/L | 3.5 - 5.3 |
| CL | 107.0 | | mmol/L | 100 - 109 |
| CO2 | 25.0 | | mmol/L | 21 - 31 |
| FBS | | | mg/dl | 70 - 121 |
| PO4 | 3.4 | | mg/dl | 2.5 - 4.5 |
| CA | 9.5 | | mg/dl | 8.9 - 10.5 |
| PROTEIN | 6.8 | | g/dl | 6 - 8.2 |
| ALBUMIN | 3.8 | | g/dl | 3.7 - 5 |
| ALK PHO | 120 | | mU/ml @37C | 43 - 130 |
| AST/GOT | 16 | | Units/L | 8 - 40 |
| ALT | 15 | | Units/L | 6 - 33 |
| LDH | | | U/L @37C | 100 - 212 |
| CK | | | U/L @37C | 20 - 300 |
| CK MB | | | ng/mL | 0 - 9 |
| MB Indx | | | % | 0 - 3 |
| TROPNI | | | | |
| T. BIL | 0.7 | | mg/dl | .2 - 1.2 |
| D BILI | 0.1 | | mg/dl | 0 - .2 |
| CHOL | | 165 | mg/dl | Ref: <=200 |
| TRIGLYC | | | mg/dl | 60 - 190 |
| HDL | | | mg/dl | 32 - 72 |
| LDL | | | mg/dl | Ref: <=130 |
| HDL-CHO | | 54 | mg/dl | Ref: >=35 |
| AMYLASE | | | U/L | 32 - 185 |
| LIPASE | | | Units/L | 15 - 65 |
| MG | 2.0 | | mg/dl | 1.5 - 2.5 |
| dLDL-C | | 97.0 | mg/dL | Ref: <=130 |
| CREAT | 0.7 | | mg/dl | .7 - 1.5 |
| eGFR | >60 | | ml/min | |
| GAP | 6 | | mmol/L | 4 - 10 |

```
Comments:             b        d
b.  Ordering Provider: Ashley M Ryles MASTER
    Report Released..: Mar 27, 2015@16:29
    Performing Lab...: WASHINGTON [CLIA# 09D0987034]
        ** THIS NOTE CONTINUED ON NEXT PAGE **
------------------------------------------------------------
PAYNE,ERIC                 WASHINGTON         Printed:03/30/2015 09:28
                    Pt Loc: 3DE PSYCH  3D130-24    Vice SF 509
------------------------------------------------------------
```

```
--------------------------------------------------------------------------
MEDICAL RECORD                                                Progress Notes
--------------------------------------------------------------------------
03/27/2015 16:09      ** CONTINUED FROM PREVIOUS PAGE **

                   50 IRVING ST NW WASHINGTON, DC 20422-0001

  d.  Ordering Provider: Harvey S Washington MD
      Report Released..: Sep 26, 2014@13:05
      Performing Lab...: WASHINGTON [CLIA# 09D0987034]
                         50 IRVING ST NW WASHINGTON, DC 20422-0001


                        ---- URINALYSIS ----

  URINE            Mar 27              Reference
                    2015
                    15:36        Units    Ranges
--------------------------------------------------------------------------
  COLOR            Yellow                Ref: YELLOW
  APPEARA          Clear                 Ref: CLEAR
  SP.GRAV          1.013                 1.003 - 1.03
  PH               6.00                  5 - 9
  U-ALB            Negative    mg/dl     NEG - TRACE
  GLU              Negative    mg/dL     Ref: NEG
  KETONES          Negative    mg/dL     Ref: NEG
  BILIRUB          Negative              Ref: NEG
  UR. BLD          Negative              Ref: NEG
  NITRITE          Negative              Ref: NEG
  UROBILI          Normal      mg/dl     .1 - 1
  LEU ASE          Negative              Ref: NEG
  WBC IQ                       /HPF      0 - 3
  RBC IQ                       /HPF      0 - 5
  WBCC                         /HPF      Ref: NONE SEEN
  BACT                         /HPF      Ref: NONE SEEN
  BYST                         /HPF
  HYST                         /HPF
  SQEP                         /HPF      Ref: <5
  TREP                         /HPF      Ref: <2
  REEP                         /HPF      Ref: NONE SEEN
  SPRM                         /HPF
  HYAL                         /LPF      0 - 2
  WBCT                         /LPF
  GRAN                         /LPF      Ref: >=0
  TPO4                         /HPF
  CAOX                         /HPF      Ref: NONE SEEN
  URICRSL                      /HPF      Ref: NONE SEEN
  AMOR                         /HPF      Ref: NONE SEEN
  Comments:         a
  a.  Ordering Provider: Ashley M Ryles MASTER
      Report Released..: Mar 27, 2015@15:45
      Performing Lab...: WASHINGTON [CLIA# 09D0987034]
                         50 IRVING ST NW WASHINGTON, DC 20422-0001

            ** THIS NOTE CONTINUED ON NEXT PAGE **
--------------------------------------------------------------------------
PAYNE ERIC                     WASHINGTON           Printed:03/30/2015 09:28
                  Pt Loc: 3DE PSYCH  3D130-24                Vice SF 509
--------------------------------------------------------------------------
```

```
------------------------------------------------------------------------
MEDICAL RECORD
------------------------------------------------------------------------
                                                         Progress Notes
03/27/2015 16:09    ** CONTINUED FROM PREVIOUS PAGE **
```

#### ---- MISCELLANEOUS TESTS ----

| DATE          | TIME | SPECIMEN | TEST          | VALUE |
|---------------|------|----------|---------------|-------|
| Ref ranges    |      |          |               |       |
| Mar 27, 2015@14:51 |  | SERUM | ALCOHOL:      | NEG  mg/dl |
| Ref: NEG      |      |          |               |       |
| Mar 27, 2015@14:51 |  | SERUM | FREE T4:      | 1.8 H  ng/dl |
| 0.7 - 1.6     |      |          |               |       |
| Mar 27, 2015@14:51 |  | SERUM | TSH (VA):     | 0.02 L  mcIU/ml |
| 0.10 - 5.50   |      |          |               |       |
| Mar 27, 2015@14:51 |  | SERUM | ACETAMINOPHEN: | <10   mcg/mL |
| 10 - 20       |      |          |               |       |

```
Ordering Provider: Ashley M Ryles MASTER
Report Released..: Mar 27, 2015@16:29
Performing Lab...: WASHINGTON [CLIA# 09D0987034]
                  50 IRVING ST NW WASHINGTON, DC 20422-0001
```

PSYCHIATRIC DX:
-Schizophrenia Disorganized Type
-h/o Tobacco use disorder
-h/o Alcohol use disorder

MEDICAL DX:
-Atrial Fibb
-Graves Disease
-h/o heparin induced thrombocytopenia
-hypercholesteremia
-Vitamin D defiency
-s/p AKA R leg

PLAN:
1. Admit to 3DE
2. Close observation for suicidal ideation or unpredictable behavior.
3. Elopement Risk patient is an FD-12
4. Psychiatric Medications - Prolixin 5mg po BID
5. Collect collateral information to assist with diagnosis and treatment plan.
6. Medicine consult to restart home medications since patient has not been taking meds since August 2014.
7. Patient also placed on agitation medications.

```
                Signed by: /es/ JANERIS LOREDO
                           RESIDENT/PSYCHIATRY
                           03/27/2015 16:33
                           **REQUIRES COSIGNATURE**
```

```
------------------------------------------------------------------------
PAYNE,ERIC
                        WASHINGTON              Printed:03/30/2015 09:28
                Pt Loc: 3DE PSYCH  3D130-24                   Vice SF 509
------------------------------------------------------------------------
```



# Superior Court of the District of Columbia
## Family Court

In the Matter of:

Mental Health No.  **2015 MHE 000613**

**ERIC PAYNE**
                    Respondent

# PROBABLE CAUSE ORDER

Upon consideration of the notice filed by respondent requesting a hearing pursuant to D.C.

Code § 21-525, and the testimony and oral argument of counsel presented before this Court

on the __9th__ day of __April, 2015__ it is the judgment of this Court that:

☐ Petitioner, Department of Behavioral Health, has established probable cause to
believe that respondent is mentally ill and, because of that illness, is likely to
injure himself/herself or others unless immediately hospitalized.

☒ Petitioner, Department of Behavioral Health, has failed to establish probable cause
to believe ~~that respondent is mentally ill and, because of that illness,~~ is likely to
injure himself/~~herself~~ or others unless immediately hospitalized.

WHEREFORE, It is this __9th__ day of __April, 2015__

ORDERED that:

☐ Respondent be remanded to Department of Behavioral Health for emergency
observation and diagnosis in accordance with the Court's prior order pursuant to
D.C. Code § 21-524 (a)(1).

☒ Respondent be immediately released from Department of Behavioral Health in
accordance with the provisions of D.C. Code § 21-524(a)(2).

_____
                              **Judge**

APR 0 9 2015

MHPCO.doc



Family Court
ENTERED ON DOCKET

APR 2 1 2015

of the District of Columbia
Washington, D.C.

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### FAMILY COURT
#### Mental Health and Habilitation Branch

| | | |
|---|---|---|
| In the Matter of | : | |
| | : | |
| ERIC PAYNE, | : | **Case No. 2015 MHE 000613** |
| | : | **Magistrate Judge Mary Grace Rook** |
| Respondent. | : | **Mental Health Commission** |
| | : | |

## ORDER

UPON CONSIDERATION of the Motion to Dismiss the Petition for Judicial Hospitalization, and any opposition thereto, it is this <u>21st</u> day of April, 2015,

ORDERED that the Government's Petition for Judicial Hospitalization, is hereby dismissed. <u>as MOOT</u>

_____
Magistrate Judge Mary Grace Rook
Mental Health Commission

5

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

*Eric Payne*
_____
Plaintiff

vs.

*Veterans Hospital Administration*
_____
Defendant

Case Number

16 - 00 38 5 4

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Eric Payne*
_____
Name of Plaintiff's Attorney

*13404 Reip Crick*
_____
Address
*Ft Washington MD*
*(301 292-692) 20744*
_____
Telephone

Clerk of the Court

By _____

Date _____

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

**IMPORTANT:** IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                                  CASUM.doc

# Superior Court of the District of Columbia

## CIVIL DIVISION- CIVIL ACTIONS BRANCH
### INFORMATION SHEET

*Eric Payne*

Case Number: _____

vs

Date: _____

*Veterans Affairs Contact Administration*

☐ One of the defendants is being sued in their official capacity.

Name: *(Please Print)*

Firm Name: _____

Telephone No.: _____  Six digit Unified Bar No.: _____

**Relationship to Lawsuit**

☐ Attorney for Plaintiff
☐ Self (Pro Se)
☐ Other: _____

TYPE OF CASE: ☐ Non-Jury      ☐ 6 Person Jury      ☐ 12 Person Jury
Demand: $ _____      Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: _____  Judge: _____  Calendar #: _____

Case No.: _____  Judge: _____  Calendar#: _____

---

**NATURE OF SUIT:**     *(Check One Box Only)*

### A. CONTRACTS

**COLLECTION CASES**

☐ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 07 Personal Property
☐ 13 Employment Discrimination
☐ 15 Special Education Fees

☐ 14 Under $25,000 Pltf. Grants Consent
☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 27 Insurance/Subrogation
    Over $25,000 Pltf. Grants Consent
☐ 07 Insurance/Subrogation
    Under $25,000 Pltf. Grants Consent
☐ 28 Motion to Confirm Arbitration
    Award (Collection Cases Only)

☐ 16 Under $25,000 Consent Denied
☐ 18 OVER $25,000 Consent Denied
☐ 26 Insurance/Subrogation
    Over $25,000 Consent Denied
☐ 34 Insurance/Subrogation
    Under $25,000 Consent Denied

### B. PROPERTY TORTS

☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

☐ 03 Destruction of Private Property
☐ 04 Property Damage

☐ 05 Trespass

### C. PERSONAL TORTS

☐ 01 Abuse of Process
☐ 02 Alienation of Affection
☐ 03 Assault and Battery
☐ 04 Automobile- Personal Injury
☐ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☐ 07 False Arrest
☐ 08 Fraud

☐ 10 Invasion of Privacy
☐ 11 Libel and Slander
☑ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical (Including Wrongful Death)
☐ 16 Negligence- (Not Automobile,
    Not Malpractice)

☐ 17 Personal Injury- (Not Automobile,
    Not Malpractice)
☐ 18 Wrongful Death (Not Malpractice)
☐ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco
☐ 24 Lead Paint

SEE REVERSE SIDE

CV-496/January 2016



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

ERIC PAYNE
    Vs.
VETERAN'S ADMINISTRATION

C.A. No.    2016 CA 003854 B

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

                              Chief Judge Lee F. Satterfield

Case Assigned to: Judge BRIAN F HOLEMAN
Date:  May 27, 2016
Initial Conference: 9:30 am, Friday, September 09, 2016
Location:  Courtroom 214
             500 Indiana Avenue N.W.
             WASHINGTON, DC  20001

Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc

https://www.campusship.ups.com/cship/create?ActionOrigi...   7/5/2016

ALECIA GILES
2024614906
VA VACO CO 101 GEN COUNSEL
810 VERMONT NW AVE
WASHINGTON DC 20420

**2 LBS**     **PAK**       **1 OF 1**

**SHIP TO:**
JULIE ZIMMER
OFFICE OF DISTRICT CHIEF COUNSEL
3900 LOCH RAVEN BLVD., BLDG. 4
## BALTIMORE  MD 21218-2108



## MD 212 9-20



## UPS NEXT DAY AIR      **1**

TRACKING #: 1Z A44 3F0 01 9565 6108



BILLING: P/P

Charles Burgess: Torts and Administrative Law Group
GCLAWS #: 0

CS 18.1.17.     WNTNVS0 75.0A 04/2016